# Exhibit 3 (Part 1)



15 Tech Valley Drive
2nd Floor, Suite 3
East Greenbush, New York 12061

September 2, 2010

Rich McDonald
C/O J&J Corporate Benefits
410 George Street
New Brunswick, NJ 08901

RE:   **Johnson & Johnson Long Term Disability (LTD) Plan**
      Employee: Ralph R Van Deventer Jr
        Case #: 74518
        WWID#:
      Final Level Appeal of Long Term Disability
      Date of Disability: 09/08/2008
      Benefits Denied Effective: 03/10/10
      Determination Due Date:10/13/10

Dear Benefit Claim Committee:

Enclosed you will find the final level appeal summary on **Ralph R Van Deventer Jr**'s claim.

Once a final determination has been rendered, please send me a copy of the determination letter so
that Ralph R Van Deventer Jr's file can be updated and closed.

Please feel free to contact me with any questions at 866-829-8861.

Thank You,

Natalie Madrid
Reed Group

Confidential
Admin Rec. 0001

Johnson and Johnson Short Term/Long Term Disability Appeal Summary

| Name: Ralph R Van Deventer Jr | Address: | Telephone: (732) 270-2897 |
|---|---|---|
| Hire Date: 04/24/1989 | Age: | |
| Site: J&J - 1200.120018.120RB: ORTHO-CLINICAL DIAGNOSTICS-NJ | Absence ID: 74518 | Workers Compensation: no |
| Job Title: SR COMPLIANCE ANALYST | RTW: n/a | WWID: 10900 |
| FDA: 09/08/2008 | Out of work benefits paid: 09/08/2008 - 3/9/2010 | Benefits Terminated: 03/10/2010 |
| Claim Type: LTD | LTD effective date: 03/08/2009 | Definition Change Date: 03/08/2010 |
| Original Denial Letter: 02/18/2010 | First Appeal Letter Date: 06/30/2010 | Level 1 Denial Letter: 08/10/2010 |
| Second Appeal Letter Date: 08/27/2010 | | |

## Reason: (Denial Rationale)

You were denied LTD benefits effective 03/10/10 as and IME has found the you capable of a sedentary work position.  On appeal, the claim was sent for a physician file review

Per physician file review:
Clinical History
*The claimant is a ⬛year-old male with a history of chronic low back pain. The claimant reported an initial back injury in 1979. The claimant reported low back exacerbation in June of 2008. The medical record mentioned a left Achilles tendon injury in May 2008. Low back pain progressed to the extent that the claimant was unable to return back to work as of July 2009. He was seen by an orthopedic surgeon who prescribed him treatment including a course of physical therapy with modalities. Despite treatment, the pain did not subside. The claimant underwent an MRI scan of the lumbosacral spine which revealed diffuse facet degenerative changes. The claimant underwent epidural steroid injections as well as facet joint injections by his treating physician. In addition, the claimant has been subjected to chiropractic treatments and manipulations. Concomitantly, the claimant was seen by a psychiatrist at least on one occasion on September 17, 2008. The claimant developed signs of depression and anxiety. Pain management specialist Dr. Carmen Quinones at the Pain Institute of New Jersey was providing ongoing pain management. A neuropsychological consultation was conducted on February 12, 2009 by Dr. Kutner which revealed a longstanding dysthymic disorder, exacerbated by ongoing pain and physical limitations stemming from the low back pain exacerbation. Neurocognitive impairments have not been severe as to restrict psychologically and cognitive incapacity preventing full day work. The claimant was able*

Confidential
Admin Rec. 0002

to return to work on a part-time basis in March of 2009. He was able to switch into full time work on April 06, 2009 until July 21, 2009 with accommodations including alternation of sitting and standing. The claimant underwent functional capacity evaluations in July of 2009 and January of 2010 at Biokinetics where he was deemed capable of any sedentary occupation. An independent medical evaluation by Dr. Barr was conducted on January 27, 2010 and reported capability of employment to sedentary duty work only for eight hours a day with obligatory requirements to change positions frequently. A functional capacity assessment took place in June of 2010 by therapist, Ellen Rader Smith, OTR, where she opined that the claimant demonstrated less than sedentary capacity and he cannot resume his longstanding career as a pharmaceutical compliance officer. The claimant's condition has been thoroughly assessed in both standing and sitting positions. The functional capacity evaluation therapist demonstrated the claimant's inability to perform sustained sitting during the day even with a short breaks to relieve the foot, leg, back and neck pain. The claimant has been denied long-term disability claim and the decision has been appealed by the claimant's legal counsel.

No. Based upon the objective medical information provided for review, there is not documented evidence of functional limitations that supports the inability to work. Functional capacity evaluation reports as well as IME evaluations demonstrated evidence of functional abilities to perform sedentary work with frequent change of position.

The functional capacity evaluation on January 07, 2010 reported that the claimant met essential postural and physical demands of his occupation for any sedentary occupation for an eight hour workday. On January 27, 2020, Dr. Barr opined that the claimant is capable of sedentary duty work only.

Neurocognitive impairments have not been severe as to restrict psychologically and cognitive incapacity preventing full day work.

The neuropsychological evaluation on February 12, 2009 by Dr. Kutner contains detailed information in reference to the cognitive status of the claimant.

The employee is able to work at sedentary capacity in any occupation with restrictions permitting him to change positions every 30 to 45 minutes. There is no evidence in the records which can justify a reduction of the claimant's ability to work on a full time basis at her job. However, a modified job may be warranted to decrease the chances for further exacerbation of low back pain. The most commonly mentioned occupational risk factor is lifting.

( Klein BP, Jensen RC, Sanderson LM. Assessment of workers' compensation claims for back strains/sprains J. Occup Med 1984;26 443-448) and physically heavy work specifically related to energy demand, frequency, duration of loading, and peak load ( Anderson GBJ Epidemiologic aspects on low back pain in industry Spine 1981;6;53-60).

It is well known handling materials especially lifting associated with bending and twisting is the most common work injury associated with the back injuries (Bigos S., Spengler D.M., Martin N.A., Zeh J., Fisher L., Nachemson A., Back injuries in industry, a retrospective studies of pre-employment related factors, Spine 1986 vol11 pages 252-256). High incidents of low back pain have been identified with heavy demand jobs independent with the workers pre-job back strength (Mooney V. et. al. Relationship of

Confidential
Admin Rec. 0003

lumbar strength in the shipyard workers to work place injury claims, Spine 1996 vol.21, 2001-2005). The claimant is capable of sedentary capacity work and should limit lifting to within the requirements of sedentary work. (Please see below for the detailed description of sedentary work.)

*Assessment/Rationale*
In view of medical information it is imperative to refer for the definition of sedentary work which has been commonly accepted based on Dictionary of Occupational Titles (http://www.ccupationalinfo.org/appendxc_1.html) Sedentary job entails exerting up to 10 pounds (4.5 kg) of force occasionally (occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (frequently: activity or condition exists 1/3 to 2/3 of the time) or constantly (constantly: activity or condition exists 2/3 or more of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.

The records do not provide compelling evidence which would restrict the claimant's ability to sustain at least sedentary capacity work with lifting and carrying 10 pounds occasionally and possibly 10 pounds routinely, walking for two hours in eight-hour workday and sitting for six hours in an eight-hour workday with adequate breaks. He is able to sustain bimanual labor activity. Medical records do not indicate the claimant's inability to ambulate functional distances on even and uneven surfaces, drive and negotiate stairs. His upper extremity activities are not restricted. The claimant can have a range of motion above the shoulder level for work-related activities. Medical records available for my review demonstrate positive MRI findings of the lumbar spine which revealed productive changes which have been suggested as the source of the claimant's pain; however, this may not necessarily be significant in this case due to the fact that many people without back pain have disk bulges or protrusions but not extrusions. In addition it should be pointed out that not all degenerative disc pathologies are painful. About 20% of asymptomatic controls under the age of 60 have been found to have herniated discs.

( Boden et al. Abnormal Magnetic Resonance Scans of the Lumbar Spine in Asymptomatic Subjects: A Prospective Investigation JBJS 1990 vol.72 p403-408). However, due to the lack of response, the claimant have been consistently referred to mental health care professionals and non surgical options for treating his low back pain have been suggested.

### Reference: (Plan Language)

Reed Group is the administrator for the Johnson & Johnson Long Term Disability (LTD) Plan. As of 3/9/2009, you will have been receiving LTD benefits from the Plan for the past twelve (12) months. Under the Plan, in order for your benefits to continue you must now meet the definition of being totally disabled from any occupation, which is defined by the Plan as follows:

C. during the remainder, if any, of the period of disability, the complete inability of the Participant, due to Sickness or Injury, to perform **any job** for which the Participant is (or may reasonably become) with or without

Confidential
Admin Rec. 0004

*reasonable accommodation qualified by training, education or experience.*

## Diagnosis

Degeneration of Thoracic or Lumbar Intervertebral Disc

Lumbosacral Spondylosis without Myelopathy; Arthritis; Osteoarthritis; Spondylarthritis

Sprains and Strains of Other and Unspecified Parts of Back, Lumbar Spine

Tenosynovitis of Foot and Ankle

Dysthymic Disorder; Anxiety Depression, Depression with Anxiety, Depressive Reaction, Neurotic Depressive State, Reactive Depression

Cervical Intervertebral Disc Displacement without Myelopathy; Neuritis (Brachial) or Radiculitis Due to Displacement of Cervical Intervertebral Disc

Cervical Spondylosis with Myelopathy; Anterior Spinal Artery Compression Syndrome; Spondylogenic Compression of Cervical Spinal Cord; Vertebral Artery Compression Syndrome

## Facts

### See denial rationale.

## MDA Guidelines

Degeneration of Thoracic or Lumbar Intervertebral Disc
Medical treatment, lumbar intervertebral disc degeneration.

### DURATION IN DAYS

| Job Classification | Minimum | Optimum | Maximum |
|---|---|---|---|
| Sedentary | 0 | 14 | 21 |
| Light | 0 | 14 | 28 |
| Medium | 0 | 28 | 42 |
| Heavy | 0 | 42 | 84 |
| Very Heavy | 0 | 42 | 84 |

Lumbosacral Spondylosis without Myelopathy; Arthritis; Osteoarthritis; Spondylarthritis
No duration listed.

Sprains and Strains of Other and Unspecified Parts of Back, Lumbar Spine
Supportive treatment, lumbar or lumbosacral spine sprain or strain.

### DURATION IN DAYS

Last Revised 9/18/2007

Confidential
Admin Rec. 0005

| Job Classification | Minimum | Optimum | Maximum |
|---|---|---|---|
| Sedentary | 1 | 3 | 7 |
| Light | 1 | 7 | 14 |
| Medium | 3 | 14 | 28 |
| Heavy | 7 | 21 | 42 |
| Very Heavy | 7 | 28 | 56 |

Tenosynovitis of Foot and Ankle

Medical treatment, tenosynovitis.

### DURATION IN DAYS

| Job Classification | Minimum | Optimum | Maximum |
|---|---|---|---|
| Sedentary | 1 | 3 | 7 |
| Light | 1 | 7 | 14 |
| Medium | 3 | 14 | 28 |
| Heavy | 3 | 21 | 56 |
| Very Heavy | 3 | 28 | 56 |

Dysthymic Disorder; Anxiety Depression, Depression with Anxiety, Depressive Reaction, Neurotic Depressive State, Reactive Depression

Psychotherapy and/or pharmacotherapy, dysthymic disorder.

### DURATION IN DAYS

| Job Classification | Minimum | Optimum | Maximum |
|---|---|---|---|
| Any Work | 1 | 14 | 28 |

Cervical Intervertebral Disc Displacement without Myelopathy; Neuritis (Brachial) or Radiculitis Due to Displacement of Cervical Intervertebral Disc

Medical treatment, cervical disc displacement.

### DURATION IN DAYS

| Job Classification | Minimum | Optimum | Maximum |
|---|---|---|---|
| Sedentary | 0 | 7 | 21 |
| Light | 0 | 14 | 28 |
| Medium | 0 | 21 | 42 |
| Heavy | 0 | 49 | 84 |
| Very Heavy | 0 | 56 | 90 |

Cervical Spondylosis with Myelopathy; Anterior Spinal Artery Compression Syndrome; Spondylogenic Compression of Cervical Spinal Cord; Vertebral Artery Compression Syndrome
No duration listed.

Confidential
Admin Rec. 0006

Last Revised 9/18/2007

Confidential
Admin Rec. 0007

# Absence Report - Van Deventer Jr, Ralph R

01-Sep-10

**Employee Number:** 10900

Confidential
Admin Rec. 0008

## Personal

| | |
|---|---|
| Employee Name | Van Deventer Jr, Ralph R |
| Social Security # | |
| Address | |
| Home Phone | |
| DOB/Age | Age |
| Gender | Male |

## Employment

| | | | | |
|---|---|---|---|---|
| Employer | J&J – 6118.U312.62170: ProductCompliance | | Job Status | Active |
| Group | J&J | | Hours per Week | 40 |
| Department | | | Base Pay | $78,800.00 |
| Shift | | | Base Pay Period | Annual |
| Job/JobTitle | Sr Compliance Analyst | | Other Pay | |
| Supervisor | Rosado, Jose L | | Other Pay Type | |
| Exempt | Yes | | Other Pay Period | |
| Hire Date | 4/24/1989 | | Union Name | |
| Termination Date | 3/11/2010 | | Union Local | |
| Job Class | Medium | | Work State | NJ |

*Employment information is as of the Open Date of the Absence.

## General Information

| | |
|---|---|
| Absence ID | 74518 |
| AbsenceType | Disability |
| Current Program | LTD |
| Date Received | 9/9/2008 |
| Lost Time Start Date | 9/8/2008 |
| Lost Time End Date | 3/9/2010 |
| Calendar Days Lost | 548 |
| Lost Work Days | 304 |
| RTW Date | |

Confidential
Admin Rec. 0009

## User Defined Fields

## Disability Information

| | |
|---|---|
| Disability Start Date | 9/8/2008 |
| Disability End Date | 3/8/2010 |
| Disability Calendar Days | 547 |
| Disability Work Days | 302.5 |
| Primary Diagnosis | 722.5  Degeneration of Thoracic or Lumbar Intervertebral Disc |
| MDA Guidelines | Minimum 0 Days ,  Optimum 28 Days ,  Maximum 42 Days |
| Primary Physician | Strouse, Irving (Dr.) |
| Incident Date | |
| IncidentDescription | |
| PrognosisDate | |
| Prognosis Days | 0 |
| MDA Max Days | -616 |
| MDA Max RTW Date | 12/24/2008 |

## Claim

| | |
|---|---|
| Claim Number | |
| CaseNumber | |
| Insurance Carrier | |
| Policy Number | |
| Definition Change Date | |

## Physicians

| Name | Primary | Contact | Diagn | Treatm | Degree | Specialty | Email Address | Web Site |
|---|---|---|---|---|---|---|---|---|
| Strouse, Irving (Dr.) | Yes | Yes | Yes | Yes | MD | ORS | | |

| Address(es) | Location | Address | | | | Current Mailing | | |
|---|---|---|---|---|---|---|---|---|
| | Business | 279 3rd Avenue Suite 504 Long Branch, NJ 07740 | | | | Yes | | |

| Phone(s) | Description | Number | | Notes | | | | |
|---|---|---|---|---|---|---|---|---|
| | Business | 732-229-4333 | | | | | | |
| | Fax | 732-571-1937 | | | | | | |

Confidential
Admin Rec. 0010

## Physicians

| Name | Primary | Contact | Diagn | Treatm | Degree | Specialty | Email Address | Web Site |
|---|---|---|---|---|---|---|---|---|
| Barr, Lawrence I. (Dr.) | | Yes | | Yes | MD | ORS | | |

| Address(es): Location | Address | Current Mailing |
|---|---|---|
| Billing | 455 Route 70 West<br>Cherry Hill, NJ 08002 | No |
| Business | 3535 Quakerbridge Road, Suite 200<br>Hamilton, NJ 08690 | No |
| Business | Garden State Orthopedics<br>300 Water Street<br>Toms River, NJ 08753 | No |
| Business 2 | 455 Marlton Pike West<br>Cherry Hill, NJ 08002 | Yes |

| Phone(s): Description | Number | Notes |
|---|---|---|
| Business | (856) 616-2999 | ECN Provider |
| Business Fax | (856) 616-1437 | |

| Name | Primary | Contact | Diagn | Treatm | Degree | Specialty | Email Address | Web Site |
|---|---|---|---|---|---|---|---|---|
| Bosin, Stephen R. | | Yes | | | | | | |

| Address(es): Location | Address | Current Mailing |
|---|---|---|
| Business | 70 Grand Avenue<br>River Edge, NJ 07661 | Yes |

| Phone(s): Description | Number | Notes |
|---|---|---|
| Business | 201-342-4117 | |
| Business Fax | 201-342-8780 | |

| Name | Primary | Contact | Diagn | Treatm | Degree | Specialty | Email Address | Web Site |
|---|---|---|---|---|---|---|---|---|
| Cavanaugh, Colleen (Dr.) | | Yes | | | MD | PSYCH | | |

| Address(es): Location | Address | Current Mailing |
|---|---|---|
| Business | 1541 Route 88 West, Ste. J<br>Bricktown, NJ 08724 | Yes |

| Phone(s): Description | Number | Notes |
|---|---|---|
| Business | (732) 202-0622 | |
| Business Fax | (732) 202-0620 | |

Confidential
Admin Rec. 0011

# Physicians

| Name | | Primary | Contact | Diagn | Treatm | Degree | | Specialty | Email Address | Web Site |
|---|---|---|---|---|---|---|---|---|---|---|
| Fillppone, Charles | | | Yes | | Yes | PT | | PT | | |

| Address(es): | Location | | Address | | | Current Mailing | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Business | | Biokinetics<br>Hadley Medical Building<br>1080 Stelton Road, Suite 204<br>Piscataway, NJ 08854 | | | Yes | | | | |
| | Business | | Cooper Rehab & Sports Therapy<br>315 Route 35 North<br>Red Bank, NJ 07701 | | | No | | | | |
| | Business 2 | | Biokinetics<br>The Center Circle<br>1255 Main Street<br>Rahway, NJ 07065 | | | No | | | | |

| Phone(s): | Description | | Number | | Notes | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Business | | (732) 741-5085 | | ECN Provider | | | | | |

| Graves, Denise | | | Yes | | | | | | dgraves@ocdus.jnj.com | |
|---|---|---|---|---|---|---|---|---|---|---|

| Phone(s): | Description | | Number | | Notes | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Eligibility Fax | | (908) 218-4611 | | | | | | | |
| | Eligibility Work | | (908) 704-3887 | | | | | | | |

Confidential
Admin Rec. 0012

# Physicians

| Name | Primary | Contact | Diagn | Treatm | Degree | Specialty | Email Address | Web Site |
|------|---------|---------|-------|--------|--------|-----------|---------------|----------|
| Heyman, Norman (Dr.) | | | | Yes | MD | ORS | | |

| Address(es): Location | | Address | Current Mailing |
|---|---|---|---|
| | Business | 245 Union Avenue, Suite 1-A<br>Bridgewater, NJ 08807 | Yes |
| | Business | 256 Old Nyack Turnpike<br>Spring Valley, NY 10977 | No |
| | Business | Office Of Dr. Amato<br>75 New Brunswick Avenue<br>Hopelawn, NJ 08861 | No |
| | Business | Office Of Marshall Chiropractic<br>1187 Main Avenue, Suite 3-D<br>Clifton, NJ 07011 | No |
| | Business | Office Of Marshall Chiropractic<br>1195 Main Avenue (Front Store Office)<br>Clifton, NJ 07011 | No |
| | Business | Offices Of TRS<br>44 East 32nd Street, 11th Floor<br>New York, NY 10016 | No |
| | Business 2 | Office Of Dr. Glassman<br>110-27 Queens Boulevard (72nd Blvd.)<br>Forest Hills, NY 11375 | No |

| Phone(s): | Description | Number | Notes |
|---|---|---|---|
| | Business | (908) 526-2889 | ECN Provider |

| Name | Primary | Contact | Diagn | Treatm | Degree | Specialty | Email Address | Web Site |
|------|---------|---------|-------|--------|--------|-----------|---------------|----------|
| Kulner, Kenneth (Dr.) | | | | Yes | PhD | NPSY | | |

| Address(es): Location | | Address | Current Mailing |
|---|---|---|---|
| | Business | 211 Essex Street<br>Suite 405<br>Hackensack, NJ 07601 | No |
| | Business | 3000 Atrium Way, Suite 100<br>Mount Laurel, NJ 08054 | No |
| | Business | 440 Curry Avenue, Suite B<br>Englewood, NJ 07631 | No |
| | Business | Bergen Neuropsychology Group<br>339 Princeton Hightstown Road<br>Cranbury, NJ 08512 | Yes |

| Phone(s): | Description | Number | Notes |
|---|---|---|---|
| | Business | (201) 894-0050 | ECN Provider |
| | Business | (201) 498-1166 | Access Provider |

Confidential
Admin Rec. 0013

## Physicians

| Name | Primary | Contact | Diagn | Treatm | Degree | Specialty | Email Address | Web Site |
|------|---------|---------|-------|--------|--------|-----------|---------------|----------|
| Pericone, Anne | | Yes | | | | | APERICO@ITS.JNJ.COM | |

| Phone(s): Description | Number | Notes |
|---|---|---|
| Eligibility Work | (908) 541-5825 | |

| Name | Primary | Contact | Diagn | Treatm | Degree | Specialty | Email Address | Web Site |
|------|---------|---------|-------|--------|--------|-----------|---------------|----------|
| Quinones, Carmen M. (Dr.) | | Yes | | Yes | MD | Pain | | |

| Address(es): Location | Address | Current Mailing |
|---|---|---|
| Business | 254 Brick Blvd., Suite 2<br>Brick, NJ 08274 | Yes |

| Phone(s): Description | Number | Notes |
|---|---|---|
| Business | (732) 477-4242 | |
| Business Fax | (732) 477-4368 | |

| Name | Primary | Contact | Diagn | Treatm | Degree | Specialty | Email Address | Web Site |
|------|---------|---------|-------|--------|--------|-----------|---------------|----------|
| Vaccaro, Kathryn | | Yes | | | | | kvaccaro@ocdus.jnj.com | |

| Phone(s): Description | Number | Notes |
|---|---|---|
| Business | (908) 218-8070 | |
| Eligibility Fax | (908) 218-8484 | |

## Diagnoses

| Date | Diagnosis | Minimum | Optimum | Maximum | Physician | Notes |
|------|-----------|---------|---------|---------|-----------|-------|
| 9/8/2008 | 721.3  Lumbosacral Spondylosis without Myelopathy; Arthritis; Osteoarthritis; Spondylarthritis | | | | Strouse, Irving (Dr.) | Going to PT 3x week for three weeks and then will be reevaluated on 10/1. |
| 9/8/2008 | 847.2  Sprains and Strains of Other and Unspecified Parts of Back, Lumbar Spine | 3 | 14 | 28 | Strouse, Irving (Dr.) | |
| 9/8/2008 | 727.06  Tenosynovitis of Foot and Ankle | 3 | 14 | 28 | Strouse, Irving (Dr.) | wearing cam boot. |
| 9/17/2008 | 300.4  Dysthymic Disorder; Anxiety Depression, Depression with Anxiety, Depressive Reaction, Neurotic Depressive State, Reactive Depression | 1 | 14 | 28 | | |
| 11/13/2008 | 722.5  Degeneration of Thoracic or Lumbar Intervertebral Disc | 0 | 28 | 42 | Strouse, Irving (Dr.) | |
| 6/17/2009 | 722.0  Cervical Intervertebral Disc Displacement without Myelopathy; Neuritis (Brachial) or Radiculitis Due to Displacement of Cervical Intervertebral Disc | 0 | 21 | 42 | | |

Confidential
Admin Rec. 0014

# Diagnoses

| Date | Diagnosis | Minimum | Optimum | Maximum | Physician | Notes |
|------|-----------|---------|---------|---------|-----------|-------|
| 6/17/2009 | 721.1  Cervical Spondylosis with Myelopathy; Anterior Spinal Artery Compression Syndrome; Spondylogenic Compression of Cervical Spinal Cord; Vertebral Artery Compression Syndrome | | | | | |

# Prognoses

| Date Entered/ Changed | Prognosis Date | Changed By | Explanation | Notes |
|-----------------------|----------------|------------|-------------|-------|
| 9/11/2008 | 10/6/2008 | CTeta | Initial Prognosis | |
| 10/3/2008 | 10/27/2008 | CTeta | Extension Requested | |
| 10/24/2008 | 11/17/2008 | CTeta | Extension Requested | |
| 11/14/2008 | 12/1/2008 | CTeta | Extension Requested | |
| 11/26/2008 | 12/29/2008 | CTeta | Extension Requested | |
| 12/26/2008 | 1/29/2009 | CTeta | Extension Requested | |
| 1/27/2009 | 3/2/2009 | CTeta | Extension Requested | |
| 1/27/2009 | 3/3/2009 | CTeta | Extension Requested | |
| 2/19/2009 | 3/9/2009 | CTeta | Extension Requested | |
| 2/24/2009 | 4/6/2009 | CTeta | Full Duty | |

# Treatments & Hospitalization

| Date | Provider | Agency/Hospital | Description | Status | Admitted | Discharged | Notes |
|------|----------|-----------------|-------------|--------|----------|------------|-------|
| 9/8/2008 | Strouse, Irving (Dr.) | | Last Date of Treatment | Scheduled | | | |
| 9/11/2008 | | | Physical Therapy | Scheduled | | | |
| 9/12/2008 | | | Office Visit | Scheduled | | | PCP |
| 10/17/2008 | Strouse, Irving (Dr.) | | Office Visit Scheduled | Scheduled | | | |
| 11/10/2008 | Strouse, Irving (Dr.) | | Office Visit Scheduled | Scheduled | | | |
| 11/13/2008 | | | Diagnostic Testing | Completed | | | MRI |
| 11/24/2008 | Strouse, Irving (Dr.) | | Office Visit Scheduled | Scheduled | | | |
| 1/13/2009 | Heyman, Norman (Dr.) | | IME | Completed | | | STD Bucket |
| 1/26/2009 | Quinones, Carmen M. ( | | Procedure | Completed | | | |
| 2/9/2009 | Quinones, Carmen M. ( | | Procedure | Completed | | | |
| 2/12/2009 | Kutner, Kenneth (Dr.) | | IME | Completed | | | $750 no-show/cancel within 48 hours.  LTD Choices 60% |
| 3/3/2009 | Strouse, Irving (Dr.) | | Office Visit | Scheduled | | | |
| 7/23/2009 | Filippone, Charles | | FCE | Completed | | | |

Confidential
Admin Rec. 0015

## Treatments & Hospitalization

| Date | Provider | Agency/Hospital | Description | Status | Admitted | Discharged | Notes |
|------|----------|-----------------|-------------|--------|----------|------------|-------|
| 7/29/2009 | Barr, Lawrence I. (Dr.) | | IME | Completed | | | Ortho IME |
| 1/7/2010 | Filippone, Charles | | FCE | Completed | | | LTD Choices 60% |
| 1/27/2010 | Barr, Lawrence I. (Dr.) | | IME | Completed | | | LTD Choices 60% |

## Work Restrictions

| Restriction | Limitation | Indefinite | Starting | Ending | Physician | Notes |
|-------------|------------|------------|----------|--------|-----------|-------|
| Lifting | 10 lbs | No | 3/2/2009 | 4/6/2009 | Strouse, Irving (Dr.) | |
| Standing | Intermittent | No | 3/2/2009 | 4/6/2009 | Strouse, Irving (Dr.) | |
| Climbing | None | No | 3/2/2009 | 4/6/2009 | Strouse, Irving (Dr.) | |
| Push/Pulling | | No | 3/2/2009 | 4/6/2009 | Strouse, Irving (Dr.) | |
| Twisting | Occasional | No | 3/2/2009 | 4/6/2009 | Strouse, Irving (Dr.) | |
| Squatting | Occasional | No | 3/2/2009 | 4/6/2009 | Strouse, Irving (Dr.) | |

## FMLA Information

**FMLA Start Date**     9/8/2008
**FMLA End Date**       11/30/2008

## Authorizations

| Type | Status | From | Thru | Days | Authorized By | Date Entered | Entered By | Notes |
|------|--------|------|------|------|---------------|--------------|------------|-------|
| Disability Duration | Approved | 9/8/2008 | 10/5/2008 | 28 | CTeta | 9/18/2008 | CTeta | |
| FMLA | Approved | 9/8/2008 | 10/5/2008 | 28 | CTeta | 9/18/2008 | CTeta | |
| Disability Duration | Approved | 10/6/2008 | 10/26/2008 | 21 | CTeta | 10/6/2008 | CTeta | |
| FMLA | Approved | 10/6/2008 | 10/26/2008 | 21 | CTeta | 10/6/2008 | CTeta | |
| Disability Duration | Approved | 10/27/2008 | 11/16/2008 | 21 | CTeta | 10/24/2008 | CTeta | |
| FMLA | Approved | 10/27/2008 | 11/16/2008 | 21 | CTeta | 10/24/2008 | CTeta | |
| Disability Duration | Approved | 11/17/2008 | 11/30/2008 | 14 | CTeta | 11/18/2008 | CTeta | |
| FMLA | Approved | 11/17/2008 | 11/30/2008 | 14 | CTeta | 11/18/2008 | CTeta | |
| Disability Duration | Approved | 12/1/2008 | 12/12/2008 | 12 | CTeta | 11/26/2008 | CTeta | |
| Disability Duration | Approved | 12/13/2008 | 12/28/2008 | 16 | CTeta | 12/8/2008 | CTeta | |
| Disability Duration | Approved | 12/29/2008 | 1/28/2009 | 31 | CTeta | 12/29/2008 | CTeta | Pending IME and LDOT 1/20/09 |
| Disability Duration | Approved | 1/29/2009 | 3/1/2009 | 32 | CTeta | 2/27/2009 | CTeta | |
| Modified Work | Approved | 3/2/2009 | 3/8/2009 | 7 | CTeta | 2/27/2009 | CTeta | working 4 hours a day |
| Modified Work | Approved | 3/9/2009 | 4/5/2009 | 28 | sterry | 3/5/2009 | sterry | LTD eff – FD planned 4/609 |
| LTD | Approved | 7/21/2009 | 8/31/2009 | 42 | sterry | 7/22/2009 | sterry | |

Confidential
Admin Rec. 0016

## Authorizations

| Type | Status | From | Thru | Days | Authorized By | Date Entered | Entered By | Notes |
|------|--------|------|------|------|---------------|--------------|------------|-------|
| LTD | Approved | 9/1/2009 | 11/30/2009 | 91 | sterry | 8/20/2009 | sterry | |
| LTD | Approved | 12/1/2009 | 3/8/2010 | 98 | cclark | 2/18/2010 | cclark | |
| LTD | Approved | 3/9/2009 | 4/5/2009 | 28 | mwadsworth | 5/19/2010 | mwadsworth | correction |
| LTD | Denied | 4/6/2009 | 7/20/2009 | 106 | mwadsworth | 5/19/2010 | mwadsworth | correction |
| LTD | Denied | 3/9/2010 | 3/9/2010 | 1 | mwadsworth | 5/19/2010 | mwadsworth | denial upheld on appeal |

## Work Programs

| Recom. Start | Work Program | Start Date | End Date | Reason Ended | Lost Time | Restricted | Notes |
|--------------|--------------|------------|----------|--------------|-----------|------------|-------|
| 2/2/2009 | Part Time | | | | ☐☐ | No | |
| 3/2/2009 | Part Time | 3/2/2009 | 3/8/2009 | Progression to other MW program | ☐☐ | Yes | |
| 3/9/2009 | Part Time | 3/9/2009 | 4/5/2009 | Employee Disabled | ☐☐ | Yes | |
| 4/6/2009 | Full Time | 4/6/2009 | 7/20/2009 | Employee Disabled | ☐☐ | No | |

## Contacts

| Name | Type | Job Title | Department | Email Address | Web Site |
|------|------|-----------|------------|---------------|----------|
| Graves, Denise | Employer Contact | Eligibility 05/29/2007 | | dgraves@ocdus.jnj.com | |

| Phone(s): | Description | Number | Notes |
|-----------|-------------|--------|-------|
| | Eligibility Fax | (908) 218-4611 | |
| | Eligibility Work | (908) 704-3887 | |

| Name | Type | Job Title | Department | Email Address | Web Site |
|------|------|-----------|------------|---------------|----------|
| Vaccaro, Kathryn | Employer Contact | Eligibility OHN 4/2/2006 | | kvaccaro@ocdus.jnj.com | |

| Phone(s): | Description | Number | Notes |
|-----------|-------------|--------|-------|
| | Business | (908) 218-8070 | |
| | Eligibility Fax | (908) 218-8484 | |

| Name | Type | Job Title | Department | Email Address | Web Site |
|------|------|-----------|------------|---------------|----------|
| Pericone, Anne | Employer Contact | | | APERICO@ITS.JNJ.COM | |

| Phone(s): | Description | Number | Notes |
|-----------|-------------|--------|-------|
| | Eligibility Work | (908) 541-5825 | |

| Name | Type | Job Title | Department | Email Address | Web Site |
|------|------|-----------|------------|---------------|----------|
| Pericone, Anne | Employer Contact | | | APERICO@ITS.JNJ.COM | |

| Phone(s): | Description | Number | Notes |
|-----------|-------------|--------|-------|
| | Eligibility Work | (908) 541-5825 | |

Confidential
Admin Rec. 0017

## Contacts

| Name | Type | Job Title | Department | Email Address | Web Site |
|---|---|---|---|---|---|
| Bosin, Stephen R. | Contact | | | | |

| Address(es) Location | Address | | Current Mailing | | |
|---|---|---|---|---|---|
| Business | 70 Grand Avenue River Edge, NJ 07661 | | Yes | | |

| Phone(s) Description | Number | Notes |
|---|---|---|
| Business | 201-342-4117 | |
| Business Fax | 201-342-8780 | |

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | Notes | | |
| 9/1/2010 | | Task | Nanovich, Diane | | Case Review | Case Information |
| NMadrid -Appeal Specialist - 8/31/2010 please print file and make one copy for 2nd level appeal | | | | | | |
| 9/1/2010 | | Task | Madrid, Natalie | | Case Review | Appeal Brief |
| NMadrid -Appeal Specialist - 8/31/2010 create 2nd level appeal brief and send file to CAFS and J&J CB | | | | | | |
| 10/13/2010 | | Task | Madrid, Natalie | | Case Review | Appeal Decision Due |
| NMadrid -Appeal Specialist - 8/31/2010 determination due 10/13/10 | | | | | | |
| 9/9/2008 | 9/9/2008 | Phone Call | zzHaverly, Cindy | | Spoke to | Case Intake |
| Recvd call from EE to open STD Case Lumbar spine osteo arthritis and left ankle tenosynovitis.LDOE 9/5/2008. FDA 9/8/2008. LDOT 9/8/2008, NDOT unknown.Expl PPW and Transfer to NCM. Works 6:00-2:00, 40 Hrs wk. | | | | | | |
| 9/9/2008 | 9/9/2008 | Mail Merge | zzHaverly, Cindy | Rosado, Jose L | Employer Notification | Job Analysis Request |
| Job Analysis Request - Job Analysis Needed | | | | | | |
| 9/9/2008 | 9/9/2008 | Mail Merge | zzHaverly, Cindy | Rosado, Jose L | Employer Notification | FMLA Eligibility Request |
| FMLA Eligibility Request | | | | | | |
| | 9/9/2008 | Mail Merge | Gibson, Heather | | Employer Notification | Initial OHN Contact |
| 9/23/2008 | 9/10/2008 | Task | zzTeta, Cristina | | Case Review | Determination - Initial |
| Initial Determination (10 Bus. Days)-med rec. 9/10 | | | | | | |
| 9/10/2008 | 9/10/2008 | Task | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | Initial Provider Contact - 1st attempt |
| 1st Day Provider Contact | | | | | | |
| 9/10/2008 | | Task | Wheeler, Judy | | Employee Contact | Initial Assessment - 1st attempt |
| Call ee [NJ]- do intro | | | | | | |
| 9/10/2008 | 9/10/2008 | Phone Call | Wheeler, Judy | | Message Received | Case Information |
| EE left message for call back and confirmed contact #. | | | | | | |
| | 9/10/2008 | Mail Merge | Gibson, Heather | | Forms | STD Packet |
| STD-FMLA Introduction Packet.doc | | | | | | |
| 9/10/2008 | 9/10/2008 | Phone Call | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | Complete Medical - Initial |
| 9/10 cmt. Spoke to Lynne at doctors office. Confirmed Lumbar Spine Osteoarthritis and L ankle sprain (tnosynovitis). EE is using a cam walker, going to PT. Has f/u in three weeks which is not yet scheduled. Dr. has ee oow at least until f/u. | | | | | | |

Confidential
Admin Rec. 00018

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| | Notes | | | | | |
| 9/10/2008 | 9/10/2008 | Phone Call | Wheeler, Judy | | Message Received | Case Information |

EE left message requesting call back and confirmed contact #.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 9/10/2008 | 9/10/2008 | Phone Call | Wheeler, Judy | | Initial Clinical Review | Initial Assessment - 1st attempt |

INTRODUCTION:  Spoke to employee; completed the introduction to Reed Group; case management process reviewed; verbal permission to case manage obtained.  Advised of CA, NY, NJ (part time Choices eligible employees) and Local 630 full and part-time employees, and RI state disability filing requirements.  QA        Verbal permission obtained.jw

As your nurse case manager, I will be responsible for evaluating your disability claim and determining your eligibility for the J&J Short Term Disability program benefits. I will work to provide you with information that will assist you to understand your diagnosis and to make important decisions regarding treatment PLANS and to facilitate the RTW process. I DO NOT PRESCRIBE OR MANDATE ANY TREATMENT, AS THIS IS THE RESPONSIBILITY OF YOUR PHYSICIAN OR HEALTH CARE PROVIDER.  I WILL WORK WITH YOU and your physician or health care provider(s) to develop a case management and return to work plan that will be specific to your needs.  Your plan will be continuously evaluated for effectiveness and revised as needed.  I will be notifying your employer of your request for absence.  I will not be discussing your medical information with your Supervisor, only the fact that your have reported your disability.  Your medical information is strictly confidential and will only be shared with the J&J OHN as needed and to coordinate your RTW plan.  Please inform your physician or health care provider that a Nurse Case Manager from the Reed Group will be contacting them in the next few days to obtain medical information for your Short Term Disability Leave.  As reminder, please be advised that you may be eligible for FMLA for this leave as well.  If you meet the requirements, your FMLA will run concurrent with your Short Term Disability Leave and you will be notified in writing of the decision.

You must meet the required seven (7) day elimination period prior to any authorization being sent to J&J Payroll for payment of short-term disability benefits.  Approval for the STD absence will be effective from the first date of your medical absence. Your STD wages will be based on your years of service with J&J. NOTE: Union employees are paid a negotiated rate.

**Reed Group will make three (3) attempts to contact your physician over the next ten (10) business days to obtain medical information to support your absence.  If unable to obtain the information by the tenth (10th) business day, your absence will be identified as STD pending which means that your pay will be discontinued until the information is obtained.  If the medical information/documentation is not received within thirty (30) days, your request for medical leave will be DENIED.**  You will kept informed in writing of all approvals of disability duration, as well as any denials that may occur, the reasons for any denials, and the process for you to appeal any denial decision.

**Should you require an extension of the original approved leave time, or if you will not return to work on or before the end of the authorization period,  it is your responsibility to ensure that you and/or your health care provider submits supporting objective medical documentation to Reed Group five (5) days prior to the last authorized date of disability. A few examples of this documentation are:
* Physician office/progress notes
* Diagnostic Test Results (X-rays, MRI, etc.)
* Laboratory Results
* Physical Therapy notes
If you are returning to work on or before the end of the authorization period noted above, you will need to provide Reed Group with written documentation of your Release to Work from your health care provider prior to the last authorized date of disability.**  If you have any questions, concerns, complaints, or would like additional information regarding case management services, please contact your Nurse Case Manager, (_CT _ _) at (866) 829-8861, extension _8692_____ .  We look forward to working with you.


WORK SCHEDULE
State EE works in:  NJ
Job title and job physical demands:(Wear special shoes?) Senior Compliance analyst. Desk work.
Shift/hours worked:  6a-2p M-F
Do you drive a company vehicle? no
LDW: 9/5/08
FDA (disability/treatment): 9/8/08


DISABILITY CASE INFORMATION
FDOT:  ongoing-ee has been procrastinating and it has gotten worse-ee has seen PCP and chiro and it got to be too much. EE's back and leg are not condusive to ee being able to perform his job functions. Saw Ortho MD on 9/8/08. MD rx'd ee for PT 3 x week for back.
NDOT:  to be set up @ 10/1 pending outcome of  PT. EE in air cast for achilles

Provider/ Specialty (confirm contact information):  Verified MD info

Confidential
Admin Rec. 0019

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

**Notes**

Kaiser Medical Record #: NO
Diagnosis/Illness (specify which side of body if applicable, e.g. Right Arm)
EE oow  d/t ongoing issues of procrastinating regarding TX and pain and it has gotten worse. EE had seen PCP and Chiro and it got to be too much. EE saw Ortho MD 9/8/08 and was RX'd for PT 3 x week for his back. Back has lumbar strain/sprain and lumbosacral spopndylosis. His (L) ankle tnosynovitis is TX with CAM boot. EE trying not to aggravate the conditions worse than they already are. PT starting tomorrow and sees PCP 9/12/08. EE getting discouraged and Nurse advised ee to relay that info to MD as ee has a lot of personal issues on his plate also as his mom was just admitted to the Hosp. for a stroke. EE taking Flexoril and Naprosen which ee states is not too helpful and ee will discuss w/MD at NDOT 9/12/08. EE's house is set up to accommodate his needs and he is staying on the first floor. Triage Nurse entered DX codes per ppw ee had from MD.
*****PREGNANCY CASES

NOTE: Remind EE at this time, that they must have their post-partum  examination by the end of the 6th week after delivery


Work related? Yes........No...XX...Possible? OHN must be notified of any potential W/C claims.
Mechanism of Injury: How did injury occur? Enter data here and on the Illness/Injury Tab in MDA:
List one of the following:
A. Motor Vehicle Accident
B. Motorcycle/Scooter Accident
C. Bicycle Accident
D. Slip, Trip, Fall
E. Lifting at home
F. Bending
G. Pushing, Pulling
H. Exercising
I. Aggravation of prior back problems
J. Other (please specify)
If Mental Health condition, what was the precipitating event? (e.g. Divorce, death of family member) n/a
Have you utilized  EAP services for this problem ? n/a

Current Treatment plan (diagnostic tests/surgery and their dates):Take med prn, PT as recommended, keep MD appts.

Anticipated OOW duration: unknown-possibly 10/6/08. Reviewed RTW process
Hospitalization:  Yes.....NoXX.......Admission Date:                Discharge Date:
PAST MEDICAL/SURGICAL HISTORY:  Co-morbids? Knee surgery 2005. Slight sleep apnea, but no CPAP.
PAST MENTAL HEALTH HISTORY:  Prior treatment or hospitalization? When? n/a

Medications: Naprosyn, flexoril
Allergies:  no
Smoking Hx: never
Alcohol/Drug Hx:  no
Height: 6'
Weight: 205
Right/Left hand dominant: n/a
Second job or hobbies that may impact upon recovery: no
Current ADL/Physical activity level (including sports): EE able to  take care of self-ee has assistance available as wife is home during the day.
Safety concerns: No per ee-ee to discuss pain med mgmt w/MD 9/12/08 as pain med is not very effective for ee. We reviewed pain med mgmt, s/e and maintaining safety. EE's home has been set up to accommodate ee's needs and he is staying on the first floor. EE compliant w/MD recommendations. EE aware of RTW process. EE has assistance available as needed as wife stays home to care for children.
Elder/Child care responsibilities: 4, 6 and 8 yo-wife is taking care of care

Discussed with the employee the need to return the signed Authorization and Reimbursement Agreement to Reed as soon as possible. Return to work/restriction process.  The need to update Reed with any changes in their care or condition.  Telephone and fax contact numbers for Reed confirmed.

Confidential
Admin Rec. 0020

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |
| 9/10/2008 | 9/10/2008 | Case Notes | Wheeler, Judy | | Case Review/CM Plan | Care Plan – Back Pain |

Care/Case Management Plan 2: Low Back Injury/Disease and ankle disorder

Referral triggers:
9/10/08-EE oow  d/t ongoing issues of procrastinating regarding TX and pain it has gotten worse. EE had seen PCP and Chiro and it got to be too much. EE saw Ortho MD 9/8/08 and was RX'd for PT 3 x week for his back. Back has lumbar strain/sprain and lumbosacral spopndylosis. His (L) ankle tnosynovitis is TX with CAM boot. EE trying not to aggravate the conditions worse than they already are. PT starting tomorrow and sees PCP 9/12/08. EE getting discouraged and Nurse advised ee to relay that info to MD as ee has a lot of personal issues on his plate also as his mom was just admitted to the Hosp. for a stroke. EE taking Flexoril and Naprosen which ee states is not too helpful and ee will discuss w/MD at NDOT 9/12/08. EE's house is set up to accommodate his needs and he is staying on the first floor.jw          9/10/08-9/10 cmt. Spoke to Lynne at doctors office. Confirmed Lumbar Spine Osteoarthritis and L ankle sprain (tnosynovitis). EE is using a cam walker, going to PT. Has f/u in three weeks which is not yet scheduled. Dr. has ee oow at least until f/u.jw


Problem #1:  Employee is not achieving optimal health due to alteration in comfort: Pain

Short Term Goal: Employee will report a decrease in discomfort from initial assessment and a plan will be established to address needs. Within three days of employee contact.9/10/08jw
Long Term Goal:
Employee will return to pre-injury/illness pain free state within projected MDA guidelines.

Interventions for short term goals:
•□Educate the employee on possible complications and elimination of factors that precipitate pain.9/10/08jw
•□Teach employee methods to reduce pain before it becomes too severe both pharmacological and non pharmacological methods for reducing pain/promoting comfort: back rubs, slow rhythmic breathing, repositioning, and divisional activities.
•□Contact the employees physician to confirm the treatment plan, diagnoses, expected recovery time and expected MMI.9/10/08CT
•□Follow up call to member at defined interval.ongoing
•□Listen to employee in a non judgmental manner.9/10/08jw
•□Identify barriers.9/10/08jw
•□Offer assistance and support.9/10/08jw

Interventions for long term goals:
•□Review individual plan of action with the employee.9/10/08jw
•□Assess employee has made the needed changes in his/her medical treatment influencing disability duration.
•□Assessment of functional ability/attainment of maximal functional ability.
•□Timely return to normal activities and employment.
•□Appropriate utilization of resources
•□Avoidance of unnecessary surgery, hospitalization, treatment and imaging studies.
•□Instruction on prevention of re-injury and decreased disability
•□Provide knowledge on provision of quality, cost effective care
•□Ensure employee has a plan in place to address barriers.9/10/08jw
•□Review individual plan of action with the employee and document in a written plan any accommodations designed to promote timely and safe transition back to full work productivity.

Problem #2:  Employee is not achieving optimal health due to alteration in physical activity and inability to move purposefully within the environment.

Short Term Goal:
1.□Employee will be knowledgeable of safety related issues due to activity limitations within three days of employee contact.9/10/08jw
2.□Employee will demonstrate increased mobility/activity utilizing appropriate DME equipment within one week of injury/illness.

Long Term Goal:
Employee will progress to the highest level of mobility possible within limitations of diagnoses per MDA guidelines.

**Events**

Confidential
Admin Rec. 0021

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

Interventions for short term goals:
•☐Employee will reduce or eliminate contributing factors by assess employees schedule.  Allow rest periods between all activities.
•☐Assist to identify safety hazards in members environment or daily routine.9/10/08jw
•☐Encourage person to note daily progress.
•☐Evaluate employees strength and degree of mobility through office notes or physical therapy notes
•☐Work with Physical therapist to obtain current treatment plan
•☐Evaluate for proper use of function and adaptive equipment.9/10/08jw
•☐Evaluate proper referral to PT,OT, or other
•☐Encourage relaxation training

Interventions for long term goals:
•☐Assess employee has made the needed changes in his/her medical treatment influencing disability duration.
•☐Assessment of functional ability/attainment of maximal functional ability.
•☐Timely return to normal activities and employment.
•☐Plan and share necessity of learning outcomes with the employee.
•☐Appropriate utilization of resources
•☐Avoidance of unnecessary surgery, hospitalization, treatment and imaging studies.
•☐Instruction on prevention of re-injury and decreased disability
•☐Prevention of possible complications
•☐Ensure employee has a plan in place to address barriers.
•☐To achieve consistent, quality care by using nationally recognized clinical guidelines.

Criteria for Case management closure
•☐Functional improvement
•☐Relief / reduction of pain and symptoms
•☐Appropriate utilization of resources and benefits
•☐Avoidance of unnecessary surgery, hospitalization and surgery
•☐Employee satisfaction with medical care, case management services.
•☐Early return to work
•☐Safety issues have been identified
•☐Medically cleared to return to work

Case Management Resources:
☐
http://www.highbeam.com/library/

http://www.americanhealthways.com/regence/CBP/Member/02.asp?Clnt=001&Prog=CBP&Cat=Mbr&typ=001#2

Aetna low back manual

Conte L, Timir B, The rehabilitation of persons with low back pain.  Journal of Rehabiliation, April, 1993

The Medical Disability Advisor, Presley Reed, MD Fourth Edition
http://www.rncentral.com/careplans/plans/ai.html

Praemer, A, Furner, S, Rice, D, Musculoskeletal Conditions in the United States, 1992, American Academy of Orthopedic Surgeons.

Taylor V, Deyo R, Cherkin D, Kreeulter W. Freidlieb O, The impact of managed care on the diagnosis and treatment of low back pain: a preimiary report.  American Journal of Medical Quality 1994. vol 9 1.

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | Notes | | |
| 9/10/2008 | 9/10/2008 | Phone Call | zzTeta, Cristina | | Message Received | Case Follow-Up |
| | | | 9/10 cmt. EE left message for call back to discuss diagnosis and PT info and possibly working from home. | | | |
| 9/11/2008 | 9/11/2008 | Task | zzJackson, Latonya | | Case Review | Job Analysis Request |
| | | | 1st request look for response | | | |
| 9/16/2008 | 9/11/2008 | Task | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | Initial Provider Contact - 2nd attempt |
| | | | 4th Work Day Provider Contact-med rec 9/10 | | | |
| 9/18/2008 | 9/11/2008 | Task | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | Initial Provider Contact - 3rd attempt |
| | | | 7th Work Day Provider Contact-med. Rec 9/10 | | | |
| 9/11/2008 | 9/11/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |
| | | | 9/11 cmt. EE called in with update. He will be going to PT 3x per week. Saw ortho on 9/8. Wants to try and work from home a couple of hours per week, but says supervisor is not sure about that. EE will fax ppw from doctor to NCM with request to work from home. | | | |
| 9/18/2008 | 9/12/2008 | Task | zzJackson, Latonya | | Case Review | Job Analysis |
| | | | 2nd request**returntowellness Job analysis form. | | | 2nd request. Please complete attached |

-------------------------------------

From: Haverly, Cindy
Sent: Thursday, September 11, 2008 12:29 PM
To: 'JROSADO3@its.jnj.com'
Cc: returntowellness
Subject: Van Deventer Jr, Ralph-JOB ANALYSIS NEEDED


YOUR ACTION NEEDED

Please review the enclosed Job Analysis and confirm if the job duties are specific to your employee, or update the job duties as needed and return the form via e-mail.  The e-mail address is ReturnToWellness@reedgroup.com. Please include either the employee's name or case number in the subject line of your e-mail. In addition, please provide any pertinent information regarding this claimant that you feel might impact the disability management process.

Thank you,

Cindy Haverly

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610 FAX

Confidential
Admin Rec. 0022

Confidential
Admin. Rec. 0023

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

chaverly@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 9/15/2008 | 9/15/2008 | Task | Pelton, Patrick | | Case Review | Job Analysis |
| please review attached JA | | | | | | |
| 9/15/2008 | 9/15/2008 | Case Notes | Pelton, Patrick | | Case Review | Job Analysis |
| 9/15/2008 PP: Reviewed job analysis. EE works as a Sr. Complaint Analyst. JA notes frequent lifting up to 10 lbs, seldom up to 100 lbs. Seldom pushing, pulling, or reaching. Frequent sitting, occasional walking. | | | | | | |
| 9/15/2008 | 9/18/2008 | Task | zzTeta, Cristina | | Case Review | Case Follow-Up |
| review for 8-day auth. | | | | | | |
| | 9/18/2008 | Mail Merge | zzRussell, Sharon | | Employee Notification | STD/FMLA Approval Letter |
| STD/FMLA Approval Letter | | | | | | |
| 9/19/2008 | 9/19/2008 | Task | zzBrache, Emily | | Employee Notification | STD/FMLA Approval Letter |
| send auth letter***SENT TO QA 9/18/2008 BY SB*** **QA completed, email sent** | | | | | | |
| 9/25/2008 | 9/26/2008 | Task | zzTeta, Cristina | | Employee Contact | Case Follow-Up |
| call ee f/u prior to 5-day call. | | | | | | |
| 9/26/2008 | 9/26/2008 | Phone Call | zzTeta, Cristina | Strouse, Irving (Dr.) | Employee Contact | Case Follow-Up |
| 9/26 cmt. NCM called ee to f/u with progress. EE states going to PT 3Xa week. It does help, but makes him sore. Has f/u with doctor on 9/29. Still wearing Cam Boot. Takes it off at night for a short time as it makes his foot very stiff. EE not sure if CAM boot is helping. EE taking Anti inframmatories and Hydrocodone at night which helps with stiffness and pain. NCM explained 5-day call and need for medical documentation to support extension if ee not rtw on 10/6. EE will f/u with doctor during visit on 9/29. | | | | | | |
| 9/29/2008 | 9/29/2008 | Task | zzJackson, Latonya | | Employee Contact | Reminder Call for Extension or RTW |
| 5 day reminder call; authed thru 10/05/08--lvm--I have been informed by your case manager that your short term disability case was approved through 10/5/08____with a return to work date of_10/6/08_. If you will not be returning to work on that date it will be necessary for you to submit additional medical documentation to support the extended absence or your case will be closed and your continuation of Short Term Disability benefits will be denied. Please fax all pertinent medical documentation to 518-880-6610. If you are returning to work please fax a copy of your return to work release form to Reed Group at 518-880-6610. Thank you. | | | | | | |
| 9/30/2008 | 9/30/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |
| 9/30 cmt. Ee called with update. He faxed ppw including ap form. Doc wants ee out till 10/27. also faxing PT script and list of meds. | | | | | | |
| 9/30/2008 | 9/30/2008 | Correspondence | Pelton, Patrick | | Forms | Authorization to Disclose Medical Information |
| Authorization to Disclose Medical Information | | | | | | |

Confidential
Admin Rec. 0024

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | Notes | | |
| 9/30/2008 | 9/30/2008 | Correspondence | Pelton, Patrick | | Forms | Reimbursement Agreement |
| | | | Reimbursement Agreement | | | |
| 10/6/2008 | 10/6/2008 | Task | zzTeta, Cristina | | Case Review | Determination Extension |
| | | | review for rtw or deny | | | |
| 10/1/2008 | 10/6/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| | | Please review attached APS and AP note | | | | |
| 10/6/2008 | 10/6/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| | | Please review attached medical info | | | | |
| 10/6/2008 | 10/6/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| | | Please review attached medical info | | | | |
| 10/6/2008 | 10/6/2008 | Correspondence | zzTeta, Cristina | | Medical Documentation | Case Information |
| | | 10/6 cmt. Ee faxed list of medications and copy of script. Cyclobenzaprim, Naproxin, Carisorpudd, Meloxicam, Lortab, Lexapro, Klonopin. PT 3x week. | | | | |
| 10/6/2008 | 10/6/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Medical Documentation | Complete Medical - Initial |
| | | 10/6 cmt. Reviewed aps. Tenosynovitis L ankle 727.06, Lumbar Sprain 847.2. Cam walker left foot. PT 3 x week. NDOT 10/17. est rtw 10/27. | | | | |
| 10/7/2008 | 10/7/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |
| | | 10/7 cmt. Ee requested NCM to notify ee's supervisor of revised rtw date of 10/27. NCM will fax fax supervisor. EE attending PT 3X week. Helps with lower back. Still having foot pain and swelling. Continues to wear Cam boot. | | | | |
| 10/7/2008 | 10/7/2008 | Correspondence | zzTeta, Cristina | Rosado, Jose L | Employer Notification | RTW |
| | | Please be advised, Mr. Van Deventer's estimated return to work date has been extended to 10/27/08. | | | | |

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

Confidential
Admin Rec. 0025

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| | 10/7/2008 | Mail Merge | zzRussell, Sharon | | Employee Notification | STD Extension Approval Letter |

STD FMLA Extension Approval Letter

| 10/8/2008 | | Task | Gibson, Heather | | Employee Notification | STD Extension Approval Letter |

send std/fmla extension approval letter***sent to qa by sb***

| 10/20/2008 | 10/20/2008 | Task | zzRussell, Sharon | | Employee Contact | Reminder Call for Extension or RTW |

5 day reminder call; authed thru 10/26/08***called ee at (732) 270-2897 and advised him as follows: Hello, this is a reminder call from the Reed Group, disability manager for Johnson & Johnson. I have been informed by your case manager that your short term disability case was approved through 10/26/08 with a return to work date of 10/27/08. If you will not be returning to work on that date it will be necessary for you to submit additional medical documentation to support the extended absence or your case will be closed and your continuation of your STD benefits will be denied. Please fax all pertinent medical documentation to 518-880-6610. If you are returning to work please fax a copy of your return to work release form to Reed Group at 518-880-6610. Thank you for your cooperation.***

| 10/20/2008 | 10/20/2008 | Phone Call | zzTeta, Cristina | | Message Received | Case Follow-Up |

10/20 cmt. Ee left message for call back. Needs RTW form faxed. Still having PT. Dr. has different rtw date.

| 10/21/2008 | 10/21/2008 | Correspondence | zzTeta, Cristina | | Forms | Forms to Send |

10/21 cmt. RTW form faxed to ee. Efax successful.

| 10/21/2008 | 10/21/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Response to Message Left |

10/21 cmt. NCM called ee. Had appt with ortho surgeon on 10/17. Saw improvement. Boot starting to work, but foot only half of what it should be. Keep ee in boot. Keep PT for 3 more weeks. EE still having numbness bothering left leg and lower back. Had PT 10/20. Boot is limiting PT as to what they can do. Foot still swollen. Doctor estimates ee will rtw on 11/17/08. NCM informed ee he is authed thru 10/26 and to have provider fax office notes and PT script to Reed in order to extend case. EE verbalized understanding.

| 10/24/2008 | 10/24/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Response to Message Left |

10/24. NCM informed ee his case will be extended thru 11/16 with a rtw date of 11/17. EE still has cast. Going to PT 3 times a week. Has f/u with provider on 11/10/08. Mother is in hospital has brain cancer. Only has one month to live. Hospice care. Mother will live with ee with hospice home care.

| 10/24/2008 | 10/24/2008 | Correspondence | zzTeta, Cristina | Rosado, Jose L | Employer Notification | RTW |

Please be advised, based on additional medical information received, Ralph Van Deventer's absence has been extended through 11/16/08, with an estimated return to work of 11/17/08.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

cteta@rgl.net

Confidential
Admin Rec. 0026

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notes**

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | 10/27/2008 | Mail Merge | zzRussell, Sharon | | Employee Notification | STD Extension Approval Letter |

STD FMLA Extension Approval Letter

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 10/27/2008 | 10/28/2008 | Task | Gibson, Heather | | Employee Notification | STD Extension Approval Letter |

send std/fmla extension approval letterqa complete

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 11/10/2008 | 11/10/2008 | Task | zzRussell, Sharon | | Employee Contact | Reminder Call for Extension or RTW |

5 day reminder call; authd thru 11/16/08***called ee at (732) 881-0506 and lm as follows: Hello, this is a reminder call from the Reed Group, disability manager for Johnson & Johnson.  I have been informed by your case manager that your short term disability case was approved through 11/16/08 with a return to work date of 11/17/08.  If you will not be returning to work on that date it will be necessary for you to submit additional medical documentation to support the extended absence or your case will be closed and your continuation of your STD benefits will be denied.  Please fax all pertinent medical documentation to 518-880-6610.  If you are returning to work please fax a copy of your return to work release form to Reed Group at 518-880-6610.  Thank you for your cooperation.***

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 10/22/2008 | 11/11/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |

Please review attached AP note

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 10/22/2008 | 11/11/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |

Please review attached AP note

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 11/11/2008 | 11/11/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

11/11 cmt. EE called in with update. He saw ortho on 11/10. ankle is looking better. Achilles doing good, but sore in morning or when immobile for a period of time. EE still wearing CAM boot and continuing with PT 3 x per week. Having lower back pain. Has MRI scheduled for 11/13. NCM informed ee he is authed thru 11/16. Reed needs to receive updated medical information by 11/16 to extend case if not going back to work on 11/17. ee said it seems unlikely he will rtw on 11/17 considering everything that is going on.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 11/11/2008 | 11/11/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Medical Documentation | Case Information |

11/11 cmt. Reviewed doctor note dated 10/17. ee still having difficulty with both his lumbar spine and achilles tendon. Achilles tendon continues to demonstrate a mass, which is palpable and tender. Back still reveals some residual spasm but negative straight leg raising and no neurologic deficits. Continue with PT, continue oow. Return in one month.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 11/11/2008 | 11/11/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | Case Information |

11/11 cmt. Reviewed pt script dated 10/24. ee to continue with pt 3x per week for 3 more weeks.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 11/14/2008 | 11/14/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

11/14 cmt. Ee has doctor note keeping him oow until 12/1/08. ee will fax note to Reed Group. EE still sore. Hoping to go back to work on 12/1. Had MRI on 11/13/08. Will be scheduling appointment with doctor to follow up.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 11/14/2008 | 11/14/2008 | Correspondence | zzTeta, Cristina | Rosado, Jose L | Employer Notification | RTW |

Please be advised, due to additional documentation received, Mr Van Deventer's absence has been extended thru 11/30/08, with an estimated return to work date of 12/1/08.

Confidential
Admin Rec. 0027

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 11/17/2008 | 11/18/2008 | Task | zzTeta, Cristina | | Case Review | Case Follow-Up |
| review for rtw or denial | | | | | | |
| 11/12/2008 | 11/18/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| Please review attached med info | | | | | | |
| 11/14/2008 | 11/18/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| Please review attached med info | | | | | | |
| 11/17/2008 | 11/18/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| Please review attached AP note | | | | | | |
| 11/17/2008 | 11/18/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| Please review attached AP note | | | | | | |
| 11/19/2008 | 11/18/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| Please review attached medical info | | | | | | |
| 11/18/2008 | 11/18/2008 | Correspondence | zzTeta, Cristina | | Medical Documentation | Complete Medical - Initial |
| 11/18 cmt. Reviewed MRI results from 11/13/08. ee with chronic back pain. Disc bulge L4-L5 and L3-L4 with a superimposed disc herniation in the right neural foramen at L4-L5. Degenerative Changes. | | | | | | |

Confidential
Admin. Rec. 0028

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | Notes | | |
| 11/18/2008 | 11/18/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | Case Information |
| | | 11/18 cmt. Reviewed excuse slip. Ee oow till 12/1 for left achilles tendon and lumbar sprain. | | | | |
| 11/18/2008 | 11/18/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Medical Documentation | Complete Medical - Initial |
| | | 11/18 cmt. Reviewed provider note dated 11/10/08. Left Achilles tendon seems to be improved. Mass has decreased. Tenderness is less. EE continues with walking boot. EE still has significant lower back pain. No change in neurologic status, but he is c/o increased left sciatica. MD is ordering MRI of lumbar spine. Ee to continue with PT and return in one month. | | | | |
| 11/19/2008 | 11/19/2008 | Task | Gibson, Heather | | Employee Notification | STD Extension Approval Letter |
| | | send std/fmla extension approval letter.   **sent to qa...eb** | | | | |
| 11/19/2008 | 11/19/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |
| | | 11/19 cmt. Ee called in to verify receipt of MRI results. NCM confirmed receipt. EE has appt with Ortho surgeon on 11/24 and is going to PT today (11/19). NCM informed ee he is authed thru 11/30 with est. rtw of 12/1/08. If ee not rtw on 12/1 Reed Group needs to have additional medical documentation submitted before 12/1 in order to extend case. EE verbalized understanding. | | | | |
| | 11/19/2008 | Mail Merge | zzBrache, Emily | | Employee Notification | STD Extension Approval Letter |
| | | sent +FMLA | | | | |
| 11/20/2008 | 11/20/2008 | Phone Call | Wadsworth, Mary Ellen | Vaccaro***, Kathy | Employer Contact | Case Follow-Up |
| | | 11/20/08 mew:  OHN called looking for update on case.  Explained to OHN that ee has been auth'd through 11/30/08. | | | | |
| 11/21/2008 | 11/21/2008 | Phone Call | zzTeta, Cristina | | Message Received | Case Follow-Up |
| | | 11/21 cmt. Ee left message for call back re: rtw form questions. | | | | |
| 11/21/2008 | 11/21/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Response to Message Left |
| | | 11/21 cmt. Call placed to ee. EE has anxiety re: going back to work because healing is taking a long time. Saw psychiatrist for anxiety. EE will discuss restrictions with Ortho during visit on 11/24. EE wants to work from home part of the week when he goes back to work. Not sure if manager will accommodate. Going to PT 3 x a week. Going for two more weeks. | | | | |
| 11/24/2008 | 11/25/2008 | Task | zzJackson, Latonya | | Employee Contact | Reminder Call for Extension or RTW |
| | | 5 day reminder call; authed thru 11/30/08--I have been informed by your case manager that your short term disability case was approved through  11/30/08____with a return to work date of _12/1/08__.  If you will not be returning to work on that date it will be necessary for you to submit additional medical documentation to support the extended absence or your case will be closed and your continuation of Short Term Disability benefits will be denied.  Please fax all pertinent medical documentation to 518-880-6610.  If you are returning to work please fax a copy of your return to work release form to Reed Group at 518-880-6610.  Thank you. | | | | |
| 11/26/2008 | 11/26/2008 | Phone Call | zzTeta, Cristina | | Message Received | Case Follow-Up |
| | | 11/26 cmt. EE left message on 11/25. Had f/u with ortho on 11/24. Discussed MRI results. PT now has permission to work ee's back and feet for 4 weeks. Provider wants ee oow until 12/29. Has f/u on 12/22. If PT not helping, ee may have to go to Pain Mgmt.  EE requested office notes be faxed to Reed Group. | | | | |
| 11/26/2008 | 11/26/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |
| | | 11/26 cmt. EE called in. EE asked provider to fax over ppw to extend case. EE will f/u with NCM at 4pm today (11/26 to confirm if ppw received). | | | | |
| 11/26/2008 | 11/26/2008 | Correspondence | zzTeta, Cristina | | Employer Notification | Case Follow-Up |
| | | Please be advised, due to additional documentation received today, Mr. Van Deventer's std has been extended through 12/28/08 with an estimated return to work of 12/29/08. | | | | |

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

Confidential
Admin Rec. 0029

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/1/2008 | 12/2/2008 | Task | zzBrache, Emily | Rosado, Jose L | Employee Notification | STD Approval/FMLA Exhaustion Letter |
| | | | | send fmla exhaustion letter.***sent to qa hg*** .**QA completed, email sent** | | |
| | 12/2/2008 | Mail Merge | Gibson, Heather | | Employee Notification | STD Approval/FMLA Exhaustion Letter |
| | | | | STD Approval - FMLA Exhaustion Letter | | |
| 11/26/2008 | 12/5/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| | | | | Please review attached medical info | | |
| 12/1/2008 | 12/5/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| | | | | Please review attached AP note | | |
| 12/5/2008 | 12/5/2008 | Phone Call | zzTeta, Cristina | | Message Received | Case Follow-Up |
| | | | | 12/5 cmt. EE called in re: fmla exhaustion letter received and status of std extension. | | |
| 12/15/2008 | 12/8/2008 | Task | zzTeta, Cristina | | Case Review | Case Follow-Up |
| | | | | review for rtw or denial.- case extended. | | |
| 12/8/2008 | 12/8/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | Case Information |
| | | | | 12/8 cmt. Doctor's note documented. Reviewed md note dated 11/24/08. EE with Achilled Tenosynovitis. Lumbar Sprain L4- L5. No work until 12/29/08 | | |
| 12/8/2008 | 12/8/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | Complete Medical - Initial |
| | | | | 12/8 cmt. Doctor's note documented. Reviewed md note. Dated 11/24. EE had MIR of L-spine. Disc bulge at L4-L5 with superimposed disc herniation along the right neural foramina at L4-L5. Diffuse degenerative change. EE still significantly tender over the Achilles. EE will continue physical therapy and be kept oow. f/u in four weeks. | | |
| 12/8/2008 | 12/8/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Information | |
| | | | | 12/8 cmt. Documented rx. EE to have PT 3 x a week for 4 weeks for back and ankle. Script dated 11/24/08. | | |
| 12/8/2008 | 12/8/2008 | Correspondence | zzTeta, Cristina | | Case Review | Case Information |
| | | | | 12/8 cmt. EE correspondence documented. EE had ov 11/24. Doctor told ee that if after this round of PT there is still no improvement, doctor would recommend a pain mgmt treatment so that ee | | |

Confidential
Admin Rec. 0030

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

can rtw. Doctor wants ee to remain oow until 12/29/08 while he participates in PT program. EE has f/u appt. on 12/22/08 with Dr. Strouse.

| 12/8/2008 | 12/8/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Response to Message Left |

12/8 cmt. Physical therapy is going well. It is helping with back and foot. Progressing well. No longer using cam boot. Takes hydrocodone for pain prn. Usually just takes one at night.

| 12/9/2008 | 12/9/2008 | Task | Gibson, Heather | | Employee Notification | STD Extension Approval Letter |

send std extension approval letter.***sent to qa 12/9/08***

| | 12/9/2008 | Mail Merge | zzRussell, Sharon | | Employee Notification | STD Extension Approval Letter |

STD Extension Approval Letter

| 11/26/2008 | 12/13/2008 | Task | zzMoussa, Kathleen | | Case Review | STD Monthly Status Report |

STD Monthly Status Report

| 11/19/2008 | 12/13/2008 | Task | zzMoussa, Kathleen | | Case Review | Case Management Plan |

Update CP

| 12/13/2008 | 12/13/2008 | Case Review | zzMoussa, Kathleen | | Case Review | Care Plan - Back Pain |

Care/Case Management Plan 2: Low Back Injury/Disease 12/13/08 kam

Referral triggers:
Lumbosacral sprain, intervetebral disc herniation, degenerative disease of the lower spine traumatic injuries; e.g. osteoarthritis, ankylosing spondylitis, congenital problems; scoliosis, instabilities; spondylolisthesis, organic diseases; tumors, Joint syndromes; facet syndrome, muscle inflammation, non specific back pain.12/13/08 kam


Problem #1:  Employee is not achieving optimal health due to alteration in comfort: Pain
90 Day Report Template



Age:
Job title:
1st Date of Disability:
Diagnosis:
Nature of surgery & date: (op report should be available for reference)

Therapy: (date started, how often, type ex- pt, rehab, counseling, ot, st. Notes should be available for reference)

Diagnostic Testing: (mri, emg, biopsy, x-ray, ect. Results should be available for reference)

Job Duties: (lifting #, standing requirements, freq wrist movement, current class ect. JA should be available for reference)

Co-morbids: (overweight, cardiac, previous miscarriages, ect)

Plan: 1) Has case exceeded the optimum duration?

☐2) If case has exceeded the optimum duration, please explain why.

☐3) Explain case management plan:

4)Has case been referred for review? (BMI, peer, IME, ect. Include date and results)

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |

5)Note any additional treatment plans:

6)  Has RTW been discussed including modified:

Week 18: Ltd Application sent date:          Received date:

Ltd Roll Date:

Short Term Goal: Employee will report a decrease in discomfort from initial assessment and a plan will be established to address needs. Within three days of employee contact.
Long Term Goal:
Employee will return to pre-injury/illness pain free state within projected MDA guidelines.

Interventions for short term goals:
·☐Educate the employee on possible complications and elimination of factors that precipitate pain.
·☐Teach employee methods to reduce pain before it becomes too severe both pharmacological and non pharmacological methods for reducing pain/promoting comfort: back rubs, slow rhythmic breathing, repositioning, and divisional activities.
·☐Contact the employees physician to confirm the treatment plan, diagnoses, expected recovery time and expected MMI.
·☐Follow up call to member at defined interval
·☐Listen to employee in a non judgmental manner.
·☐Identify barriers
·☐Offer assistance and support

Interventions for long term goals:
·☐Review individual plan of action with the employee
·☐Assess employee has made the needed changes in his/her medical treatment influencing disability duration.
·☐Assessment of functional ability/attainment of maximal functional ability.
·☐Timely return to normal activities and employment.
·☐Appropriate utilization of resources
·☐Avoidance of unnecessary surgery, hospitalization, treatment and imaging studies.
·☐Instruction on prevention of re-injury and decreased disability
·☐Provide knowledge on provision of quality, cost effective care
·☐Ensure employee has a plan in place to address barriers.
·☐Provide Human Resources with confidential reports and opportunities to improve your care and treatment plans.
·☐Review individual plan of action with the employee and document in a written plan any accommodations designed to promote timely and safe transition back to full work productivity.

Problem #2:  Employee is not achieving optimal health due to alteration in physical activity and inability to move purposefully within the environment.

 Short Term Goal:
1.☐Employee will be knowledgeable of safety related issues due to activity limitations within three days of employee contact
2.☐Employee will demonstrate increased mobility/activity utilizing appropriate DME equipment within one week of injury/illness.

Long Term Goal:
Employee will progress to the highest level of mobility possible within limitations of diagnoses per MDA guidelines.

Confidential
Admin Rec. 0031

Confidential
Admin Rec. 0032

| Events | | | | | | |
|---|---|---|---|---|---|---|
| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |

Notes

Interventions for short term goals:
• Employee will reduce or eliminate contributing factors by assess employees schedule.  Allow rest periods between all activities.
• Assist to identify safety hazards in members environment or daily routine
• Encourage person to note daily progress.
• Evaluate employees strength and degree of mobility through office notes or physical therapy notes
• Work with Physical therapist to obtain current treatment plan
• Evaluate for proper use of function and adaptive equipment
• Evaluate proper referral to PT,OT, or other
• Encourage relaxation training

Interventions for long term goals:
• Assess employee has made the needed changes in his/her medical treatment influencing disability duration.
• Assessment of functional ability/attainment of maximal functional ability.
• Timely return to normal activities and employment.
• Plan and share necessity of learning outcomes with the employee.
• Appropriate utilization of resources
• Avoidance of unnecessary surgery, hospitalization, treatment and imaging studies.
• Instruction on prevention of re-injury and decreased disability
• Prevention of possible complications
• Ensure employee has a plan in place to address barriers.
• Provide Human Resources and doctor with confidential reports and opportunities to improve your care and treatment plans.
• To achieve consistent, quality care by using nationally recognized clinical guidelines.

Criteria for Case management closure
• Functional improvement
• Relief / reduction of pain and symptoms
• Appropriate utilization of resources and benefits
• Avoidance of unnecessary surgery, hospitalization and surgery
• Employee satisfaction with medical care, case management services.
• Early return to work
• Safety issues have been identified
• Medically cleared to return to work

Case Management Resources:
□
http://www.highbeam.com/library/

http://www.americanhealthways.com/regence/CBP/Member/02.asp?Clnt=001&Prog=CBP&Cat=Mbr&typ=001#2

Aetna low back manual

Conte L, Timir B, The rehabilitation of persons with low back pain.  Journal of Rehabiliation, April, 1993

The Medical Disability Advisor, Presley Reed, MD Fourth Edition
http://www.rncentral.com/careplans/plans/ai.html

Praemer, A, Furner, S, Rice, D, Musculoskeletal Conditions in the United States, 1992, American Academy of Orthopedic Surgeons.

Taylor V, Deyo R, Cherkin D, Kreeulter W. Freidlieb O, The impact of managed care on the diagnosis and treatment of low back pain: a preimiary report.  American Journal of Medical Quality 1994. vol 9 1.

Confidential
Admin Rec. 0033

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| Notes | | | | | | |
| 12/13/2008 | 12/13/2008 | Case Review | zzMoussa, Kathleen | | Meeting Candidate | STD Monthly Status Report |

12/13/08 kam
90 Day Report Template

Age:  50
Job title:  Sr Compliance Analyst
1st Date of Disability:  9/8/08
Diagnosis:
frmDisability_Diagnoses
Description
Lumbosacral Spondylosis without Myelopathy; Arthritis; Osteoarthritis; Spondylarthritis
Sprains and Strains of Other and Unspecified Parts of Back, Lumbar Spine
Tenosynovitis of Foot and Ankle
Degeneration of Thoracic or Lumbar Intervertebral Disc

Nature of surgery & date: (op report should be available for reference) none

Therapy: (date started, how often, type ex- pt, rehab, counseling, ot, st. Notes should be available for reference) pt

Diagnostic Testing: (mri, emg, biopsy, x-ray, ect. Results should be available for reference)   xray

Job Duties: (lifting #, standing requirements, freq wrist movement, current class ect. JA should be available for reference) :  EE works as a Sr. Complaint Analyst. JA notes frequent lifting up to 10 lbs, seldom up to 100 lbs. Seldom pushing, pulling, or reaching. Frequent sitting, occasional walking.ee has heavy job class

Co-morbids: (overweight, cardiac, previous miscarriages, ect)

Plan: 1) Has case exceeded the optimum duration? no

☐2) If case has exceeded the optimum duration, please explain why.

☐3) Explain case management plan:

4)Has case been referred for review? (BMI, peer, IME, ect. Include date and results)  no

5)Note any additional treatment plans:

6)  Has RTW been discussed including modified: no

Week 18: Ltd Application sent date:          Received date:

Ltd Roll Date: 3/8/09

| 12/22/2008 | 12/22/2008 | Task | zzJackson, Latonya | | Employee Contact | Reminder Call for Extension or RTW |

5 day reminder call; authed thru 12/28/08--I have been informed by your case manager that your short term disability case was approved through_12/28/08___with a return to work date

## Events

Confidential
Admin Rec. 0034

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| **Notes** | | | | | | |

of 12/29/08___. If you will not be returning to work on that date it will be necessary for you to submit additional medical documentation to support the extended absence or your case will be closed and your continuation of Short Term Disability benefits will be denied. Please fax all pertinent medical documentation to 518-880-6610. If you are returning to work please fax a copy of your return to work release form to Reed Group at 518-880-6610. Thank you.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/29/2008 | 12/26/2008 | Task | Wallace, Maria | Network, Exam Coordinators | Case Review | IME-Independent Medical Examination |

please set-up ortho ime. Per ee, please make appt. as close as possible to his house as he has difficulty with long-distance driving. Thank you.

| 12/26/2008 | 12/26/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

12/26 cmt. Ee called in to check status of ppw. NCM verified ppw was received (pt script and referral to pain mngmt.) NCM advised ee to have doctor submit office notes stating ee's functional limitations. EE verbalized understanding and will f/u with provider on 12/29 as office is closed today (12/26).

| 12/29/2008 | 12/29/2008 | Task | zzTeta, Cristina | | Case Review | Determination Extension |

review for rtw or denial.

| 12/26/2008 | 12/29/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |

Please review attached medical info

| 12/30/2008 | 12/29/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |

Please review attached medical info

| 12/29/2008 | 12/29/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

12/29 cmt. Ee called in to check status of ppw. NCM informed ee that note from provider is dated 11/24. ee will f/u with provider for more recent notes.

| 12/30/2008 | 12/29/2008 | Task | zzTeta, Cristina | | Case Review | Fax Review |

Please review attached AP note

| 12/29/2008 | 12/29/2008 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

12/29 cmt. Ee called in to verify receipt of ppw. Informed ee that 2nd note was received.

| 12/29/2008 | 12/29/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | Complete Medical - Initial |

12/29 cmt. Reviewed ap note dated 11/24/08. EE had MRI. Disc bulge at L4-L5 and L3-L4 with superimposed disc herniation along the right neural foramina at L4-L5. Diffuse degeneratgive changes. Significantly tender over the Achilles. Neurologic exam remains unchanges. Plan for naw is to continue PT and keep oow. f/u in four weeks.

| 12/29/2008 | 12/29/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | Complete Medical - Initial |

12/29 cmt. Reviewed ap note dated 12/22/08. ee is basically unchanged since 11/24 visit. Back is a chronic problem. Still has tenderness and swelling. Exam reveals spasm and limited motion. There is no change in his neurologic status. Still tender with swelling over the Achilles. Plan for now is to continue with PT. Also being referred to pain management specialist to see if epi blocks are indicated. f/u in one month. IME has been requested.

| 12/29/2008 | 12/29/2008 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | Complete Medical - Initial |

12/29 cmt. Reviewed medical documentation received 12/26/08. Cover note from ee dated 12/23/08: EE saw ortho surgeon on 12/22. Wants ee oow one more month. Needs to undergo ipidural block injections. Has f/u with Dr. Strouse on 1/20/09. estimated rtw is 1/29/09. Included: exuse slip for dates 12/22 - for one month. Script for PT dated 12/22 - continue PT for 3 x week for 4 more weeks. Referral to Pain Management Specialist consult dated 12/22/08. IME has been reqested (still waiting for appointment date), will extend case out to 1/28/09 with estimated rtw 1/29, pending IME results.

| 12/31/2008 | 12/30/2008 | Task | zzMcRae, Megan | Network, Exam Coordinators | Vendor Contact | IME Attempt to Schedule |

Call for the time and date of Ortho IME

| | 12/30/2008 | Mail Merge | zzRussell, Sharon | | Employee Notification | STD Extension Approval Letter |

STD Extension Approval Letter

| 12/30/2008 | 12/31/2008 | Task | Gibson, Heather | | Employee Notification | STD Extension Approval Letter |

send std extension approval letter.***sent to qa 12/30/08***

Confidential
Admin Rec. 0035

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| | | Notes | | | | |
| 1/2/2009 | 1/2/2009 | Task | zzMcRae, Megan | | Employee Notification | IME Notification |
| | Send EE IME Notification Letter for 1/13/2009 at 5pm with Dr. Heyman (HOPELAWN) | | | | | |
| 1/2/2009 | 1/2/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | Correspondence | IME Notification |
| | Send Provider IME Notification Letter for 1/13/2009 at 5pm with Dr. Heyman, own occ | | | | | |
| 1/2/2009 | 1/2/2009 | Mail Merge | zzMcRae, Megan | | Employee Notification | IME Notification |
| | Sent EE IME Notification Letter | | | | | |
| 1/2/2009 | 1/2/2009 | Mail Merge | zzMcRae, Megan | Network, Exam Coordinators | Correspondence | IME Notification |
| | Sent Provider IME Notification Letter | | | | | |
| 1/9/2009 | 1/9/2009 | Task | Wallace, Marla | | Employee Contact | IME-Independent Medical Examination |
| | Call EE to remind of IME on 1/13/2009 at 5 pm with Dr. Heyman | | | | | |
| 1/9/2009 | 1/9/2009 | Phone Call | Brannock, Susan | | Spoke to | IME-Independent Medical Examination |
| | spoke to ee to remind of IME on 1/13/2009 at 5 pm with Dr. Heyman | | | | | |
| 1/12/2009 | 1/12/2009 | Task | Pelton, Patrick | | Employee Notification | LTD Application |
| | 1/12/2009 | Mail Merge | Pelton, Patrick | | Choices | LTD Application |
| | LTD Application | | | | | |
| 1/14/2009 | 1/14/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | Vendor Contact | IME-Independent Medical Examination |
| | Call for next-day verbal | | | | | |
| 1/14/2009 | 1/14/2009 | Correspondence | zzMcRae, Megan | Network, Exam Coordinators | Correspondence | IME Attendence Confirmation |

Good morning,

The claimant above DID show for his IME yesterday afternoon.

As soon as the report is received, we will email it over to you.

Thank you,

Cathy Smith

Director of Operations

Exam Coordinators Network

123 NW 13th Street, Suite 207

Boca Raton, FL 33432

Tel: 877.463.9463

Fax: 561.392.5881

## Events

Confidential
Admin Rec. 0036

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |

Email: csmith@ecnime.com

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | 1/14/2009 | Mail Merge | zzBrache, Emily | | Employer Notification | Initial OHN2 Contact |
| 1/27/2009 | 1/15/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | Vendor Contact | IME-Independent Medical Examination |

Call for final IME report from 1/13/2009 at 5pm with Dr. Heyman

| 1/15/2009 | 1/15/2009 | Correspondence | zzMcRae, Megan | Network, Exam Coordinators | Correspondence | IME Final Report Received |

Received final IME report

| 1/16/2009 | 1/16/2009 | Task | zzTeta, Cristina | | Case Review | Fax Review |

IME Report

| 1/19/2009 | 1/19/2009 | Task | Peters, Jamie | | Case Review | Case Information |

update ncp

| 1/19/2009 | 1/19/2009 | Task | Peters, Jamie | Strouse, Irving (Dr.) | Case Review | Case Follow-Up |

fax IME to provider.

| 1/19/2009 | 1/19/2009 | Correspondence | Peters, Jamie | Strouse, Irving (Dr.) | Correspondence | Case Information |

2:38 PM 1/19/2009 Transmission Record
☐Sent to: Dr. Irving Strouse
☐Phone: 417325711937
☐Billing information: ", "
☐Remote ID: 7325711937
☐Unique ID: "JPE4974904B5AB2"
☐Elapsed time: 1 minutes, 54 seconds.
☐Used channel 2.
☐No ANI data.
☐No AOC data.
☐Resulting status code (0/339; 0/0): Success
☐Pages sent: 1 - 7

2:46 PM 1/19/2009 View Record
☐Viewed by: JPETERS

| 1/19/2009 | 1/19/2009 | Case Notes | Peters, Jamie | | Case Review | Care Plan - Back Pain |

Care/Case Management Plan 2: Low Back Injury/Disease 12/13/08 kam

Referral triggers:
Lumbosacral sprain, intervertebral disc herniation, degenerative disease of the lower spine traumatic injuries; e.g. osteoarthritis, ankylosing spondylitis, congenital problems; scoliosis, instabilities; spondylolisthesis, organic diseases; tumors, Joint syndromes; facet syndrome, muscle inflammation, non specific back pain.12/13/08 kam

Problem #1:  Employee is not achieving optimal health due to alteration in comfort: Pain
90 Day Report Template

Age:

Confidential
Admin Rec. 0037

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|---|-------------------|--------------|
| | | | | | | | |

**Notes**

Job title:
1st Date of Disability:
Diagnosis:
Nature of surgery & date: (op report should be available for reference)

Therapy: (date started, how often, type ex- pt, rehab, counseling, ot, st. Notes should be available for reference)

Diagnostic Testing: (mri, emg, biopsy, x-ray, ect. Results should be available for reference)

Job Duties: (lifting #, standing requirements, freq wrist movement, current class ect. JA should be available for reference)

Co-morbids: (overweight, cardiac, previous miscarriages, ect)

Plan: 1) Has case exceeded the optimum duration?

☐2) If case has exceeded the optimum duration, please explain why.

☐3) Explain case management plan:

4)Has case been referred for review? (BMI, peer, IME, ect. Include date and results)

5)Note any additional treatment plans:

   6)  Has RTW been discussed including modified:

Week 18: Ltd Application sent date:          Received date:

Ltd Roll Date:



Short Term Goal: Employee will report a decrease in discomfort from initial assessment and a plan will be established to address needs. Within three days of employee contact.
Long Term Goal:
Employee will return to pre-injury/illness pain free state within projected MDA guidelines. 1/19/09 JP

Interventions for short term goals:
•☐Educate the employee on possible complications and elimination of factors that precipitate pain.
•☐Teach employee methods to reduce pain before it becomes too severe both pharmacological and non pharmacological methods for reducing pain/promoting comfort: back rubs, slow rhythmic breathing, repositioning, and divisional activities.
•☐Contact the employees physician to confirm the treatment plan, diagnoses, expected recovery time and expected MMI.
•☐Follow up call to member at defined interval
•☐Listen to employee in a non judgmental manner.
•☐Identify barriers
•☐Offer assistance and support

Interventions for long term goals:
•☐Review individual plan of action with the employee

Confidential
Admin Rec. 0038

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

•☐Assess employee has made the needed changes in his/her medical treatment influencing disability duration.1/19/09 JP
•☐Assessment of functional ability/attainment of maximal functional ability.
•☐Timely return to normal activities and employment.
•☐Appropriate utilization of resources
•☐Avoidance of unnecessary surgery, hospitalization, treatment and imaging studies.
•☐Instruction on prevention of re-injury and decreased disability1/19/09 JP
•☐Provide knowledge on provision of quality, cost effective care
•☐Ensure employee has a plan in place to address barriers.
•☐Provide Human Resources with confidential reports and opportunities to improve your care and treatment plans.
•☐Review individual plan of action with the employee and document in a written plan any accommodations designed to promote timely and safe transition back to full work productivity.

Problem #2:  Employee is not achieving optimal health due to alteration in physical activity and inability to move purposefully within the environment.

Short Term Goal:
1.☐Employee will be knowledgeable of safety related issues due to activity limitations within three days of employee contact
2.☐Employee will demonstrate increased mobility/activity utilizing appropriate DME equipment within one week of injury/illness.

Long Term Goal:
Employee will progress to the highest level of mobility possible within limitations of diagnoses per MDA guidelines.1/19/09 JP

Interventions for short term goals:
•☐Employee will reduce or eliminate contributing factors by assess employees schedule.  Allow rest periods between all activities.1/19/09 JP
•☐Assist to identify safety hazards in members environment or daily routine
•☐Encourage person to note daily progress.
•☐Evaluate employees strength and degree of mobility through office notes or physical therapy notes
•☐Work with Physical therapist to obtain current treatment plan1/19/09 JP
•☐Evaluate for proper use of function and adaptive equipment
•☐Evaluate proper referral to PT,OT, or other
•☐Encourage relaxation training

Interventions for long term goals:
•☐Assess employee has made the needed changes in his/her medical treatment influencing disability duration.
•☐Assessment of functional ability/attainment of maximal functional ability.
•☐Timely return to normal activities and employment.1/19/09 JP
•☐Plan and share necessity of learning outcomes with the employee.
•☐Appropriate utilization of resources
•☐Avoidance of unnecessary surgery, hospitalization, treatment and imaging studies.
•☐Instruction on prevention of re-injury and decreased disability 1/19/09 JP
•☐Prevention of possible complications1/19/09 JP
•☐Ensure employee has a plan in place to address barriers.
•☐Provide Human Resources and doctor with confidential reports and opportunities to improve your care and treatment plans.
•☐To achieve consistent, quality care by using nationally recognized clinical guidelines.

Criteria for Case management closure
•☐Functional improvement
•☐Relief / reduction of pain and symptoms
•☐Appropriate utilization of resources and benefits
•☐Avoidance of unnecessary surgery, hospitalization and surgery
•☐Employee satisfaction with medical care, case management services.
•☐Early return to work
•☐Safety issues have been identified

Confidential
Admin Rec. 0039

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

Notes

·☐Medically cleared to return to work


Case Management Resources:
☐
http://www.highbeam.com/library/

http://www.americanhealthways.com/regence/CBP/Member/02.asp?Clnt=001&Prog=CBP&Cat=Mbr&typ=001#2

Aetna low back manual

Conte L, Timir B, The rehabilitation of persons with low back pain.  Journal of Rehabilitation, April, 1993

The Medical Disability Advisor, Presley Reed, MD Fourth Edition
http://www.rncentral.com/careplans/plans/ai.html

Praemer, A, Furner, S, Rice, D, Musculoskeletal Conditions in the United States, 1992, American Academy of Orthopedic Surgeons.

Taylor V, Deyo R, Cherkin D, Kreeulter W. Freidlieb O, The impact of managed care on the diagnosis and treatment of low back pain: a preimiary report.  American Journal of Medical Quality 1994. vol 9 1.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 1/19/2009 | 1/20/2009 | Task | zzTeta, Cristina | | Case Review | STD Monthly Status Report |

monthly report

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 1/20/2009 | 1/20/2009 | Case Review | zzMoussa, Kathleen | | Meeting Candidate | STD Monthly Status Report |

1/20/09 kam
120 Day Report Template



Age:
Job title:  Sr Compliance Analyst
1st Date of Disability:  9/8/08
Diagnosis:
frmDisability_Diagnoses
Description
Lumbosacral Spondylosis without Myelopathy; Arthritis; Osteoarthritis; Spondylarthritis
Sprains and Strains of Other and Unspecified Parts of Back, Lumbar Spine
Tenosynovitis of Foot and Ankle
Degeneration of Thoracic or Lumbar Intervertebral Disc

Nature of surgery & date: (op report should be available for reference) none

Therapy: (date started, how often, type ex- pt, rehab, counseling, ot, st. Notes should be available for reference) pt

Diagnostic Testing: (mri, emg, biopsy, x-ray, ect. Results should be available for reference)  xray

Job Duties: (lifting #, standing requirements, freq wrist movement, current class ect. JA should be available for reference) :  EE works as a Sr. Complaint Analyst. JA notes frequent lifting up to 10 lbs, seldom up to 100 lbs. Seldom pushing, pulling, or reaching. Frequent sitting, occasional walking. ee has heavy job class

Confidential
Admin Rec. 0040

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

Notes

Co-morbids: (overweight, cardiac, previous miscarriages, ect)

Plan: 1) Has case exceeded the optimum duration? no

☐2) If case has exceeded the optimum duration, please explain why.

☐3) Explain case management plan:

4)Has case been referred for review? (BMI, peer, IME, ect. Include date and results)  no
1/20/09 kam IME done on 1/13/09 ee may return to work but has some restrictions. Ime faxed to md awaiting md response

5)Note any additional treatment plans:

6) Has RTW been discussed including modified: no

Week 18: Ltd Application sent date:          Received date:

Ltd Roll Date: 3/8/09

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 1/28/2009 | 1/21/2009 | Task | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

monthly call

| 1/21/2009 | 1/21/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

1/21 cmt. EE attended IME. EE states very nice doctor. Took his time with ee. EE met on 1/19 in pain institute as referred by dr. strouse for pain management. EE gave history. Dr. Strouse states pain mgmt. recommends epi bloc procedures. Health insurance being called for pre-approval. Ee hopes to get in to see pain mngmt. For epi block. Ee was supposed to see dr strouse on 1/20, but doctor had to cancel appointment. EE off phone with doctor on 1/21, still no appointment rescheduled with dr. strouse. EE feeling pretty much the same. Going to PT 2-3 times per week. Still having pain lower back pain, sciatica. If not careful, upper back also.

| 1/21/2009 | 1/21/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

1/21 cmt. Ee called in to ask for IME report. Referred EE to primary doctor. EE states primary said they couldn't give results and to call Reed Group for results. NCM will review with CCM. EE discussed going back to work part-time. NCM advised ee to have provider submit rtw notice with restrictions listed. Ee verbalized understanding.

| 1/23/2009 | 1/23/2009 | Task | zzRussell, Sharon | | Employee Contact | Reminder Call for Extension or RTW |

5 day reminder call; authed thru 1/28/09***called ee ███████████ and advised him as follows: Hello, this is a reminder call from the Reed Group, disability manager for Johnson & Johnson. All calls are recorded for quality assurance. I have been informed by your case manager that your short term disability case was approved through 1/28/09 with a return to work date of 1/29/09. If you will not be returning to work on that date it will be necessary for you to submit additional medical documentation to support the extended absence or your case will be closed and your continuation of your STD benefits will be denied.  Please fax all pertinent medical documentation to 518-880-6610.  If you are returning to work please fax a copy of your return to work release form to Reed Group at 518-880-6610.  Thank you for your cooperation.***

| 1/23/2009 | 1/23/2009 | Task | zzTeta, Cristina | | Case Review | Fax Review |

Please review attached medical info

| 1/23/2009 | 1/23/2009 | Correspondence | zzTeta, Cristina | | Case Review | Case Information |

1/23 cmt. Reviewed letter written by ee dated 1/21 sent to NCM's attention. EE referencing two medical documents included in fax. 1.)EE questioning if doctor's note provided (from 9/2008) allowing ee to work part-time from home is sufficient to allow him to begin working part-time. EE states his primary and the IME provider could not understand why employer (ee's manager) will not accommodate part-time as it would benefit the company. EE asking NCM to negotiate with JnJ. 2.) EE provided copy of note from psychiatrist office regarding treatment received. EE states he is seeing psychiatrist because ee's current  back condition has caused ee to to accept that he may never get better. This has caused ee to fell depressed and anxious. EE is also anxious about his job status. He feels he is afraid he is running out of time due to recent delays with his surgeon and pain management dotor and whether recent IME is in agreement with surgeon' s diagnosis/conclusions. How does that translate to LTD approval or appeals or if ee loses job.

Confidential
Admin Rec. 0041

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notes**

| 1/23/2009 | 1/23/2009 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | Case Information |

1/23 cmt. Reviewed excuse slip dated 9/11/08. Diagnosis - osteoarthritis, lubar spine. Lumbar sprain, Left ankle Tenosynovitis. Patient able to work 2 hours a day from home. (no end date to restriction).

| 1/23/2009 | 1/23/2009 | Correspondence | zzTeta, Cristina | Cavanaugh, Colleen (Dr.) | Case Review | Case Information |

1/23 cmt. Reviewed Doctor's note dated 1/13/09. EE has been under psychiatric care since 9/17/09. He is suffering from anxiety and depression. Taking medications (mbeds not listed).

| 1/23/2009 | 1/23/2009 | Correspondence | zzTeta, Cristina | | Case Review | IME-Independent Medical Examination |

1/23 cmt. IME documented. IME provider states current condition is partially preventing EE from functioning at ee's job because he is unable to really bend and lift. He can sit, if he sits comfortably and properly in a chair, he indated that he is unable to sit for longer than a half hour, but with proper coaching and proper teaching and sitting with a lumbar roll, he could possibly sit for longer. For ee to stand longer, he has to be able to exercise and strengthen his trunk muscles and his lower extremity muscles along with the muscles in his back, and based upon the exercises mentioned by ee, IME provider feels none of these exercises will accomplish what is necessry for ee. IME provider feels ee capable of performing current job in the SEDENTARY position and in walking around and standing for short periods of time. IME provider feels ee no longer requires he air walking CAM boot. He can be treated with either a lift inside the shoe or a lift outside the shoe to protect the Achilles Tendon. Therfore, IME provider thinks ee can perform his sitting and walking minimally, but does NOT think that ee can lift and put something up on a top shelf shoulder level. Functions ee NOT capable of: lifting heavy objects and bring them to shoulder level, standing for long periods of time, sitting for long periods of time. EE is capable of sitting for short periods of time with occasional standing and walking around and standing for short periods of time. IME provider thinks ee capable of working 8 hours a day, but he will have to take frequent breaks, be able to stand and walk around with certain frequency and he must be sitting with a lumbar roll in the lumbar lordis to put the least amount of load and the least amount os strain on his back. IME provider DOES NOT AGREE with treatment to date. Recommends getting ee out of boot and put him in a shoe with a heel pad to elevate his heel or build up the outside of the shoe. Thinks that exercises for ee's Achilles tendon and for his foot are not indicated and he should be on a particular program to stretch hamstrings and stretch the piriformis on a daily basis and he should be on a stengthening exercise program for his trunk, lower back muscles, quads and knee extennsor. The use of heel lift and heel pads should be until the swelling is down and he is comfortable, which may be 6-8 months, exercises need to be started immediateley and they should be monitored for a short period of time at most 3 to 4 weeks, but need to continue for the rest of his life. Must also have lumbar roll whenever and wherever he sits.

| 1/27/2009 | 1/27/2009 | Case Review | Terry, Sherry | | Employee Notification | LTD Application |

Follow-up regarding LTD application.

| 1/27/2009 | 1/27/2009 | Task | zzTeta, Cristina | | Case Review | Case Information |

Look for IME response from AP

| 1/27/2009 | 1/27/2009 | Correspondence | Terry, Sherry | | Case Review | LTD Application Review |

No ITD application recd mailed 1/12/09 -IME scheduled for this 50 year old analyst

| 1/27/2009 | 1/27/2009 | Phone Call | | | Employee Contact | Response to Message Left |

1/27 cmt. Call placed to ee. Informed ee NCM will send reverse auth in order to send IME results. Will also be sending rtw note for his appt. today on 1/27/09 for doctor to fill in 2 hour a day restriction with end date to restriction. Informed ee we will be setting up neuro psyche exam due to diagnosis of depression. ee verbalized understanding.

| 1/27/2009 | 1/27/2009 | Correspondence | zzTeta, Cristina | | Forms | Forms to Send |

1/27 cmt. Faxed rtw form to ee.

| 1/27/2009 | 1/27/2009 | Correspondence | zzTeta, Cristina | | Forms | Forms to Send |

1/27 cmt. Faxed reverse auth to ee.

| 1/28/2009 | 1/27/2009 | Task | zzMcRae, Megan | Access, Medical Evaluations | Case Review | IME Attempt to Schedule |

please set up neuro psyche IME for ee

| 1/27/2009 | 1/27/2009 | Case Notes | zzTeta, Cristina | | Case Review | Case Follow-Up |

1/27 cmt. No response from ee's pcp re: IME. EE is being set up for neuro psyche IME

| 1/27/2009 | 1/27/2009 | Correspondence | zzMcRae, Megan | Access, Medical Evaluations | Correspondence | IME Attempt to Schedule |

Referral

Confidential
Admin Rec. 0042

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |
| Notes | | | | | | |
| 1/28/2009 | 1/28/2009 | Task | zzTeta, Cristina | | Employee Notification | Case Follow-Up |
| send reverse auth to ee. | | | | | | |
| 1/28/2009 | 1/28/2009 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| Please review attached reverse auth | | | | | | |
| 1/30/2009 | 1/28/2009 | Task | zzMcRae, Megan | Access, Medical Evaluations | Vendor Contact | IME-Independent Medical Examination |
| Call for time and date of NPSY IME, own occ | | | | | | |
| 1/28/2009 | 1/28/2009 | Phone Call | zzTeta, Cristina | | Case Review | Fax Review |
| 1/28 cmt. Reviewed signed reverse auth. Ee requesting copy of ime. | | | | | | |
| 1/28/2009 | 1/28/2009 | Phone Call | zzTeta, Cristina | | Message Received | Case Follow-Up |
| 1/28 cmt. Ee left message. States ortho surgeon claims he never received copy of IME. Ee left number for call back to discuss. | | | | | | |
| 1/28/2009 | 1/28/2009 | Phone Call | zzTeta, Cristina | | Message Left | Response to Message Left |
| 1/28 cmt. Left message on ee vm for call back. Left ncm name, # and Reeds hours of service. | | | | | | |
| 1/28/2009 | 1/28/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |
| saw pain management. Had first epi block on 1/26/09. scheduled for 2nd epi block on 2/11/09 and may be scheduled for 3rd epi block. Dr. strouse wants pt group to continue to work on foot and back. Ee did discuss part time hours with dr. strouse and dr will review and fax back to Reed Group. Pain mgmt is Dr. Quinnoes, pain institute in Brick, NJ. 732-477-4242. | | | | | | |
| 1/28/2009 | 1/28/2009 | Correspondence | zzTeta, Cristina | | Employee Notification | IME-Independent Medical Examination |
| 1/28 cmt. Faxed IME to ee. | | | | | | |
| 1/28/2009 | 1/28/2009 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | IME-Independent Medical Examination |
| 1/28 cmt. Faxed ime to provider.(2nd time faxed - provider claims he never received first IME faxed). | | | | | | |
| 1/28/2009 | 1/28/2009 | Task | zzMcRae, Megan | | Employee Notification | IME Notification |
| Send EE IME Notification Letter for 2/12/2009 at 10am with Dr. Kutner, bring snack or lunch (CRANBURY) | | | | | | |
| 1/28/2009 | 1/28/2009 | Task | zzMcRae, Megan | Access, Medical Evaluations | Correspondence | IME Notification |
| Send Provider IME Notification Letter for 2/12/2009 at 10am with Dr. Kutner, own occ | | | | | | |
| 1/28/2009 | 1/28/2009 | Mail Merge | zzMcRae, Megan | | Employee Notification | IME Notification |
| Sent EE IME Notification Letter | | | | | | |
| 1/28/2009 | 1/28/2009 | Mail Merge | zzMcRae, Megan | Access, Medical Evaluations | Correspondence | IME Notification |
| Sent Provider IME Notification Letter | | | | | | |
| | 1/28/2009 | Mail Merge | zzJackson, Latonya | | Employee Notification | STD Extension Approval Letter |
| STD Extension Approval Letter | | | | | | |
| 1/29/2009 | 1/29/2009 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| Please review attached RTW and other medical info | | | | | | |
| 1/29/2009 | 1/29/2009 | Phone Call | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | Case Follow-Up |
| 1/29 cmt. Call placed to AP. Confirmed restrictions listed on release to work form will last at least until f/u visit on 3/3/09. | | | | | | |
| 1/29/2009 | 1/29/2009 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | RTW |
| 1/29 cmt. Reviewed rtw note dated 1/28/09. EE may return to work on 2/2/09 with the following restrictions. May only work 3-4 hours per day from home in sedentary capacity. | | | | | | |

Confidential
Admin Rec. 0043

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | Notes | | |
| 1/29/2009 | 1/29/2009 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | Complete Medical - Initial |

1/29 cmt. Reviewed office note dated 1/27/09. ee much improved as far as Achilles tendon is concerned. Less tenderness and better strength. May be weaned out of walking boot. Back pain – has seen pain mgmt. specialist and has had one epidural block so far. Another is scheduled in two weeks. No change in neurologic status. Does appear to be able to work limited duty, four hours per day.

| 1/29/2009 | 1/29/2009 | Correspondence | zzTeta, Cristina | Rosado, Jose | Employer Notification | RTW |

Mr. Rosado,

Please be advised, Mr. Van Deventer has been cleared to return to work on 2/2/09 with the following restrictions: May only work from home 4 hours per day. May only do sedentary work (Sitting most of time. No twisting, squatting, climbing. Brief periods of walking or standing, may only lift up to 10 lbs.). These restrictions would last at least until 3/3/09 at which time Mr. Van Deventer is scheduled to be re-evaluated by his physician. Please confirm if you are able to accommodate these restrictions.  Thank you for your help.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| 1/30/2009 | 1/29/2009 | Task | zzTeta, Cristina | | Case Review | Case Follow-Up |

look for response to email sent on 1/29. Able to accommodate restrictions??

| 1/29/2009 | 1/29/2009 | Phone Call | zzTeta, Cristina | Rosado, Jose | Employer Contact | RTW |

1/29 cmt. Ee's supervisor called in. confirmed that restrictions cannot be accommodated, also claims questionnare filled out as to why restrictions cannot be accommodated.

| 1/29/2009 | 1/29/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | RTW |

1/29 cmt. Call placed to ee. Left message on ee vm stating restrictions cannot be accommodated.

Confidential
Admin Rec. 0044

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| Notes | | | | | | |
| 1/29/2009 | 1/29/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

1/29 cmt. Ee called in. He if faxing over PT notes. Wanted to know how ime doctor and his own doctor's opinion (if they differ) effect LTD determination status. NCM informed ee he is scheduled for Neuropsych IME and resuts would be reviewed. EE verbalized understanding.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 1/30/2009 | 1/30/2009 | Correspondence | zzTeta, Cristina | Rosado, Jose | Case Review | RTW |

The type of work that Mr. VanDeventer does cannot accomodate  working from home. I can provide more details on the reasons why if you wish.  We had indicated this in the paperwork that was submitted recently.


-----Original Message-----
From: Teta, Cristina [mailto:cteta@rgl.net]
Sent: Thursday, January 29, 2009 1:33 PM
To: Rosado, José Luis [OCDUS]
Cc: Vaccaro, Kathryn [OCDUS]
Subject: Mr. Ralph R. Van Deventer Jr.


Mr. Rosado,

Please be advised, Mr. Van Deventer has been cleared to return to work on 2/2/09 with the following restrictions: May only work from home 4 hours per day. May only do sedentary work (Sitting most of time. No twisting, squatting, climbing. Brief periods of walking or standing, may only lift up to 10 lbs.). These restrictions would last at least until 3/3/09 at which time Mr. Van Deventer is scheduled to be re-evaluated by his physician. Please confirm if you are able to accommodate these restrictions.  Thank you for your help.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank

Confidential
Admin Rec. 0045

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 2/9/2009 | 2/2/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

11 am appt at 2/9 went to pain management for 2nd epidural block. First injection had no results. Has appt. 2/23 for third injection. Sprained left ankle after fall in driveway on 2/4. Became swollen black and blue, ee iced and elevated lle. Helped a little bit. Able to walk on leg. Using cane. Pain Institute -- 732-477-4242. Dr. Quinones. Brick, NJ.

| 1/28/2009 | 2/3/2009 | Task | Gibson, Heather | | Employee Notification | STD Extension Approval Letter |

send std extension approval letter.**sent to qa**

| 2/4/2009 | 2/4/2009 | Task | zzTeta, Cristina | | Case Review | Fax Review |

Please review attached medical info

| 2/2/2009 | 2/4/2009 | Task | Decrescenzo, Rachael | | Case Review | Fax Review |

Please review attached application

| 2/3/2009 | 2/4/2009 | Task | Decrescenzo, Rachael | | Case Review | Fax Review |

Please review attached app forms

| 2/4/2009 | 2/4/2009 | Correspondence | Wallace, Maria | Network, Exam Coordinators | Case Review | IME-Independent Medical Examination |

Hi Rick,
Please check into this allegation and provide Reed a written statement from the IME provider.
Thank you,
Maria

| 2/4/2009 | 2/4/2009 | Correspondence | zzMcRae, Megan | | Correspondence | IME-Independent Medical Examination |

Received IME complaint from EE, attached in case and forwarded to vendor 2/4/2009

| 2/4/2009 | 2/4/2009 | Correspondence | zzTeta, Cristina | | Case Review | Case Follow-Up |

2/4 cmt. Reviewed letter from ee dated 1/29. EE disagrees with some of the information put forth in the IME. EE details each concern/complaint. NCM forwarded copy of letter to IME team who will f/u with IME provider.

| 2/6/2009 | 2/6/2009 | Correspondence | Terry, Sherry | | Case Review | Case Information |

Please review Application for disability

| 2/10/2009 | 2/10/2009 | Task | Brannock, Susan | | Employee Contact | IME-Independent Medical Examination |

Call EE to remind of IME on 2/12/2009 at 10am with Dr. Kutner, bring snack or lunch

| 2/10/2009 | 2/10/2009 | Task | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | Case Follow-Up |

clarify rtw (4 hours a day at home) - call provider for end date and if hours are to be worked at home. E-mail worksite to see if they will accommodate.

| 2/10/2009 | 2/10/2009 | Phone Call | Brannock, Susan | | Spoke to | IME Attempt to Schedule |

spoke to ee to remind of IME on 2/12/2009 at 10am with Dr. Kutner, bring snack or lunch

| 2/10/2009 | 2/10/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

2/10 cmt. Call placed to ee. Informed ee that LTD nurse will try expidite review of LTD ppw sent in, but can't promise a certain date for review.

| 2/10/2009 | 2/10/2009 | Phone Call | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | Case Follow-Up |

2/10 cmt. Call placed to AP, spoke to Lynne. Clarified RTW portion of LTD aps. "Sedentary work, 4 hours a day" should include the phrase "from home." (worksite unable to accommodate restriction.)

Confidential
Admin Rec. 0046

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

| 2/10/2009 | 2/10/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |

2/10 cmt. EE called in. Stated he was awake all night worrying i f he will qualify for LTD.  Doesn't understand why Reed Group may take up to 30 days to make a determination. States he is very worried he is not approved for LTD. NCM went over IME questions with ee and ltd questions. ee doesn't feel he is ready to go back to work for even 4 hours at a time, unless it is working from home (which worksite will NOT accommodate). EE has  appointment for third epi injection. States first two epi injections have not  helped his back so far.

| 2/11/2009 | 2/11/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | Case Review | IME-Independent Medical Examination |

Follow up on allegation that was sent on 2/4/9 via email; ee complaint

| 2/10/2009 | 2/11/2009 | Task | zzBlack, Karrie | | Case Review | LTD Application Review |

Review LTD APS.

| 2/13/2009 | 2/12/2009 | Task | zzMcRae, Megan | Access, Medical Evaluations | Vendor Contact | IME-Independent Medical Examination |

Call for next-day verbal

| 2/12/2009 | 2/12/2009 | Task | zzTeta, Cristina | | Case Review | Fax Review |

Please review attached medical info

| 2/12/2009 | 2/12/2009 | Task | Decrescenzo, Rachael | | Case Review | LTD Application Acknowledgement Letter |

Please send LTD Acknow Letter - recvd completed app on 2/11/09. (have aps now) Thx.

| 2/12/2009 | 2/12/2009 | Task | zzTeta, Cristina | | Case Review | Fax Review |

IME Provider Complaint Reponse

| 2/12/2009 | 2/12/2009 | Phone Call | zzBrache, Emily | | Spoke to | Case Follow-Up |

spoke to HR Holly who stated EE was supposed to RTW 2/3/09 and no one at the worksite has heard anything otherwise and EE's supervisor has been trying to email someone at RG but hasn't heard back yet. Advised currently EE is approved to 3/8/09 which is end of STD, and NCM is reviewing additional information to see if he needs LTD.

| 2/12/2009 | 2/12/2009 | Correspondence | zzMcRae, Megan | Access, Medical Evaluations | Correspondence | IME Attendence Confirmation |

This is to inform you that we have verified that the above named claimant did show for his/her scheduled evaluation. We also reminded the physician to dictate his/her report ASAP and the report will be forwarded to you as soon as we receive it.

Please do not hesitate to contact us if we may be of further assistance to you.

Access Medical Evaluations, Inc.
(800) 375-0270
FAX: 734-425-1042

| 2/12/2009 | 2/12/2009 | Mail Merge | Decrescenzo, Rachael | | Employee Contact | LTD Application |

LTD Application Ack

| 2/12/2009 | 2/12/2009 | Correspondence | zzTeta, Cristina | | Case Review | Case Information |

2/12 cmt. Reviewed ime complaint response. IME provider states - he has provided information as best he could based on what patient told him. He states patient added information in his critique of IME report that was not discussed during the exam.

| 2/12/2009 | 2/12/2009 | Case Review | zzTeta, Cristina | Quinones, Carmen M. (Dr.) | Medical Documentation | Complete Medical - Initial |

2/12 cmt. Reviewed operative notes. ee had transforamnal epi steroid injection on 2/9/09 for lumbar disc herniation, lumbar raduculopathy.Will f/u in two weeks.  EE had epi injection on 1/26.  will f/u in two weeks.

Confidential
Admin Rec. 0047

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |
| 2/26/2009 | 2/16/2009 | Task | zzMcRae, Megan | Access, Medical Evaluations | Vendor Contact | IME-Independent Medical Examination |
| Call for final IME report from 2/12/2009 at 10am with Dr. Kutner | | | | | | |
| 2/16/2009 | 2/16/2009 | Correspondence | zzMcRae, Megan | Access, Medical Evaluations | Correspondence | IME Final Report Received |
| Received final IME report | | | | | | |
| 2/17/2009 | 2/17/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |
| 2/17 cmt. Ee called in to check status of NS IME Report. NCM informed ee that report was received and tasked for review for 2/18. EE continues to ask if he will be approved for LTD. NCM informed ee that claim is still being reviewed. EE states Hartland PT faxed over 20 pages of PT notes on 2.12. NCM states fax not filed in case yet, if faxed over. | | | | | | |
| 2/19/2009 | 2/19/2009 | Task | zzTeta, Cristina | | Case Review | Case Management Plan |
| UPDATE NCP | | | | | | |
| 2/19/2009 | 2/19/2009 | Task | zzTeta, Cristina | | Case Review | Case Information |
| monthly report | | | | | | |
| 2/19/2009 | 2/19/2009 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| IME Report | | | | | | |
| 2/19/2009 | 2/19/2009 | Case Notes | zzTeta, Cristina | | Case Review | IME-Independent Medical Examination |
| 2/19 cmt. reviewed NP IME completed on 2/12/09. EE's neurocognitive skill intact. EE has longstanding dysthymic disorder which was exsacerbated by ongoing pain and physical limitations from his back and Achilles tendon conditions. Capable of psychologically and cognitively of performing and 8 hour per day job. IME provider recommended that ee receive individual weekly psychotherapy o a weekly basis using cognitive behavioral techniques which would focus on assisting him in coping with his physical condition and reducing his dysthymia and reducing anticipatory anxiety through development of more effective coping strategies. EE capable of returning to work without limitations or restrictions for cognitive and or psychological factors. | | | | | | |
| 2/19/2009 | 2/19/2009 | Case Review | zzTeta, Cristina | | Meeting Candidate | STD Monthly Status Report |

2/19/09 cmt
180 day report


Age:
Job title:  Sr Compliance Analyst
1st Date of Disability:  9/8/08
Diagnosis:
frmDisability_Diagnoses
Description
Lumbosacral Spondylosis without Myelopathy; Arthritis; Osteoarthritis; Spondylarthritis
Sprains and Strains of Other and Unspecified Parts of Back, Lumbar Spine
Tenosynovitis of Foot and Ankle
Degeneration of Thoracic or Lumbar Intervertebral Disc

Nature of surgery & date: (op report should be available for reference) none

Therapy: (date started, how often, type ex- pt, rehab, counseling, ot, st. Notes should be available for reference) pt

Diagnostic Testing: (mri, emg, biopsy, x-ray, ect. Results should be available for reference)   xray

Job Duties: (lifting #, standing requirements, freq wrist movement, current class ect. JA should be available for reference) :  EE works as a Sr. Complaint Analyst. JA notes frequent lifting up to 10

Confidential
Admin Rec. 0048

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| | | | | Notes | | |

lbs, seldom up to 100 lbs. Seldom pushing, pulling, or reaching. Frequent sitting, occasional walking.ee has heavy job class

Co-morbids: (overweight, cardiac, previous miscarriages, ect)

Plan: 1) Has case exceeded the optimum duration? no

☐2) If case has exceeded the optimum duration, please explain why.

☐3) Explain case management plan:

4)Has case been referred for review? (BMI, peer, IME, ect. Include date and results)  no
1/20/09 kam IME done on 1/13/09 ee may return to work but has some restrictions.  Ime faxed to md awaiting md response. NP IME completed – ee may rtw from a cognitive standpoint.

5)Note any additional treatment plans: Physical therapy, epi injections

   6)  Has RTW been discussed including modified: Yes. Provider stated ee could work from home 4  hours a day starting 2/9/09. Worksite could not accommodate.

Week 18: Ltd Application sent date:   1/12          Received date:   2/4

Ltd Roll Date:  3/8/09

---

| 2/19/2009 | 2/19/2009 | Case Notes | zzTeta, Cristina | | Case Review/CM Plan | Care Plan - Back Pain |

Care/Case Management Plan 2:  Low Back Injury/Disease 12/13/08 kam

Referral triggers:
Lumbosacral sprain, intervetebral disc herniation, degenerative disease of the lower spine traumatic injuries; e.g. osteoarthritis, ankylosing spondylitis, congenital problems; scoliosis, instabilities; spondylolisthesis, organic diseases; tumors, Joint syndromes; facet syndrome, muscle inflammation, non specific back pain.12/13/08 kam

Problem #1:  Employee is not achieving optimal health due to alteration in comfort: Pain

Short Term Goal: Employee will report a decrease in discomfort from initial assessment and a plan will be established to address needs. Within three days of employee contact.
Long Term Goal:
Employee will return to pre-injury/illness pain free state within projected MDA guidelines. 1/19/09 JP

Interventions for short term goals:
·☐Educate the employee on possible complications and elimination of factors that precipitate pain.2/19 cmt
·☐Teach employee methods to reduce pain before it becomes too severe both pharmacological and non pharmacological methods for reducing pain/promoting comfort: back rubs, slow rhythmic breathing, repositioning, and divisional activities.
·☐Contact the employees physician to confirm the treatment plan, diagnoses, expected recovery time and expected MMI. 2/19 cmt
·☐Follow up call to member at defined interval 2/19 cmt
·☐Listen to employee in a non judgmental manner. 2/19 cmt
·☐Identify barriers 2/19 cmt
·☐Offer assistance and support. 2/19 cmt

Interventions for long term goals:
·☐Review individual plan of action with the employee 2/19 cmt
·☐Assess employee has made the needed changes in his/her medical treatment influencing disability duration.1/19/09 JP
·☐Assessment of functional ability/attainment of maximal functional ability.
·☐Timely return to normal activities and employment.

Confidential
Admin Rec. 0049

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

- ·☐Appropriate utilization of resources
- ·☐Avoidance of unnecessary surgery, hospitalization, treatment and imaging studies.
- ·☐Instruction on prevention of re-injury and decreased disability1/19/09 JP
- ·☐Provide knowledge on provision of quality, cost effective care
- ·☐Ensure employee has a plan in place to address barriers.
- ·☐Provide Human Resources with confidential reports and opportunities to improve your care and treatment plans.
- ·☐Review individual plan of action with the employee and document in a written plan any accommodations designed to promote timely and safe transition back to full work productivity.

Problem #2:  Employee is not achieving optimal health due to alteration in physical activity and inability to move purposefully within the environment.

Short Term Goal:
1.☐Employee will be knowledgeable of safety related issues due to activity limitations within three days of employee contact
2.☐Employee will demonstrate increased mobility/activity utilizing appropriate DME equipment within one week of injury/illness.

Long Term Goal:
Employee will progress to the highest level of mobility possible within limitations of diagnoses per MDA guidelines.1/19/09 JP

Interventions for short term goals:
- ·☐Employee will reduce or eliminate contributing factors by assess employees schedule.  Allow rest periods between all activities.1/19/09 JP
- ·☐Assist to identify safety hazards in members environment or daily routine
- ·☐Encourage person to note daily progress.
- ·☐Evaluate employees strength and degree of mobility through office notes or physical therapy notes
- ·☐Work with Physical therapist to obtain current treatment plan1/19/09 JP
- ·☐Evaluate for proper use of function and adaptive equipment
- ·☐Evaluate proper referral to PT,OT, or other
- ·☐Encourage relaxation training

Interventions for long term goals:
- ·☐Assess employee has made the needed changes in his/her medical treatment influencing disability duration.
- ·☐Assessment of functional ability/attainment of maximal functional ability.
- ·☐Timely return to normal activities and employment.1/19/09 JP
- ·☐Plan and share necessity of learning outcomes with the employee.
- ·☐Appropriate utilization of resources
- ·☐Avoidance of unnecessary surgery, hospitalization, treatment and imaging studies.
- ·☐Instruction on prevention of re-injury and decreased disability 1/19/09 JP
- ·☐Prevention of possible complications1/19/09 JP
- ·☐Ensure employee has a plan in place to address barriers.
- ·☐Provide Human Resources and doctor with confidential reports and opportunities to improve your care and treatment plans.
- ·☐To achieve consistent, quality care by using nationally recognized clinical guidelines.

Criteria for Case management closure
- ·☐Functional improvement
- ·☐Relief / reduction of pain and symptoms
- ·☐Appropriate utilization of resources and benefits
- ·☐Avoidance of unnecessary surgery, hospitalization and surgery
- ·☐Employee satisfaction with medical care, case management services.
- ·☐Early return to work
- ·☐Safety issues have been identified
- ·☐Medically cleared to return to work

Confidential
Admin Rec. 0050

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

Notes

Case Management Resources:
[]
http://www.highbeam.com/library/

http://www.americanhealthways.com/regence/CBP/Member/02.asp?Clnt=001&Prog=CBP&Cat=Mbr&typ=001#2

Aetna low back manual

Conte L, Timir B, The rehabilitation of persons with low back pain. Journal of Rehabilitation, April, 1993

The Medical Disability Advisor, Presley Reed, MD Fourth Edition
http://www.rncentral.com/careplans/plans/ai.html

Praemer, A, Furner, S, Rice, D, Musculoskeletal Conditions in the United States, 1992, American Academy of Orthopedic Surgeons.

Taylor V, Deyo R, Cherkin D, Kreeulter W. Freidlieb O, The impact of managed care on the diagnosis and treatment of low back pain: a preimiary report.  American Journal of Medical Quality
. 1994. vol 9 1.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 2/23/2009 | 2/23/2009 | Case Notes | zzTeta, Cristina | | Case Review | Job Analysis |

made job class - light

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 2/23/2009 | 2/23/2009 | Correspondence | zzTeta, Cristina | Rosado, Jose | Employer Notification | RTW |

From: Teta, Cristina
Sent: Monday, February 23, 2009 12:12 PM
To: 'JROSADO3@ITS.JNJ.COM'
Cc: 'kvaccaro@ocdus.jnj.com'
Subject: Ralph VanDeventer

I know that you are unable to accommodate having Mr. VanDeventer working 4 hours a day from home. Is there a possibility of having Mr. VanDeventer working a sedentary position 4 hours a day at the worksite? Please let me know.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

Confidential
Admin Rec. 0051

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| | | | | | | |
| Notes | | | | | | |
| 2/23/2009 | 2/23/2009 | Correspondence | zzTeta, Cristina | Rosado, Jose | Employer Contact | RTW |

From: Rosado, José Luis [OCDUS] [mailto:JROSADO3@its.jnj.com]
Sent: Monday, February 23, 2009 12:20 PM
To: Teta, Cristina
Cc: Vaccaro, Kathryn [OCDUS]
Subject: RE: Ralph VanDeventer


Yes, we can make that accomodation.
-----Original Message-----
From: Teta, Cristina [mailto:cteta@rgl.net]
Sent: Monday, February 23, 2009 12:12 PM
To: Rosado, José Luis [OCDUS]
Cc: Vaccaro, Kathryn [OCDUS]
Subject: Ralph VanDeventer


I know that you are unable to accommodate having Mr. VanDeventer working 4 hours a day from home. Is there a possibility of having Mr. VanDeventer working a sedentary position 4 hours a day at the worksite? Please let me know.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

Confidential
Admin Rec. 0052

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |
| Notes | | | | | | |
| 2/23/2009 | 2/23/2009 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | RTW |
| 2/23 cmt. Faxed copy of rtw form to Dr. Strouse, asked if ee could work 4 hours a day sedentary position from worksite. | | | | | | |
| 2/23/2009 | 2/23/2009 | Correspondence | zzTeta, Cristina | Strouse, Irving (Dr.) | Provider Contact | RTW |
| 2/23 cmt. Rtw form and cover letter asking if ee could rtw 4 hours a day sedentary work faxed to provider. | | | | | | |
| 2/25/2009 | 2/24/2009 | Task | zzTeta, Cristina | | Case Review | Fax Review |
| Please review attached RTW form | | | | | | |
| 2/24/2009 | 2/24/2009 | Case Review | zzTeta, Cristina | Strouse, Irving (Dr.) | Case Review | RTW |
| 2/24 cmt. Reviewed rtw note dated 2/23/09. EE may return to work on 3/2/09, Sedentary position, working 4 hours per day. This restriction will last until 4/6/09. | | | | | | |
| 2/24/2009 | 2/24/2009 | Correspondence | zzTeta, Cristina | Rosado, Jose | Employer Notification | RTW |

2/24 cmt. E-mail sent to supervisor requesting accommodations of restrictions.From: Teta, Cristina
Sent: Tuesday, February 24, 2009 12:25 PM
To: 'JROSADO3@ITS.JNJ.COM'
Cc: 'kvaccaro@ocdus.jnj.com'
Subject: Ralph R Van Deventer Jr

Jose,

I received an updated return to work form for Ralph Van Deventer today. His physician is clearing him to work 4 hours a day (from the worksite), sedentary position (sitting most of time, brief periods walking/standing, may lift up to 10 lbs occasionally). This restriction will last until 4/6/09. Per your e-mail dated 2/23, you indicated you could approve this accommodation. Now that I have the official return to work note from the doctor, would you please respond to this e-mail indicating that you are accommodating this restriction. Once I have your reply, I will contact Ralph to let him know he is cleared to return to work. He is aware that he must report to Health Services.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

Confidential
Admin Rec. 0053

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

Notes

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 2/25/2009 | 2/24/2009 | Task | zzTeta, Cristina | | Case Review | Case Follow-Up |

look for response to e-mail sent on 2/24/09. Able to accommodate restrictions?

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 2/24/2009 | 2/24/2009 | Correspondence | zzTeta, Cristina | Rosado, Jose | Employer Notification | RTW |

From: Rosado, José Luis [OCDUS] [mailto:JROSADO3@its.jnj.com]
Sent: Tuesday, February 24, 2009 12:33 PM
To: Teta, Cristina
Cc: Pericone, Anne [VRXUS]
Subject: Re: Ralph R Van Deventer Jr

Ok. Please advise him.

Anne, we need to schedule meeting with HR and Nora.

----------------------------------------

From: Teta, Cristina
To: Rosado, José Luis [OCDUS]
Cc: Vaccaro, Kathryn [OCDUS]
Sent: Tue Feb 24 12:25:25 2009
Subject: Ralph R Van Deventer Jr

Jose,

I received an updated return to work form for Ralph Van Deventer today. His physician is clearing him to work 4 hours a day (from the worksite), sedentary position (sitting most of time, brief periods walking/standing, may lift up to 10 lbs occasionally). This restriction will last until 4/6/09. Per your e-mail dated 2/23, you indicated you could approve this accommodation. Now that I have the official return to work note from the doctor, would you please respond to this e-mail indicating that you are accommodating this restriction. Once I have your reply, I will contact Ralph to let him know he is cleared to return to work. He is aware that he must report to Health Services.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

Confidential
Admin Rec. 0054

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

cteta@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 2/24/2009 | 2/24/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | RTW |

2/24 cmt. Call placed to ee. Informed ee that he is cleared to rtw on 3/2/09 for 4 hours a day until 4/6/09, at which time he would be full time status. He will be paid his salary for the 4 hours a day he is at work and then 60% LTD for the 4 hours he is not working. EE will report to Health Services prior to returning to work.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 2/26/2009 | 2/26/2009 | Correspondence | zzTeta, Cristina | Vaccaro***, Kathy | Employer Contact | RTW |

From: Vaccaro, Kathryn [OCDUS] [mailto:KVaccaro@its.jnj.com]
Sent: Thursday, February 26, 2009 11:00 AM
To: Teta, Cristina
Subject: RE: Ralph VanDeventer

Is his rtw date confirmed?
-----Original Message-----
From: Teta, Cristina [mailto:cteta@rgl.net]
Sent: Monday, February 23, 2009 12:12 PM
To: Rosado, José Luis [OCDUS]
Cc: Vaccaro, Kathryn [OCDUS]
Subject: Ralph VanDeventer

I know that you are unable to accommodate having Mr. VanDeventer working 4 hours a day from home. Is there a possibility of having Mr. VanDeventer working a sedentary position 4 hours a day at the worksite? Please let me know.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

Confidential
Admin Rec. 0055

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 2/26/2009 | 2/26/2009 | Correspondence | zzTeta, Cristina | Rosado, Jose | Employer Notification | RTW |

From: Teta, Cristina
Sent: Thursday, February 26, 2009 12:51 PM
To: 'JROSADO3@ITS.JNJ.COM'
Cc: 'kvaccaro@ocdus.jnj.com'
Subject: Ralph R Van Deventer Jr

Please be advised Mr. Van Deventer is cleared to return to work on 3/2/09, four hours a day at the worksite, sedentary position (sitting most of time, brief periods walking/standing, may lift up to 10 lbs occasionally). This restriction will last until 4/6/09. Thank you for your response on 2/24/09 indicating your accommodation of these restrictions. Mr. Van Deventer has been advised to report to Health Services.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | Notes | | | |

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/26/2009 | 2/26/2009 | Phone Call | zzTeta, Cristina | | Message Received | Case Follow-Up |

2/26 cmt. EE left message. Needs rtw form faxed to his home fax number. (Reverse Auth is on file. )

| 2/26/2009 | 2/26/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Case Follow-Up |
|---|---|---|---|---|---|---|

2/26 cmt. Spoke to spouse. Her 41 year old brother died of heart attack last night. Spouse stating ee's back is hurting him. Ee is afraid to rtw because of pain in back. Has four foster children. Mary Anne is spouse.

| 2/26/2009 | 2/26/2009 | Correspondence | zzTeta, Cristina | Rosado, Jose | Employer Notification | RTW |
|---|---|---|---|---|---|---|

From: Rosado, José Luis [OCDUS] [mailto:JROSADO3@its.jnj.com]
Sent: Thursday, February 26, 2009 2:00 PM
To: Teta, Cristina
Cc: Vaccaro, Kathryn [OCDUS]; Pericone, Anne [VRXUS]
Subject: RE: Ralph R Van Deventer Jr
Importance: High

Cristina,

Can you advise Ralph to come in later in the day on march 2. He cannot begin work until he meets with us and also before retraining on procedures.
-----Original Message-----
From: Teta, Cristina [mailto:cteta@rgl.net]
Sent: Thursday, February 26, 2009 12:51 PM
To: Rosado, José Luis [OCDUS]
Cc: Vaccaro, Kathryn [OCDUS]
Subject: Ralph R Van Deventer Jr

Please be advised Mr. Van Deventer is cleared to return to work on 3/2/09, four hours a day at the worksite, sedentary position (sitting most of time, brief periods walking/standing, may lift up to 10 lbs occasionally). This restriction will last until 4/6/09. Thank you for your response on 2/24/09 indicating your accommodation of these restrictions. Mr. Van Deventer has been advised to report to Health Services.

Thank you,

Cristina Teta

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

Confidential
Admin Rec. 0056