# Exhibit 3 (Part 2)

Confidential
Admin Rec. 0057

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

866.829.8861

518.880.6610FAX

cteta@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing disclosing or using any information contained herein. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 2/26/2009 | 2/26/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | RTW |

2/26 cmt. Call placed to ee. Advised ee to report to worksite "later in the day" according to supervisors e-mail. Suggested to ee that he call supervisor to coordinate initial work hours. ee verbalized understanding. NCM has e-mailed supervisor to let him know ee will be calling him to cooridnate work hours.

| 2/27/2009 | 2/27/2009 | Task | zzTeta, Cristina | | Case Review | Case Follow-Up |

review case. Make sure work tab is set up and restriction fields filled out. Send amended letters of approval.

| 2/27/2009 | 2/27/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Response to Message Left |
| 2/27/2009 | 2/27/2009 | Phone Call | zzTeta, Cristina | Vaccaro***, Kathy | Message Left | Case Follow-Up |

2/27 cmt. OHN left message for call back

| 2/27/2009 | 2/27/2009 | Phone Call | zzTeta, Cristina | | Employer Contact | Response to Message Left |

2/27 cmt. NCM returned call to OHN. Verified ee ltd roll date is 3/9. OHN states HR is saying they are not sure if they can accommodate this ee working 4 hours a day (LTD Rehab). HR to contact NCM regarding issue.

| 2/27/2009 | 2/27/2009 | Correspondence | zzTeta, Cristina | Vaccaro***, Kathy | Employer Contact | RTW |

From: Vaccaro, Kathryn [OCDUS] [mailto:KVaccaro@its.jnj.com]
Sent: Friday, February 27, 2009 11:25 AM
To: Teta, Cristina
Subject: Ralph Van Devanter

Hi Christina,
I could not find your direct extension on the org list.
Will you please contact me regarding Ralph's return to work plan. What date would he roll to LTD?

Kathryn Vaccaro, MA, BSN, RN, COHNS/CM
Supervisor, Global Health
Johnson & Johnson Global Health
Ortho-Clinical Diagnostics
1001 US Highway #202

Confidential
Admin Rec. 0058

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notes**

Raritan, NJ 08869-0602
Phone: (908) -218-8072
Fax:    (908)-218-8484
e-mail: KVaccaro@ocdus.jnj.com
Please note: The information contained in this message is confidential and is intended only for the recipient(s) named above. If the reader of this message is not the intended recipient(s) or is not authorized to receive it for the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the sender and deleting it from your computer system. Thank you.

HIV/AIDS AWARENESS
As Johnson & Johnson companies around the world commemorated World AIDS Day with varied observances, wide-ranging efforts across the businesses continue to help address the HIV/AIDS pandemic.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 3/3/2009 | 3/3/2009 | Phone Call | zzTeta, Cristina | Vaccaro, Kathryn | Message Received | RTW |

3/3 cmt. Ohn called in. left message. Ee did report to work 3/2/09 for 4 hours a day.

| 3/3/2009 | 3/3/2009 | Phone Call | zzTeta, Cristina | | Message Received | Case Follow-Up |

3/3 cmt. Ee left message for call back on cell phone.

| 3/3/2009 | 3/3/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Response to Message Left |

3/3 cmt. Returned ee phone call. Ee back to work on 3/2. Had called 3/2 to see if he could delay going back to work because of bad weather. Ee ended up reporting to work on 3/2/09.

| | 3/4/2009 | Mail Merge | zzJackson, Latonya | | Employee Notification | STD/FMLA Approval Letter |

STD/FMLA Approval Letter

| 3/4/2009 | 3/5/2009 | Correspondence | Terry, Sherry | | Case Review | LTD Transitioning |

Review case. EE roll date is 3/9. He is rtw 4 hours per day on 3/2/09. This restriction will last, released to FD on  4/6/09.

| 3/2/2009 | 3/5/2009 | Task | zzBrache, Emily | | Employee Notification | STD/FMLA Approval Letter |

send AMENDED std approval letter for dates 1/29-3/1, and modified work 3/2-3/8.**sent to qa**  **QA completed, sent to LJ 3/5 for corrections**

| 3/5/2009 | 3/5/2009 | Case Notes | Terry, Sherry | | Meeting Candidate | LTD Monthly Status Report |

S.T. 3/5/09
LTD Rehab  approved effective 3/9/09- thur 4/5/09, ee is working mod duty four hours a day thru 4/5/09, then full duty 4/6/09.

Action Plan will monitor RTW status and close claim appropriately

| 3/5/2009 | 3/6/2009 | Case Review | Falk, Alexandria | | Benefit Review | Payroll |

afalk-benefit specialist; 3/6/2009 Rehab benefit calculated. March 3/9 through 3/31/2009. 78, 800.00 / 52 = 1,515.8 / 40 = 37.88 x 20 = 757.60 x 3 weeks 2,272.80 -250 = 2022.80 x .60 % = 1, 213.68 x 22 = 55.16 x 31 = 1,709.96. For April 78,800 / 52 = 1, 515.8 / 40 = 37.88 x 20 = 775.60 x 1 = 775.60 did not take 250 out since is has already been taken out. Then x .60 % = 465.36 / 5 = 93.07 x 30 = 2,792.16.
LTD-approved  effective 3/9/09 thru- 4/5/09 -- modified duty working four hours a day -- then  full duty on 4/6/09 anticpated -- work tab set up

| 3/9/2009 | 3/9/2009 | Case Review | Terry, Sherry | | Case Review | LTD Transitioning |

this is day 183

| 3/10/2009 | 3/9/2009 | Task | zzBlack, Karrie | | Correspondence | LTD Rehab Letter |

Please send LTD rehab letter ee approved 3/9/09 - 4/5/09 and full duty RTW 4/6/09 **QA 3/9/09 kb

| 3/9/2009 | 3/9/2009 | Mail Merge | zzBlack, Karrie | | Employee Notification | LTD Rehab Letter |

ltd rehab letter

| 3/10/2009 | 3/10/2009 | Task | Decrescenzo, Rachael | | Case Review | LTD Rehab Letter |

please mail LTD Rehab Letter to EE via regular and certified. Cc corp benefits only. Thx.

Confidential
Admin Rec. 0059

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |
| Notes | | | | | | |
| 3/10/2009 | 3/10/2009 | Correspondence | Decrescenzo, Rachael | | Forms | Certified Mail |
| mailed LTD rehab letter to ee  CC'd Corp only | | | | | | |
| 3/10/2009 | 3/10/2009 | Correspondence | Decrescenzo, Rachael | | Forms | Certified Mail |
| mailed LTD rehab letter | | | | | | |
| 3/13/2009 | 3/18/2009 | Case Notes | Pagoda, John | | Case Review | Allsup Review |
| LTD approved LTD rehab -- 3/9/09 -4/5/09 --four hour days -- FD on 4/6/09 - review - do not refer due to voc rehab-confirm with ncm this is voc rehab. Jjp initial review indicates 50 year old male suffering from degeneration of lumbar intervertebral disc however he is currently on voc rehad and entitled to a closed period of ltd from 3/9/09 - 4/5/09 therefore case not referred to allsup. Jjp | | | | | | |
| 3/23/2009 | 3/23/2009 | Phone Call | Terry, Sherry | Vaccaro***, Kathy | Employer Contact | Case Follow-Up |
| OHN called states ee is having pain today, gait is off, he will see his Dr. today, she is not sure he can progress to 8 hrs. I told her IME supports a full duty RTW. Futher LTD will not be supported, I will need additional medical from his Dr. she will send me any thing she receives. | | | | | | |
| 4/1/2009 | 4/1/2009 | Phone Call | Terry, Sherry | | Correspondence | RTW |
| Contact EE and monitor FD RTW on 4/6/09 | | | | | | |
| 4/1/2009 | 4/1/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |
| Message left to call me -- | | | | | | |
| 4/3/2009 | 4/3/2009 | Phone Call | Terry, Sherry | | Case Review | Case Follow-Up |
| Look for ee to contact me -- Full duty expected 4/6/09 | | | | | | |
| 4/3/2009 | 4/3/2009 | Phone Call | Terry, Sherry | | Message Left | Case Follow-Up |
| Message left on ee cell phone confirming RTW full duty on Monday 4/6/09 | | | | | | |
| 4/3/2009 | 4/3/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |
| EE called me back will begin full duty on Monday ee expects to be sore, ee reminded to change position stand and stretch, continue HEP, continue to  strength your back muscles, IME does not support total disability, EE said he would try his best. | | | | | | |
| 4/6/2009 | 4/6/2009 | Case Review | Terry, Sherry | | Case Review | RTW |
| Confirm full duty on Monday 4/6/09 -- send denial letter JJ 079 | | | | | | |
| 4/8/2009 | 4/7/2009 | Case Review | Falk, Alexandria | | Benefit Review | Calculation Review |
| afalk-benefit specialist; 4/7/2009 noted and ended LTD as of 4/5/09. Claim denied last day of benefit 4/5/09 -- LTD denied 4/6/09 RTW FD | | | | | | |
| 4/7/2009 | 4/7/2009 | Phone Call | Terry, Sherry | Vaccaro***, Kathy | Employer Contact | RTW |
| OHN contacted me regarding a medical update --OHN informed I called ee twice and he finally called me, I reminded him that restiction end 4/6/09 he should be full duty he stated he was doing ok, ee informed he still has some pain, he informed me he would try his best. | | | | | | |
| 4/8/2009 | 4/8/2009 | Task | Decrescenzo, Rachael | | Correspondence | LTD Denial Letter |
| Please send JJ079 -- ee has RTW Full duty as of 4/6/09 | | | | | | |
| 4/8/2009 | 4/8/2009 | Mail Merge | Decrescenzo, Rachael | | Employee Contact | LTD Termination Claimant Working Letter |
| LTD Termination Claimant Working | | | | | | |
| 4/8/2009 | 4/8/2009 | Correspondence | Decrescenzo, Rachael | | Forms | Certified Mail |
| mailed termination ee working letter | | | | | | |
| 4/8/2009 | 4/8/2009 | Case Notes | Decrescenzo, Rachael | | Meeting Candidate | LTD Monthly Status Report |
| Mailed denial letter, Claim closed eff 4/6/09 RTW -full duty | | | | | | |

Confidential
Admin Rec. 0060

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |
| 1/9/2009 | 4/9/2009 | Task | Spencer, Diane | | Case Review | Case Closure |
| Close claim RTW full duty claim denied 4/6/09 | | | | | | |
| 1/8/2009 | 4/15/2009 | Case Notes | Pagoda, John | | Case Review | Allsup Review |
| Claim closed eff 4/6/09 RTW -full duty - case not referred to allsup due to closed period of ltd 3/9/09-4/5/09 which ended due to clmt's rtw 4/6/09. jjp | | | | | | |
| 1/29/2009 | 4/29/2009 | Correspondence | Pelton, Patrick | | Forms | Certified Mail |
| Certified reciept | | | | | | |
| 5/29/2009 | 5/29/2009 | Phone Call | zzTeta, Cristina | | Message Received | Case Follow-Up |
| 5/29 cmt. Ee left message for call back. Said he has question that needs to be answered. | | | | | | |
| 5/29/2009 | 5/29/2009 | Phone Call | zzTeta, Cristina | | Employee Contact | Response to Message Left |
| 5/29 cmt. Call placed to ee. Ee at surgeon's office. Neck has bulges in every disc. Ee has been back at work. Not feeling good. Having pain up and down right side of neck, having headaches. physical pain has been getting worse. ee can hardly walk. has been laid up last two days. EE states he was denied denied long term status due to IME report. ee wants to know what to do to reopen case. NCM informed ee he needs to send in updated medical, additional testing would need to be done. ee verbalized understanding and will contact LTD nurse on 6/1 with update. | | | | | | |
| 6/1/2009 | 6/1/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |
| Message left -- not doing well -- please call | | | | | | |
| 6/1/2009 | 6/1/2009 | Phone Call | Terry, Sherry | | Message Left | Response to Message Left |
| EE called detailed message left on call phone -- ee would need his Dr. take you out of work, I would need all medical /progress notes for last 3-4 months -- your LTD is then put in a pending status -- you will not be paid --once medical is recd you are scheduled for IME which would also need to support your disability --please call me and we can discuss your claim | | | | | | |
| 6/1/2009 | 6/1/2009 | Phone Call | Terry, Sherry | | Message Left | Case Follow-Up |
| EE requesting call back -- done | | | | | | |
| 6/2/2009 | 6/2/2009 | Phone Call | zzBlack, Karrie | | Spoke to | Case Follow-Up |
| EE called in responding to voicemail case manager left yesterday. EE wondered if MD needed to fill out any forms for us, told him that reading NCM's note it does not appear that we needed any forms, just reiterated to EE what NCM left in voicemail. Told EE that once medical recvd we will do our best to review as quickly as possible as we don't want to hold up the process. Encouraged EE to call in to confirm we recvd fax once MD sends it, EE has my direct extension as well. Confirmed EE had fax number. Told EE if any other questions to give us a call back as he didn't have anymore at this time. | | | | | | |
| 6/3/2009 | 6/3/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |
| EE called informed that I will requesting a medical update to evaluate if this is the same condition that was disabling you previously -- all testing MRI and progress notes PT evaluation etc, your Dr will need to take you out of work at some point, it is difficult to evaluate your claim if you are working (LTD- total disability from your own occupation, it is difficult in some case to support total disability from your own occupation since you perform a sedentary job already -- essentially you cannot perform any occupation already, ee states it is cervical spine and achilles tendon issues again, I may have you perform an FCE to evaluate if you can perform a sedentary occ and then an IME, he was ok with that | | | | | | |
| 6/5/2009 | 6/5/2009 | Phone Call | Terry, Sherry | | Message Left | Case Follow-Up |
| Message left informing me that he will be fax in some information today, MRI and script for PT | | | | | | |
| 6/5/2009 | 6/5/2009 | Phone Call | zzBlack, Karrie | | Spoke to | Case Follow-Up |
| EE called stating that he is trying to fax information but our fax isn't picking up, confirmed he had correct number. Tried calling our fax and it did appear to be out of order. Apologized to EE and told him that I would let our technical staff know, also told him in the meantime he could fax to the general fax line which is 518-283-8517, told EE to make sure that he puts J & J on his fax cover as well as his case number, which EE said he had. Told EE that I would let his case manager know that fax coming through on other line. EE thanked me and said he had no other problems/questions. | | | | | | |
| 6/5/2009 | 6/5/2009 | Phone Call | zzBlack, Karrie | | Spoke to | Case Follow-Up |
| EE called back stating that the alternate fax number I gave him wasn't working either. Apologized to EE and thanked him for letting us know, told him that I will have that looked at as well. EE requested that I call him when fax is working again, told him I would. EE provided contact number of 908-595-2474 | | | | | | |
| 6/5/2009 | 6/5/2009 | Phone Call | zzBlack, Karrie | | Spoke to | Case Follow-Up |
| Called EE to let him know that both faxes are working now, had to leave message. Told EE to use J & J dedicated fax, gave him number as told him that he would probably get his fax into his file | | | | | | |

Confidential
Admin Rec. 0061

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

faster, told him if anymore questions give us a call.

| 6/8/2009 | 6/8/2009 | Task | Terry, Sherry | | Medical Documentation | Fax Review |

Please review attached medical info

Nmadrid-AS- 06/08/09 rcvd medical after the denial and will send ee LTD Choices no appeal ack letter.

| 6/8/2009 | 6/8/2009 | Correspondence | Terry, Sherry | | Case Review | Fax Review |

Please review attached medical info

| 6/8/2009 | 6/8/2009 | Correspondence | Terry, Sherry | | Correspondence | Case Follow-Up |

Documentation recd
MRI of Cervical spine -completed 5/22/09 multi-level cervical spondylosis, most notable at C4-C5 which results in mild cord compression without intrinsic cord signal alteration.

Script for PT  for three weeks treatment

Letter from EE recd Regarding his condition from STD period RTW and his relapse.

| 6/19/2009 | 6/15/2009 | Correspondence | Terry, Sherry | | Correspondence | Case Information |

Look for PT evaluation

| 6/15/2009 | 6/15/2009 | Correspondence | Terry, Sherry | | Case Review | Fax Review |

Please review attached medical

| 6/15/2009 | 6/15/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |

EE want to confirmed fax send last week and just now

| 6/15/2009 | 6/15/2009 | Phone Call | Terry, Sherry | | Employee Contact | Response to Message Left |

EE called request call back

| 6/15/2009 | 6/15/2009 | Phone Call | Terry, Sherry | | Message Left | Case Follow-Up |

Want to confirm recpt of fax last week and this week

| 6/15/2009 | 6/15/2009 | Correspondence | Terry, Sherry | | Correspondence | Case Follow-Up |

Letter from DR Strouse -- Consider him a candidate for LTD based on cervical disc degeneration and herniation in both cervical and lumbar spine. EE underwent arthroscopic surgery in his right knee in 6/05 and has been treated for achilles tendinitis of left heel.

3/27/09- Achilles continues to improve, some swelling slowly resolving PT completed he continues with a home exercise program.
4/28/09 -- RTW full time, he has developed neck pain, no radiation into the arms, neck pain present on daily basis
5/12/09 Still having neck pain, no neurologic deficits, pain at extreme motion- start PT
5/22/09 MRI Cerivcal Multi-level cervical spondlyosis most notable in the upper cervical spine at C4-C-5, which results in mile cord compression without intrinsic cord signal alteration.
5/29/09 Results of MRI reviewed - negative Babinski signs No change in neurolgic status

| 6/15/2009 | 6/15/2009 | Case Notes | Terry, Sherry | | Meeting Candidate | LTD Monthly Status Report |

S. T, 6/15/09
EE has submitted medical -- for exacerbation of his conditon for LTD ****Has not stopped working yet
Letter from DR Strouse -- Consider him a candidate for LTD based on cervical disc degeneration and herniation in both cervical and lumbar spine. EE underwent arthroscopic surgery in his right knee in 6/05 and has been treated for achilles tendinitis of left heel.
ee Will sent in PT Evaluation
3/27/09- Achilles continues to improve, some swelling slowly resolving PT completed he continues with a home exercise program.
4/28/09 -- RTW full time, he has developed neck pain, no radiation into the arms, neck pain present on daily basis
5/12/09 Still having neck pain, no neurologic deficits, pain at extreme motion- start PT
5/22/09 MRI Cerivcal Multi-level cervical spondlyosis most notable in the upper cervical spine at C4-C-5, which results in mile cord compression without intrinsic cord signal alteration.

Confidential
Admin Rec. 0062

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| Notes | | | | | | |

5/29/09 Results of MRI reviewed - negative Babinski signs No change in neurolgic status
Action Plan —- Review claim

| 3/16/2009 | 6/18/2009 | Case Review | Terry, Sherry | | Case Review | Case Follow-Up |

Review claim

| 5/18/2009 | 6/18/2009 | Phone Call | Terry, Sherry | | Employee Contact | |

EE called will have an evaluation with pain management on 6/24/09 -- not a good day for an IME

| 3/18/2009 | 6/18/2009 | Case Review | Terry, Sherry | | Case Review | Case Follow-Up |

Complete case review -- done previous problem Lumbar sprain strain DDD and achilles tendon, 1/23/09 began teating with a Psychiaitrist.   Ortho surgical IME performed did not support TDOO and a NP IME does not support total disability.

EE has submitted medical to support a Cervical disorder -- EE never claim a neck problem -- Ortho IME examination

| 5/19/2009 | 6/19/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |

EE wanted to know if I have set up any examination -- I told him nothing has been set -up but I will call him as soon that is done.

| 3/25/2009 | 6/25/2009 | Case Notes | Madrid, Natalie | | Medical Documentation | Fax Review |

Please review attached medical info

Nmadrid-AS- 06/25/09 rcvd letter from ee address to ST/NCM and op report dated 06/24/09 from Dr Quinones, will send ee LTD no appeal ack letter.

| 3/25/2009 | 6/25/2009 | Case Notes | zzKielek, Alec | | Case Review | LTD Appeal Ackn Letter - No Appeal Request |

Nmadrid-AS- 06/25/09 please send ee LTD Choices no appeal ack letter via certified and regular mail.

6/25/2009 akielek IS; completed

| | 6/25/2009 | Mail Merge | zzKielek, Alec | | Employee Contact | LTD Appeal Ackn Letter - No Appeal Request |

6/25/2009 akielek IS; sent ee std appeal ack letter via regular and certified mail

| 3/25/2009 | 6/25/2009 | Case Notes | zzKielek, Alec | | Case Review | Certified Mail |
| | | | | | | |

6/25/2009 akielek IS; sent ee cert

| 3/30/2009 | 6/30/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |

| 7/1/2009 | 7/1/2009 | Phone Call | Madrid, Natalie | | Message Received | Case Information |

Nmadrid-AS- 07/01/09 rcvd 3 messages from ee on 06/30/09  regarding my no appeal ack letter.

| 7/1/2009 | 7/1/2009 | Phone Call | Madrid, Natalie | | Employee Contact | Case Information |

Nmadrid-AS- 07/01/09 returned ee call ████████ got vm and left msg with my contact info for call back.

| 7/1/2009 | 7/1/2009 | Phone Call | Madrid, Natalie | | Message Received | Case Information |

Nmadrid-AS- 07/001/09 rcvd vm again from ee on 07/01/09 ████████ regarding his denial.

| 7/1/2009 | 7/1/2009 | Phone Call | Madrid, Natalie | | Employee Contact | Case Information |

Nmadrid-AS- 07/01/09 returned ee call ████████ spoke with ee and let him know that I cannot discuss his claim with him as I do not have a formal appeal. Ee understood and will send in written appeal request. I explained him I will be out of the office and we will be close on 07/03/09. ee understood and had no further questions.

| 7/2/2009 | 7/2/2009 | Phone Call | Schnare, Donna | | Employee Contact | Case Information |

7/2/2009 DRSchnare, RN: 3:39:27 PM; phone call to Ralph at 732-881-0506.
I clarified why he received letter from Appeal dept. that his case had not been denied for benefits, that when he RTW on 4/6/09 the process calls for him to receive an LTD denial letter. This would

Confidential
Admin Rec. 0063

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

**Notes**

not require him to appeal –I told him to ignore the letter he received from Appeals.  He expressed understanding> He stated that he had been told that an FCE was being requested.
I asked him If his  Dr. is recommending that he go out of work again, he stated that his  Dr. thinks that he should be out of work and would be a candidate for LTD> he expressed that he is more concerned about having coverage for his family than himself
He stated that he currently Takes Ibuprofen before work, goes to nurse when he gets to work for Rehab and takes Ibuprofen before he goes home.
Most of his pain is lower back and achilles,he also has  headaches from neck issues. His drive home is 70 miles,when he gets home he  uses Ice , muscle relaxer and Percocet and then  sleeps on his recliner at night.
He noted that it was a problem with his  achilles that  contributed to the worsening of his back. This started in 2008. He has been having epidurals just for his lumbar issue so far, he  had his 4th visit with series of 4 shots and so far they have not helped.
??? Discogram may be scheduled.
He said he called Mary Ellen at the Reed Group to discuss case, and he was told that he would have to appeal, I explained that there is nothing to appeal because there were no benefits or time denied. He said that he was denied LTD based on an IME report and that is why he RTW on 4/6/09 because he could not be without benefits. He listed his providersa as  ortho surgeon, PT, pain management abd  psychiatrist. I told him that I would be calling Val back and would tell her of our conversation and reiterated that a case cannot be opened for him until he starts missing work, that Reed Group manages the absence from work  notthe  time while he is at work full time. He expressed understanding and again said he cannot afford to go out of work. He stated that he thought since he was back at work that the FCE was not scheduled. I told him I would check on this and that someone would get back to him next week with this information. He thanked me for my time.

| 7/2/2009 | 7/2/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |
EE called -- Informed I cannot do any thing or review your claim until you go out of work, I cannot take you out of work this needs to come from your Dr you need to make an appointment and discuss this with your physician, your ability or inability to perform your job. Please contact me with any question and we can discuss your claim.

| 7/6/2009 | 7/6/2009 | Phone Call | Schnare, Donna | | Message Received | Case Follow-Up |
Late entry
7/6/2009 DRSchnare, RN; received vmm from ee this morning, message had been left approximately 7 am MDT. Ralph thanked me for speaking with him last week and wanted to explain that he felt like he was forced to RTW in April and was told that an FCE would be arranged while he was back at work. He stated that his calls were not received by the supervisor because he had been denied. He had been confused because he was told he was denied, then approved then in appeals. He thinks that the fact he is at work will be used against him.

Email on this date from corporate that this will be followed up by case manager and reviewed as a relapse. An  FCE and IME will be set up immediately.... " as well as contact him to let him know what is going on."

| 7/9/2009 | 7/9/2009 | Case Notes | Madrid, Natalie | | Case Review | Case Information |
Nmadrid-AS- 06/25/09 look for ee's appeal request

Nmadrid - AS 07/09/09 no appeal request claim still being review by NCM and Clinical Mgr.

| 7/9/2009 | 7/9/2009 | Task | Wallace, Maria | Network, Exam Coordinators | Case Review | Case Follow-Up |
Please schedule Orthopedic IME – own occupation  -- choices following recpt of FCE

| 7/9/2009 | 7/9/2009 | Phone Call | Wadsworth, Mary Ellen | | Executive | Case Follow-Up |
7/9/09 mew:  Internal discussion and case review conducted.  Directed by Plan Sponsor to reopen claim and schedule independent exams to evaluate ee for LTD relapse.  No authorization at this time - case to be placed in pending status only.  Employee to be notified of pending status by Plan Sponsor Representative(s).  Case reopened.

| 7/9/2009 | 7/9/2009 | Task | Wallace, Maria | Network, Exam Coordinators | Case Review | FCE-Functional Capacity Evaluation |
Please schedule an FCE ASAP --no script -- own occupation  --choices

| 7/9/2009 | 7/9/2009 | Task | Wallace, Maria | Network, Exam Coordinators | Case Review | Case Information |
Call for the time and date of FCE and Ortho IME to follow

| 7/9/2009 | 7/9/2009 | Correspondence | Wallace, Maria | Network, Exam Coordinators | Case Review | Case Information |
Hi there-

We have this claimant scheduled as follows:

Confidential
Admin Rec. 0064

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

**Notes**

FCE

Charles Filippone, PT
Cooper Rehab & Sports PT
315 Route 35 North
Middletown, NJ
(732) 741-5085

THURSDAY   7/23/09 @ 12:00pm

IME

Lawrence Barr, DO/Orthopedic Sx
300 Water Street
Toms River, NJ   08753
(856) 616-2999

WEDNESDAY   7/29/09 @ 10:00am

Thanks!

Rick

Dr. Rick Stopek

Chief Operating Officer

Exam Coordinators Network

123 N.W. 13th Street, Suite 207

Boca Raton, FL  33432

www.ecnime.com

Toll-Free   877-463-9463
Local       561-392-5001
Fax         561-392-5881

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 7/10/2009 | 7/10/2009 | Task | Wallace, Maria | Filippone, Charles | Correspondence | FCE Notification |
| | | | Send provider FCE notification letter for 7/23/9 @ 12pm | | | |
| 7/10/2009 | 7/10/2009 | Task | Wallace, Maria | | Employee Notification | FCE Notification |
| | | | Send ee FCE notification letter for 7/23/9 @ 12pm w/ Charles Filippone | | | |
| 7/10/2009 | 7/10/2009 | Mail Merge | Wallace, Maria | | Employee Notification | FCE Notification |
| | | | Sent ee FCE notification letter | | | |
| | 7/10/2009 | Mail Merge | Wallace, Maria | | Employee Notification | FCE Notification |
| | | | EE FCE notification letter | | | |

Confidential
Admin Rec. 0065

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|---|-------------------|--------------|
| | | | | | | | |
| Notes | | | | | | | |
| 7/10/2009 | 7/10/2009 | Mail Merge | Wallace, Maria | Fillipone, Charles | | Correspondence | FCE Notification |
| Sent provider FCE notification letter | | | | | | | |
| | 7/10/2009 | Mail Merge | Wallace, Maria | | | Correspondence | FCE Notification |
| Provider FCE notification letter | | | | | | | |
| 7/14/2009 | 7/14/2009 | Task | zzMcRae, Megan | Barr, Lawrence I. (Dr.) | | Correspondence | IME Notification |
| Send provider IME notification letter for 7/29/9 @10am | | | | | | | |
| 7/14/2009 | 7/14/2009 | Task | zzMcRae, Megan | | | Employee Notification | IME Notification |
| Send ee IME notification letter for 7/29/9 @10am w/ Dr. Barr | | | | | | | |
| 7/14/2009 | 7/14/2009 | Mail Merge | zzMcRae, Megan | | | Employee Notification | IME Notification |
| Sent EE IME Notification Letter | | | | | | | |
| 7/14/2009 | 7/14/2009 | Mail Merge | zzMcRae, Megan | Network, Exam Coordinators | | Correspondence | IME Notification |
| Sent Provider IME Notification Letter | | | | | | | |
| 7/15/2009 | 7/15/2009 | Correspondence | zzMcRae, Megan | | | Correspondence | IME-Independent Medical Examination |
| E-mailed IME provider letter to ECN | | | | | | | |
| 7/17/2009 | 7/17/2009 | Case Notes | zzKielek, Alec | | | Case Review | Certified Mail |
| 7/17/2009 akielek IS; scanned and attached return reciept | | | | | | | |
| 7/21/2009 | 7/21/2009 | Task | zzMcRae, Megan | | | Employee Contact | FCE-Functional Capacity Evaluation |
| call ee to remind of FCE for 7/23/9 @ 12pm w/ Charles Filippone | | | | | | | |
| 7/21/2009 | 7/21/2009 | Phone Call | Terry, Sherry | | | Correspondence | Case Follow-Up |
| EE is faxing in medical and an out of work note effective today -- He has contacted his supervisor and co-worker | | | | | | | |
| 7/21/2009 | 7/21/2009 | Phone Call | zzMcRae, Megan | | | Employee Contact | FCE-Functional Capacity Evaluation |
| Spoke to EE to remind of FCE time and date, he was aware and had no questions. | | | | | | | |
| 7/22/2009 | 7/22/2009 | Correspondence | Terry, Sherry | | | Case Review | Fax Review |
| Please review attached medical info | | | | | | | |
| 7/22/2009 | 7/22/2009 | Correspondence | Terry, Sherry | | | Correspondence | Case Information |
| Out of work note recd effective 7/21/09, EE is currently in treatment, ER visit recd foracute headache x five weeks, neck injury, will seen Neurologist, PT assessment recd | | | | | | | |
| 7/22/2009 | 7/22/2009 | Correspondence | Terry, Sherry | | | Correspondence | Case Information |

From: Terry, Sherry
Sent: Wednesday, July 22, 2009 11:59 AM
To: 'JROSADO3@ITS.JNJ.COM'
Cc: 'kvaccaro@ocdus.jnj.com'; Wadsworth, Mary Ellen; 'Wilkinson, William [JJCUS]'
Subject: Ralph Van Denventer

Confidential
Admin Rec. 0066

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

Good morning,  I have received and an indefinite out of work note for Ralph effective 7/21/09. Ralph will be reviewed for LTD relapse.

Sherry L. Terry,
Disability Specialist
Reed Group
15 Tech Valley Drive
East Greenbush, NY 12061
866-829-8861  ext 3202
Fax 518-880-6610
returntowellness@reedgroup.com.

This e-mail and any attachments may be confidential or legally privileged.  If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein.  Please inform us of the erroneous delivery by return e-mail.  Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 7/22/2009 | 7/22/2009 | Correspondence | Terry, Sherry | | Correspondence | Case Information |
| 7/23/2009 | 7/22/2009 | Case Review | Terry, Sherry | | Case Review | Fax Review |

Please review attached medical info

| 7/22/2009 | 7/22/2009 | Correspondence | Terry, Sherry | | Correspondence | Case Follow-Up |

Out of work note recd effective 7/21/09, EE is currently in treatment, ER visit recd foracute headache x five weeks, neck injury, will seen Neurologist, PT assessment recd

| 7/24/2009 | 7/24/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | Vendor Contact | FCE-Functional Capacity Evaluation |

Call for next day verbal

| 7/24/2009 | 7/24/2009 | Correspondence | zzMcRae, Megan | Network, Exam Coordinators | Correspondence | FCE Attendence Confirmation |

Good morning Megan,

The claimant listed above did show for his FCE yesterday.

Thank you!

Cathy Smith

Director of Operations

Exam Coordinators Network

123 NW 13th Street, Suite 207

Boca Raton, FL 33432

Tel: 877.463.9463

Fax: 561.392.5881

Confidential
Admin. Rec. 0067

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| **Notes** | | | | | | |
| Email: csmith@ecnime.com | | | | | | |
| 7/27/2009 | 7/27/2009 | Task | Wallace, Maria | | Employee Contact | IME-Independent Medical Examination |
| call ee to remind of IME  for 7/29/9 @10am w/ Dr. Barr | | | | | | |
| 7/27/2009 | 7/27/2009 | Phone Call | Wallace, Maria | | Spoke to | IME-Independent Medical Examination |
| call ee to remind of IME  for 7/29/9 @10am w/ Dr. Barr | | | | | | |
| 7/31/2009 | 7/28/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | Vendor Contact | FCE-Functional Capacity Evaluation |
| Call for the final FCE report | | | | | | |
| 7/28/2009 | 7/28/2009 | Correspondence | zzMcRae, Megan | Network, Exam Coordinators | Correspondence | FCE Final Report Received |
| Received final FCE report | | | | | | |
| 7/28/2009 | 7/28/2009 | Correspondence | Wallace, Maria | Network, Exam Coordinators | Case Review | FCE-Functional Capacity Evaluation |
| Data entry invoice | | | | | | |
| 7/30/2009 | 7/29/2009 | Task | Wallace, Maria | Network, Exam Coordinators | Vendor Contact | IME Attendence Confirmation |
| Call for next day verbal | | | | | | |
| 7/23/2009 | 7/29/2009 | Correspondence | Terry, Sherry | | Case Review | Fax Review |
| Please review attached AP note | | | | | | |
| 7/29/2009 | 7/29/2009 | Correspondence | Terry, Sherry | | Case Review | Fax Review |
| FCE Report | | | | | | |
| 7/29/2009 | 7/29/2009 | Correspondence | Terry, Sherry | | Correspondence | FCE-Functional Capacity Evaluation |

FCE performed 7/24/09, EE demonstrated an inconsistent effort through out all 6 components of this evaluation.

Due to ee significantly self-limited performance during the postural and physical examination ( whole body strength testing ) , an accurate determination of his full ability to perform the postural tasks of his occupation over the course of an 8 hour work day cannot be determined.

FCE does not support disability since he did not put forth full effort.

Orthopedic surgical  IME pending 7/29/09, report due 8/7/09.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 7/29/2009 | 7/29/2009 | Case Notes | Terry, Sherry | | Meeting Candidate | LTD Denial Letter |

S.T. 7/29/09
LTD relapse review for determinaton
FCE performed 7/24/09, EE demonstrated an inconsistent effort through out all 6 components of this evaluation.

Due to ee significantly self-limited performance during the postural and physical examination ( whole body strength testing ) , an accurate determination of his full ability to perform the postural tasks of his occupation over the course of an 8 hour work day cannot be determined.

FCE does not support disability since he did not put forth full effort.

Orthopedic surgical  IME pending 7/29/09, report due 8/7/09.

Confidential
Admin. Rec. 0068

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | Notes | | | | | |
| 7/29/2009 | 7/29/2009 | Correspondence | Wallace, Maria | Network, Exam Coordinators | Case Review | IME Attendence Confirmation |

From: Felisha Toledo
Sent: Wednesday, July 29, 2009 4:35 PM
To: Cathy Smith
Subject: Ralph Van Deventer, Jr.,
Good Afternoon,
 The above claimant showed to the IME today. As soon as we receive the report we will send it right over.

If you should have any questions or concerns, please feel free to contact me.


Thank you and have a great day!!



Felisha Toledo
Service Coordinator
Exam Coordinators Network
123 NW 13th Street, Suite 207
Boca Raton, FL 33432
Tel: 877.463.9463
Fax: 561.392.5881
Email: ftoledo@ecnime.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/3/2009 | 7/31/2009 | Correspondence | Terry, Sherry | | Case Review | Fax Review |
| | Please review attached medical info | | | | | |
| 8/4/2009 | 8/3/2009 | Correspondence | Terry, Sherry | | Case Review | Fax Review |
| | Please review attached medical info | | | | | |
| 8/5/2009 | 8/5/2009 | Correspondence | Terry, Sherry | | Correspondence | Case Follow-Up |

_____

From: Terry, Sherry
Sent: Wednesday, August 05, 2009 1:36 PM
To: 'Pericone, Anne [OCDUS]'
Subject: RE: Ralph Van Denventer

Anne, I have an IME report is pending

Thank you,

Sherry Terry
Disability Claims Specialist II

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

Notes

Reed Group, LTD
East Greenbush Technology Park
15 Tech Valley Drive Suite 3
East Greenbush, Y 12061
Phone- 866-829-8861 Extension 3202
Fax- (518) 880-6610

sterry@rgl.net
http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

-------------------------------------------
From: Pericone, Anne [OCDUS] [mailto:Aperico@its.jnj.com]
Sent: Tuesday, August 04, 2009 4:32 PM
To: Terry, Sherry
Subject: RE: Ralph Van Denventer

Hi Sherry,

Any update on this case?

Thanks,

Anne

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, July 22, 2009 12:12 PM
To: Pericone, Anne [OCDUS]
Subject: RE: Ralph Van Denventer

Anne,  Please note below

Sherry

Confidential
Admin Rec. 0070

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|---|-------------------|--------------|
| Notes | | | | | | | |

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, July 22, 2009 11:59 AM
To: Rosado, José Luis [OCDUS]
Cc: Vaccaro, Kathryn [OCDUS]; Wadsworth, Mary Ellen; Wilkinson, William [JJCUS]
Subject: Ralph Van Denventer

Good morning,  I have received and an indefinite out of work note note for Ralph effective 7/21/09. Ralph will be reviewed for LTD relapse.

Sherry L. Terry,

Disability Specialist

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866-829-8861  ext 3202

Fax 518-880-6610

returntowellness@reedgroup.com.

This e-mail and any attachments may be confidential or legally privileged.  If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein.  Please inform us of the erroneous delivery by return e-mail.  Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|---|-------------------|--------------|
| /12/2009 | 8/6/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | | Vendor Contact | IME-Independent Medical Examination |
| Call for  the final IME report | | | | | | | |
| /6/2009 | 8/6/2009 | Correspondence | zzMcRae, Megan | Network, Exam Coordinators | | Correspondence | IME Final Report Received |
| Received final IME report | | | | | | | |
| /6/2009 | 8/6/2009 | Phone Call | Terry, Sherry | | | Employee Contact | LTD Application Review |
| EE faxing more medical from his Neurologist, ee also requesting copies of exam-- will sent reverse release -- ee informed I should have a determination in the next week of so. | | | | | | | |
| /6/2009 | 8/6/2009 | Correspondence | Wallace, Maria | Network, Exam Coordinators | | Case Review | IME-Independent Medical Examination |
| Data entry invoice | | | | | | | |

Confidential
Admin. Rec. 0071

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notes**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/7/2009 | 8/7/2009 | Correspondence | Terry, Sherry | | Case Review | Fax Review |

IME Report

| 1/7/2009 | 8/7/2009 | Correspondence | Terry, Sherry | | Correspondence | Case Follow-Up |
|---|---|---|---|---|---|---|

Send reverse release

| | 8/7/2009 | Mail Merge | Terry, Sherry | | Correspondence | Case Information |
|---|---|---|---|---|---|---|

Reverse release

| 1/10/2009 | 8/10/2009 | Task | Clark, Christin | | Case Review | Fax Review |
|---|---|---|---|---|---|---|

Please review attached medical info

| 1/10/2009 | 8/10/2009 | Correspondence | Clark, Christin | | Correspondence | Fax Review |
|---|---|---|---|---|---|---|

letter from ee outlining current meds, 8/5/09 procedure note from C4 injection. Ndot 8/14/09

| 1/10/2009 | 8/10/2009 | Phone Call | Clark, Christin | | Message Received | Case Follow-Up |
|---|---|---|---|---|---|---|

vm from ee req to see if ppw faxed was received as well as to follow up on reverse auth.

| 1/10/2009 | 8/10/2009 | Phone Call | Clark, Christin | | Employee Contact | Response to Message Left |
|---|---|---|---|---|---|---|

spoke with ee to advised that yes hi fax was received and the reverse auth was mailed out. States he will be seeing md on 8/14/09 for follow up as injections are not helping and will explore his treatment options at that time.

| 1/13/2009 | 8/13/2009 | Phone Call | Clark, Christin | | Employee Contact | Case Follow-Up |
|---|---|---|---|---|---|---|

call from ee to request reverse auth be faxed as he has not yet received it in the mail. Fax number obtained will send.

| 1/13/2009 | 8/13/2009 | Case Notes | Clark, Christin | | Correspondence | Forms to Send |
|---|---|---|---|---|---|---|

-- CCL4A840AAFAFAA ---------
12:44 PM 8/13/2009 Transmission Record
☐Sent to: Ralph R Van Deventer Jr
☐Phone: ▮▮▮▮▮▮
☐Billing information: ", "
☐Remote ID: ▮▮▮▮▮
☐Unique ID: "CCL4A840AAFAFAA"
☐Elapsed time: 3 minutes, 8 seconds.
☐Used channel 4.
☐No ANI data.
☐No AOC data.
☐Resulting status code (0/339; 0/0): Success
☐Pages sent: 1 - 3

| 1/14/2009 | 8/13/2009 | Task | Clark, Christin | | Case Review | Fax Review |
|---|---|---|---|---|---|---|

Please review attached reverse auth

| 1/13/2009 | 8/13/2009 | Correspondence | Clark, Christin | | Correspondence | Fax Review |
|---|---|---|---|---|---|---|

received reverse auth ee requesting last ime and fce results be faxed to him

| 1/13/2009 | 8/13/2009 | Correspondence | Clark, Christin | | Correspondence | Case Follow-Up |
|---|---|---|---|---|---|---|

fce faxed to ee. -- CCL4A841CBDAFFB ---------
2:01 PM 8/13/2009 Transmission Record
☐Sent to: Ralph Van Deventer Jr
☐Phone: 417322704287
☐Billing information: ", "
☐Remote ID: 7322704287

Confidential
Admin. Rec. 0072

# Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

**Notes**

□Unique ID: "CCL4A841CBDAFFB"
□Elapsed time: 24 minutes, 27 seconds.
□Used channel 6.
□No ANI data.
□No AOC data.
□Resulting status code (0/339; 0/0): Success
□Pages sent: 1 - 22

---

| 8/13/2009 | 8/13/2009 | Correspondence | Clark, Christin | | Correspondence | Case Follow-Up |

ime faxed to ee. -- CCL4A841D36AFFF ----------
2:27 PM 8/13/2009 Transmission Record
□Sent to: Ralph Van Deventer Jr
□Phone ███████████
□Billing information: ", "
□Remote ID ████████████
□Unique ID: "CCL4A841D36AFFF"
□Elapsed time: 8 minutes, 10 seconds.
□Used channel 4.
□No ANI data.
□No AOC data.
□Resulting status code (0/339; 0/0): Success
□Pages sent: 1 - 8

---

| 8/17/2009 | 8/17/2009 | Phone Call | Wadsworth, Mary Ellen | | Message Received | Case Follow-Up |

8/17/09 mew:  Received message from OHN looking for update on ee's relapse.

---

| 8/17/2009 | 8/17/2009 | Phone Call | Wadsworth, Mary Ellen | Vaccaro, Kathryn | Employee Contact | Response to Message Left |

8/17/09 mew:  Call placed to OHN.  Message left advising OHN that ee has relapsed and his LTD will be auth'd.  Phone # and ext. included in message.

---

| 8/19/2009 | 8/19/2009 | Case Review | Terry, Sherry | | Correspondence | LTD Approval Letter |

Compose approval letter - choices

---

| 8/19/2009 | 8/19/2009 | Case Review | Terry, Sherry | | Case Review | Case Follow-Up |

Update auth

---

| | 8/19/2009 | Mail Merge | Terry, Sherry | | Correspondence | LTD Approval Letter |

LTD approval letter -- relapse

---

| 8/19/2009 | 8/19/2009 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk-benefit specialist; 8/19/2009 noted relapse and set up LTD.
Auth Changed -- task has been created for Benefit Review
□USER ID = sterry

□OLD AuthStart Date = 07/21/2009
□OLD AuthEnd Date = 08/31/2009
□OLD Auth Status = Pending

□NEW AuthStart Date = 07/21/2009
□NEW AuthEnd Date = 08/31/2009
□NEW Auth Status = Approved

Confidential
Admin Rec. 0073

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| | | | | Notes | | |
| 8/19/2009 | 8/19/2009 | Case Review | Falk, Alexandria | | Benefit Review | Calculation Review |

afalk-benefit specialist; 8/19/2009 noted relapse and set up LTD., retro due $ 5,338.07.

LTD  relapse  approved -- effective 7/21/09 -- choices

| 8/20/2009 | 8/20/2009 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk-benefit specialist; 8/20/2009 approved 11/30/09.
A new authorization was inserted and a task has been created for Benefit Review
  ▢USER ID = sterry
  ▢New AuthStart Date = 09/01/2009
  ▢New AuthEnd Date = 11/30/2009
  ▢Comment =

| 8/20/2009 | 8/20/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |

EE called -- Neurologist consult -- will begin new injections of cervical region of spine will send me reports

| 8/24/2009 | 8/24/2009 | Correspondence | Terry, Sherry | | Correspondence | Case Follow-Up |

-----------------------------------------------------
From: Terry, Sherry
Sent: Monday, August 24, 2009 12:03 PM
To: 'Vaccaro, Kathryn [OCDUS]'
Cc: 'Aperico@its.jnj.com'
Subject: RE: Ralph Van Denventer

Hi Anne, His LTD claim is still pending, his first day out of his relapse was 7/21/09.

Thank you,

Sherry Terry
Disability Claims Specialist II

Reed Group, LTD
East Greenbush Technology Park
15 Tech Valley Drive Suite 3
East Greenbush, Y 12061
Phone- 866-829-8861 Extension 3202
Fax- (518) 880-6610

sterry@rgl.net
http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipent, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

Notes

---

From: Vaccaro, Kathryn [OCDUS] [mailto:KVaccaro@its.jnj.com]
Sent: Monday, August 24, 2009 9:53 AM
To: Terry, Sherry
Subject: FW: Ralph Van Denventer

Hi

Will you please respond to Anne?


From: Pericone, Anne [OCDUS]
Sent: Monday, August 24, 2009 9:51 AM
To: Vaccaro, Kathryn [OCDUS]
Subject: RE: Ralph Van Denventer


Kathy,


Have you heard anything from Reed?


Anne


From: Vaccaro, Kathryn [OCDUS]
Sent: Monday, August 17, 2009 4:12 PM
To: Pericone, Anne [OCDUS]
Subject: FW: Ralph Van Denventer


Anne,

I emailed Reed. What was the first day out?

Kathy


From: Pericone, Anne [OCDUS]
Sent: Monday, August 17, 2009 3:44 PM

Confidential
Admin Rec. 0074

Confidential
Admin Rec. 0075

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

Notes

To: Vaccaro, Kathryn [OCDUS]
Subject: FW: Ralph Van Denventer

Kathy,

Have you received anything from Reed with respect to Ralph?  This was the last communication I received.

Thanks,

Anne

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, August 05, 2009 1:36 PM
To: Pericone, Anne [OCDUS]
Subject: RE: Ralph Van Denventer

Anne, I have an IME report is pending

Thank you,

Sherry Terry

Disability Claims Specialist II

Reed Group, LTD

East Greenbush Technology Park

15 Tech Valley Drive Suite 3

East Greenbush, Y 12061

Phone- 866-829-8861 Extension 3202

Fax- (518) 880-6610

Confidential
Admin. Rec. 0076

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

sterry@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

---

From: Pericone, Anne [OCDUS] [mailto:Aperico@its.jnj.com]
Sent: Tuesday, August 04, 2009 4:32 PM
To: Terry, Sherry
Subject: RE: Ralph Van Denventer

Hi Sherry,

Any update on this case?

Thanks,

Anne

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, July 22, 2009 12:12 PM
To: Pericone, Anne [OCDUS]
Subject: RE: Ralph Van Denventer

Anne,  Please note below

Sherry

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|-------------|------|--------------|-----------------|-------------------|--------------|
| Notes | | | | | | |

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, July 22, 2009 11:59 AM
To: Rosado, José Luis [OCDUS]
Cc: Vaccaro, Kathryn [OCDUS]; Wadsworth, Mary Ellen; Wilkinson, William [JJCUS]
Subject: Ralph Van Denventer


Good morning,  I have received and an indefinite out of work note note for Ralph effective 7/21/09. Ralph will be reviewed for LTD relapse.


Sherry L. Terry,

Disability Specialist

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866-829-8861  ext 3202

Fax 518-880-6610

returntowellness@reedgroup.com.


This e-mail and any attachments may be confidential or legally privileged.  If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein.  Please inform us of the erroneous delivery by return e-mail.  Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|-------------|------|--------------|-----------------|-------------------|--------------|
| 8/24/2009 | 8/24/2009 | Phone Call | Terry, Sherry | | Spoke to | |
| 8/28/2009 | 8/28/2009 | Phone Call | Terry, Sherry | | Employee Contact | LTD Determination |
| | | EE requesting status of LTD claim relapse | | | | |
| 8/28/2009 | 8/28/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Follow-Up |
| | | EE want me to know that he has continued to be paid by the company all along, | | | | |
| 8/28/2009 | 8/28/2009 | Phone Call | Terry, Sherry | | Employee Contact | Case Information |
| | | EE callede back -- wondering what is going to happen with his LTD pay -- since J & J  has paid  -- I told him that clearly this is news to me today and your pay should of stopped since you went out of work 7/21/09 -- clearly you should not be paid again or twicc  but -- I have no control over J & J and that is between you and them.. you are in a pending status | | | | |
| 9/2/2009 | 9/2/2009 | Correspondence | Terry, Sherry | Vaccaro, Kathryn | Correspondence | LTD Determination |

Confidential
Admin Rec. 0077

Confidential
Admin Rec. 0078

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |

From: Terry, Sherry
Sent: Wednesday, September 02, 2009 2:56 PM
To: 'Pericone, Anne [OCDUS]'; Vaccaro, Kathryn [OCDUS]
Subject: RE: Ralph Van Deventer

Anne, This claim has been approved for LTD relapse effective 7/21/09. Letter will follow this tomorrow.

Thank you,

Sherry Terry
Disability Claims Specialist II

Reed Group, LTD
East Greenbush Technology Park
15 Tech Valley Drive Suite 3
East Greenbush, Y 12061
Phone- 866-829-8861 Extension 3202
Fax- (518) 880-6610

sterry@rgl.net
http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipent, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

From: Pericone, Anne [OCDUS] [mailto:Aperico@its.jnj.com]
Sent: Monday, August 31, 2009 9:16 AM
To: Terry, Sherry; Vaccaro, Kathryn [OCDUS]
Subject: RE: Ralph Van Deventer

Hi Sherry,

Any update on Ralph? When Kathy and I called last week you indicated you might have more information as of last Friday.

Thanks,

Anne

Confidential
Admin Rec. 0079

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Monday, August 24, 2009 12:03 PM
To: Vaccaro, Kathryn [OCDUS]
Cc: Pericone, Anne [OCDUS]
Subject: RE: Ralph Van Denventer


Hi Anne, His LTD claim is still pending, his first day out of his relapse was 7/21/09.


Thank you,


Sherry Terry

Disability Claims Specialist II


Reed Group, LTD

East Greenbush Technology Park

15 Tech Valley Drive Suite 3

East Greenbush, Y 12061

Phone- 866-829-8861 Extension 3202

Fax- (518) 880-6610


sterry@rgl.net

http://www.rgl.net


This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipent, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

Confidential
Admin Rec. 0080

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

From: Vaccaro, Kathryn [OCDUS] [mailto:KVaccaro@its.jnj.com]
Sent: Monday, August 24, 2009 9:53 AM
To: Terry, Sherry
Subject: FW: Ralph Van Denventer

Hi

Will you please respond to Anne?


From: Pericone, Anne [OCDUS]
Sent: Monday, August 24, 2009 9:51 AM
To: Vaccaro, Kathryn [OCDUS]
Subject: RE: Ralph Van Denventer


Kathy,


Have you heard anything from Reed?


Anne


From: Vaccaro, Kathryn [OCDUS]
Sent: Monday, August 17, 2009 4:12 PM
To: Pericone, Anne [OCDUS]
Subject: FW: Ralph Van Denventer


Anne,

I emailed Reed. What was the first day out?

Kathy


From: Pericone, Anne [OCDUS]
Sent: Monday, August 17, 2009 3:44 PM

**Events**

Confidential
Admin Rec. 0081

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | | Event Description | Reference To |
|---|---|---|---|---|---|---|---|

Notes

To: Vaccaro, Kathryn [OCDUS]
Subject: FW: Ralph Van Denventer

Kathy,

Have you received anything from Reed with respect to Ralph?  This was the last communication I received.

Thanks,

Anne

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, August 05, 2009 1:36 PM
To: Pericone, Anne [OCDUS]
Subject: RE: Ralph Van Denventer

Anne, I have an IME report is pending

Thank you,

Sherry Terry

Disability Claims Specialist II

Reed Group, LTD

East Greenbush Technology Park

15 Tech Valley Drive Suite 3

East Greenbush, Y 12061

Phone- 866-829-8861 Extension 3202

Fax- (518) 880-6610

Confidential
Admin Rec. 0082

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

Notes

sterry@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

---

From: Pericone, Anne [OCDUS] [mailto:Aperico@its.jnj.com]
Sent: Tuesday, August 04, 2009 4:32 PM
To: Terry, Sherry
Subject: RE: Ralph Van Denventer

Hi Sherry,

Any update on this case?

Thanks,

Anne

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, July 22, 2009 12:12 PM
To: Pericone, Anne [OCDUS]
Subject: RE: Ralph Van Denventer

Anne, Please note below

Sherry

Confidential
Admin Rec. 0083

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| Notes | | | | | | |

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, July 22, 2009 11:59 AM
To: Rosado, José Luis [OCDUS]
Cc: Vaccaro, Kathryn [OCDUS]; Wadsworth, Mary Ellen; Wilkinson, William [JJCUS]
Subject: Ralph Van Denventer

Good morning,  I have received and an indefinite out of work note note for Ralph effective 7/21/09. Ralph will be reviewed for LTD relapse.

Sherry L. Terry,

Disability Specialist

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866-829-8861  ext 3202

Fax 518-880-6610

returntowellness@reedgroup.com.

This e-mail and any attachments may be confidential or legally privileged.  If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein.  Please inform us of the erroneous delivery by return e-mail.  Thank you for your cooperation.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 9/7/2009 | 9/4/2009 | Mail Merge | Terry, Sherry | | Correspondence | LTD Approval Letter |
| LTD approval relapse of LTD | | | | | | |
| 9/4/2009 | 9/4/2009 | Phone Call | Terry, Sherry | | Message Received | LTD Determination |
| Case follow up | | | | | | |
| 9/4/2009 | 9/4/2009 | Phone Call | Terry, Sherry | | Employee Contact | Response to Message Left |
| Case review with ee LTD has been reviewed with ee and this claim has been approved for LTD replapse -- ee will receive a check for LTD and , any occupaton review to begin in Nov, ee should expect a TX compliance letter please call me! | | | | | | |
| 9/4/2009 | 9/4/2009 | Phone Call | Terry, Sherry | | Employee Contact | SSDI Form |
| Want to know about SSDI -- his claim will be under review and Allsup with sent you ppw | | | | | | |
| 9/8/2009 | 9/8/2009 | Task | Clark, Christin | | Correspondence | Compliance |
| Compose TX Compliance letter | | | | | | |

Confidential
Admin Rec. 0084

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |
| Notes | | | | | | |
| | 9/8/2009 | Mail Merge | Clark, Christin | | Choices | Compliance |
| compliance letter | | | | | | |
| 9/8/2009 | 9/8/2009 | Case Notes | Clark, Christin | Strouse, Irving (Dr.) | Provider Contact | Case Follow-Up |

ime to md -- CCL4AA66C78DD99 ——————————————
2:39 PM 9/8/2009 Transmission Record
☐Sent to: Dr. Irving Strouse
☐Phone: 417325711937
☐Billing information: ", "
☐Remote ID: 7325711937
☐Unique ID: "CCL4AA66C78DD99"
☐Elapsed time: 1 minutes, 44 seconds.
☐Used channel 4.
☐No ANI data.
☐No AOC data.
☐Resulting status code (0/339; 0/0): Success
☐Pages sent: 1 - 8

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/8/2009 | 9/8/2009 | Case Notes | Clark, Christin | | Provider Contact | Case Follow-Up |

fce to md -- CCL4AA66D38DDA0 ——————————————
2:42 PM 9/8/2009 Transmission Record
☐Sent to: Dr. Irving Strouse
☐Phone: 417325711937
☐Billing information: ", "
☐Remote ID:
☐Unique ID: "CCL4AA66D38DDA0"
☐Elapsed time: 0 minutes, 49 seconds.
☐Used channel 2.
☐No ANI data.
☐No AOC data.
☐Resulting status code (0/339; 4/3): Line broken (no loop current)
☐No pages sent.

2:49 PM 9/8/2009 Transmission Record
☐Sent to: Dr. Irving Strouse
☐Phone: 417325711937
☐Billing information: ", "
☐Remote ID: 7325711937
☐Unique ID: "CCL4AA66D38DDA0"
☐Elapsed time: 6 minutes, 9 seconds.
☐Used channel 5.
☐No ANI data.
☐No AOC data.
☐Resulting status code (0/339; 0/0): Success
☐Pages sent: 1 - 22

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/8/2009 | 9/9/2009 | Case Notes | Pagoda, John | | Case Review | Allsup Review |

LTD claim relapse --LTD approved 7/21/09 -- any occupation review to begin 11/09 NOTE 1: per ncm retask for 8/25 - ck with ncm re: review. JjpNOTE 2: per ncm discussion on 8/24 ltd has not really been approved yet retask for 1 week check with ncm re: ltd status. Jjp NOTE 3: clmt will be approved for ltd - ncm will task for 9/8 with ltd effective date - this is not vob only as such inform allsup accordingly. Jjp NOTE 4: initial review indicates 50 year old clmt with disc degeneration already out of work 1 year due to condition - referred to allsup. Jjp

Confidential
Admin Rec. 0085

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | Notes | | | | |
| 9/9/2009 | 9/9/2009 | Correspondence | Clark, Christin | | Correspondence | LTD Approval Letter |
| | Send approval letter once QA'd -- | | | | | |
| 9/9/2009 | 9/9/2009 | Case Notes | Clark, Christin | | Case Review | Case Follow-Up |
| | case and letter reviewed with clinical manager. | | | | | |
| 9/14/2009 | 9/14/2009 | Task | Clark, Christin | | Correspondence | Compliance |
| | send tx compliance once qa'd. have letter qa'd again for adjustments to the treatment plan. | | | | | |
| 9/16/2009 | 9/16/2009 | Correspondence | Terry, Sherry | | Correspondence | Case Follow-Up |

From: Terry, Sherry
Sent: Wednesday, September 16, 2009 1:08 PM
To: 'Aperico@its.jnj.com'
Cc: Wadsworth, Mary Ellen; 'KVaccaro@its.jnj.com'
Subject: RE: Ralph Van Deventer

Anne,  This claim was approved for LTD relapse effective 8/19/09 and Our Source was also notified as of that date. I will forward a copy of the approval letter.

Please let me know if you have any further questions.

Thank you,

Sherry Terry
Disability Claims Specialist II

Reed Group, LTD
East Greenbush Technology Park
15 Tech Valley Drive Suite 3
East Greenbush, Y 12061
Phone- 866-829-8861 Extension 3202
Fax- (518) 880-6610

sterry@rgl.net
http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipent, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

From: Vaccaro, Kathryn [OCDUS] [mailto:KVaccaro@its.jnj.com]
Sent: Wednesday, September 16, 2009 11:10 AM

Confidential
Admin Rec. 0086

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

To: Terry, Sherry
Cc: Wadsworth, Mary Ellen
Subject: FW: Ralph Van Deventer

Sherry,

I do not have access to my medical system due to computer problems.

Can you please respond to Anne?

Kathy

From: Pericone, Anne [OCDUS]
Sent: Tuesday, September 15, 2009 4:52 PM
To: Vaccaro, Kathryn [OCDUS]
Subject: FW: Ralph Van Deventer

Kathy,

Did you ever receive a copy of the letter Sherry referred to below?  I did not.  Ralph's status is still active in OurSource.  Will that get updated by Reed?  That's what the OurSource service center told me after Ralph left.

Anne

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, September 02, 2009 2:56 PM
To: Pericone, Anne [OCDUS]; Vaccaro, Kathryn [OCDUS]
Subject: RE: Ralph Van Deventer

Anne, This claim has been approved for LTD relapse effective 7/21/09. Letter will follow this tomorrow.

Thank you,

Confidential
Admin Rec. 0087

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| Notes | | | | | | |

Sherry Terry

Disability Claims Specialist II


Reed Group, LTD

East Greenbush Technology Park

15 Tech Valley Drive Suite 3

East Greenbush, Y 12061

Phone- 866-829-8861 Extension 3202

Fax- (518) 880-6610


sterry@rgl.net

http://www.rgl.net


This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipent, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.


_____

From: Pericone, Anne [OCDUS] [mailto:Aperico@its.jnj.com]
Sent: Monday, August 31, 2009 9:16 AM
To: Terry, Sherry; Vaccaro, Kathryn [OCDUS]
Subject: RE: Ralph Van Deventer

Hi Sherry,


Any update on Ralph?  When Kathy and I called last week you indicated you might have more information as of last Friday.


Thanks,

Confidential
Admin Rec. 0088

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

Anne

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Monday, August 24, 2009 12:03 PM
To: Vaccaro, Kathryn [OCDUS]
Cc: Pericone, Anne [OCDUS]
Subject: RE: Ralph Van Denventer

Hi Anne, His LTD claim is still pending, his first day out of his relapse was 7/21/09.

Thank you,

Sherry Terry

Disability Claims Specialist II

Reed Group, LTD

East Greenbush Technology Park

15 Tech Valley Drive Suite 3

East Greenbush, Y 12061

Phone- 866-829-8861 Extension 3202

Fax- (518) 880-6610

sterry@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

Confidential
Admin Rec. 0089

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

Notes

---

From: Vaccaro, Kathryn [OCDUS] [mailto:KVaccaro@its.jnj.com]
Sent: Monday, August 24, 2009 9:53 AM
To: Terry, Sherry
Subject: FW: Ralph Van Denventer

Hi

Will you please respond to Anne?


From: Pericone, Anne [OCDUS]
Sent: Monday, August 24, 2009 9:51 AM
To: Vaccaro, Kathryn [OCDUS]
Subject: RE: Ralph Van Denventer


Kathy,


Have you heard anything from Reed?


Anne


From: Vaccaro, Kathryn [OCDUS]
Sent: Monday, August 17, 2009 4:12 PM
To: Pericone, Anne [OCDUS]
Subject: FW: Ralph Van Denventer


Anne,

I emailed Reed. What was the first day out?

Kathy

Confidential
Admin Rec. 0090

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

**Notes**

From: Pericone, Anne [OCDUS]
Sent: Monday, August 17, 2009 3:44 PM
To: Vaccaro, Kathryn [OCDUS]
Subject: FW: Ralph Van Denventer


Kathy,


Have you received anything from Reed with respect to Ralph?  This was the last communication I received.


Thanks,

Anne


From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, August 05, 2009 1:36 PM
To: Pericone, Anne [OCDUS]
Subject: RE: Ralph Van Denventer


Anne, I have an IME report is pending


Thank you,


Sherry Terry

Disability Claims Specialist II


Reed Group, LTD

East Greenbush Technology Park

15 Tech Valley Drive Suite 3

East Greenbush, Y 12061

Phone- 866-829-8861 Extension 3202

Confidential
Admin Rec. 0091

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |

Fax- (518) 880-6610

sterry@rgl.net

http://www.rgl.net

This e-mail and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the e-mail and any attachements or copies, and you are prohibited from retaining and distributing, disclosing or using any information contained herin. Please inform us of the erroneous delivery by return e-mail. Thank you for your cooperation.

From: Pericone, Anne [OCDUS] [mailto:Aperico@its.jnj.com]
Sent: Tuesday, August 04, 2009 4:32 PM
To: Terry, Sherry
Subject: RE: Ralph Van Denventer

Hi Sherry,

Any update on this case?

Thanks,

Anne

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, July 22, 2009 12:12 PM
To: Pericone, Anne [OCDUS]
Subject: RE: Ralph Van Denventer

Anne, Please note below

Sherry

Confidential
Admin Rec. 0092

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

From: Terry, Sherry [mailto:sterry@rgl.net]
Sent: Wednesday, July 22, 2009 11:59 AM
To: Rosado, José Luis [OCDUS]
Cc: Vaccaro, Kathryn [OCDUS]; Wadsworth, Mary Ellen; Wilkinson, William [JJCUS]
Subject: Ralph Van Denventer

Good morning,  I have received and an indefinite out of work note note for Ralph effective 7/21/09. Ralph will be reviewed for LTD relapse.

Sherry L. Terry,

Disability Specialist

Reed Group

15 Tech Valley Drive

East Greenbush, NY 12061

866-829-8861  ext 3202

Fax 518-880-6610

returntowellness@reedgroup.com.

This e-mail and any attachments may be confidential or legally privileged.  If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein.  Please inform us of the erroneous delivery by return e-mail.  Thank you for your cooperation.

| 9/18/2009 | 9/18/2009 | Phone Call | Clark, Christin | | Employee Contact | Case Follow-Up |

call from ee to review tc compliance letter and approval letter. Both letters were reviewed to ee's satisfaction and was given explicit instructions that he must f/u with md with regards to nsaid use and home pt program. Ee states that his ortho may defer to pm. Ee was advsied that if the ortho does that to have him send in documentation to advise of such and then have pm refer to tx compliance letter and send in documentation. Ee was also advsised as per approval letter that at next fce or any ime's he must put forth his best effort as any self limiting will not provide accurate assesments of his abilities and therefore make exams invalid for review. Ee verbalized understanding that his compliance and full effort is required on every exam. ee was provided contact number if he had any additional questions.

| 9/18/2009 | 9/18/2009 | Phone Call | Clark, Christin | | Employee Contact | Case Follow-Up |

call from ee to advise saw pm who rx celebrex. Ee was advised to send copy of script and md's ov note documenting discussion and tx plan for such. Ee had additional questions about future compliance with exams ee was again advised that he must always put forth good effort and participate fully with all exams or risk denial of benefits. Ee again acknowledged understanding. Ee had questions about pay and was advised he will be paid on or about the 25th of each month. Ee had questions about additional benefits and was referred to J&J benefit center.

Confidential
Admin Rec. 0093

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| | | | | | | |
| Notes | | | | | | |
| 9/24/2009 | 9/24/2009 | Correspondence | Pelton, Patrick | | Forms | Certified Mail |
| Certified reciept | | | | | | |
| 9/24/2009 | 9/24/2009 | Correspondence | Pelton, Patrick | | Forms | Certified Mail |
| Certified reciept | | | | | | |
| 9/28/2009 | 9/28/2009 | Case Notes | Clark, Christin | | Case Review | Case Follow-Up |
| per internal discussion review for compliance 10/14/09 | | | | | | |
| 10/5/2009 | 10/5/2009 | Task | Clark, Christin | | Case Review | Fax Review |
| Please review attached medical info | | | | | | |
| 10/5/2009 | 10/5/2009 | Correspondence | Clark, Christin | | Correspondence | Fax Review |
| rx for celebrex, pt notes and home exersize program | | | | | | |
| 10/6/2009 | 10/6/2009 | Phone Call | Clark, Christin | | Employee Contact | Case Follow-Up |
| call from ee to confirm all information was received. Advised ofc visit notes are required from the dates of service he consulted md's regarding tx compliance letter. | | | | | | |
| 10/7/2009 | 10/6/2009 | Task | Clark, Christin | | Case Review | Mail Review |
| Please review attached medical | | | | | | |
| 10/6/2009 | 10/6/2009 | Correspondence | Clark, Christin | | Correspondence | Fax Review |
| ov notes from ortho and neurology | | | | | | |
| 10/14/2009 | 10/14/2009 | Task | Clark, Christin | | Case Review | Compliance |
| look for medical to support compliance (30 - mailing) | | | | | | |
| 10/14/2009 | 10/14/2009 | Phone Call | Clark, Christin | | Message Left | Case Follow-Up |
| for employee regarding celebrex and home pt program. | | | | | | |
| 10/22/2009 | 10/22/2009 | Task | Clark, Christin | | Case Review | Compliance |
| Review for COMPLIANCE with MEW □□□ Claimant Name:___Ralph Van Deventer _____□□□ <br><br> LTD Compliance Letter Points□□Received Documentation that Supports□ □□Date□Provider 1) begin home exercise program□□10/1/2009□9/21/09 script for pt eval and provide RG a copy□□□9/30/09 pt eval and home □□□exercise program submitted □□□9/18/09 script for celebrex □□□ □□□ 2) consult w/md about taking□□10/6/2009□9/18/09 and 9/21/09 office visit nsaid and commense use□□□notes submitted for review | | | | | | |
| 10/22/2009 | 10/22/2009 | Case Notes | Clark, Christin | | Case Review | Case Follow-Up |
| unable to review compliance with clinical manager. | | | | | | |
| 10/23/2009 | 10/23/2009 | Task | Clark, Christin | | Case Review | Compliance |
| Review for COMPLIANCE with MEW □□□ Claimant Name:___Ralph Van Deventer _____□□□ | | | | | | |

Confidential
Admin. Rec. 0094

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notes**

LTD Compliance Letter Points☐☐Received Documentation that Supports☐
☐☐Date☐Provider
1) begin home exercise program☐☐10/1/2009☐9/21/09 script for pt eval
and provide RG a copy☐☐☐9/30/09 pt eval and home
☐☐☐exercise program submitted
☐☐☐9/18/09 script for celebrex
☐☐☐
☐☐☐
2) consult w/md about taking☐☐10/6/2009☐9/18/09 and 9/21/09 office visit
nsaid and commense use☐☐☐notes submitted for review

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 10/23/2009 | 10/23/2009 | Case Review | Wadsworth, Mary Ellen | | Case Review | Compliance |

10/23/09 mew:  Case reviewed with ds for compliance.  EE has demonstated compliance with the approved treatment plan.

| 11/9/2009 | 11/9/2009 | Task | Clark, Christin | | Case Review | LTD Transition Investigation Letter |

medical update for compliance 1month and any occ roll

| | 11/9/2009 | Mail Merge | Clark, Christin | | Correspondence | LTD Transition Investigation Letter |

certified and regular any occ transition and 1 month compliance

| 11/12/2009 | 11/11/2009 | Mail Merge | zzPhillips, Katherine | | Employee Notification | SSDI Form |

Sent 30 Day Notice - In QA

| 11/5/2009 | 11/12/2009 | Task | zzPhillips, Katherine | | Employee Notification | Case Information |

please issue 30 day notice to clmt requesting he advise reed group if he filed for ssdi. Jjp ***SENT TO QA***KP

| 11/12/2009 | 11/12/2009 | Case Notes | Clark, Christin | | Meeting Candidate | LTD Monthly Status Report |

CC 11/12/09
Last summary: 6/15/09
Update since last summary: Denied 4/5/09 for itw. Claimant relapsed. FCE performed 7/24/09, EE demonstrated an inconsistent effort through out all 6 components of this evaluation. Ltd
approved 7/21/09. Claimant was sent approval letter and was also advised at that time that any future non compliance with any and all provisions of the Plan will result in your claim being denied
immediately. 9/08/09 sent treatment compliance letter Consult with your orthopedist to:
o☐Begin, and perform as prescribed, an appropriate home exercise program as defined by your physician or physical therapist, and provide to Reed Group a copy of that exercise program
o☐Consult with your provider about taking a non-steroidal anti-inflammatory type medication regimen and either commence usage of this drug as prescribed by your physician or submit medical
documentation from your physician in writing as to why he does not support such usage
☐☐Remain treatment compliant with all prescribed therapies and medications
☐☐Provide written documentation regarding the above measures to Reed Group within 30 days
Claimant submitted office visit notes as well as script for pt eval, home exercise program and script for celebrex.
Any occ medical request sent 11/9/2009
Plan: awaiting review of any occ medicals sue 12/14/2009

| 11/17/2009 | 11/17/2009 | Correspondence | Pelton, Patrick | | Forms | Certified Mail |

Certified reciept

| 11/23/2009 | 11/23/2009 | Phone Call | Clark, Christin | | Employee Contact | Case Follow-Up |

all calls are recorded for quality assurance- employee calling to see what ppw was needed. Advised per the letter 1 month worth of medical from any treating provider who has seen him in the last
30 days. He was advised all providers need to submit office visit notes. Pt will be required to send in those only. All physicians will be required to complete Attending Physician Statement,
psychiatrist Attending Physician Statement and Mental Health Evaluation and therapist Mental Health Evaluation. Employee asked for copies of Mental Health Evaluation be faxed number obtained

| 11/25/2009 | 11/25/2009 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk-benefit specialist; 11/25/2009 LTD approved through 6/1/2010.

Confidential
Admin Rec. 0095

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | Notes | | | | |

A new authorization was inserted and a task has been created for Benefit Review
□USER ID = cclark
□New AuthStart Date = 12/01/2009
□New AuthEnd Date = 06/01/2010
□Comment =

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/11/2009 | 12/7/2009 | Case Notes | Pagoda, John | | Forms | SSDI Form |

verify allsup rcvd 9/9 referral and issued rep pkg. jjp NOTE 1: allsup isssued rep pkg 9/10 - signed auths due 9/21. jjp NOTE 2: allsup rcvd signed auths - i/c appt due. Jjp NOTE 3: i/c forms to clmt 9/30 - due. Jjp NOTE 4: if i/c forms not rcvd task admin to issue 30 day notice to clmt. Jjp NOTE 5: tasked admin to issue notice - verify notice issued. Jjp NOTE 6: emailed admin 11/9 and 11/10 for status - reply due. Noitce issued to clmt 11/11- response due. Jjp NOTE 7: allsup notes indicate they rcvd form 11/9- verify case to dds. Jjp

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/7/2009 | 12/7/2009 | Phone Call | Pagoda, John | | Spoke to | Case Information |

clmt was considered ltd might stop if he doesn't prove he filed for ssd - allsup notes indicate that he has in filed for ssdi. Jjp

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/9/2009 | 12/9/2009 | Task | Clark, Christin | | Case Review | Fax Review |

Please review attached auth, APS, physician contact sheet, and other medical info

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/9/2009 | 12/9/2009 | Correspondence | Clark, Christin | | Correspondence | Fax Review |

received and reviewed physician contact sheet, medical authorization, Attending Physician Statement and office visit notes from Dr. Strouse, pt notes and instructions and office visit notes from neurology.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/11/2009 | 12/11/2009 | Task | Clark, Christin | | Case Review | Mail Review |

Please review attached medical info

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/11/2009 | 12/11/2009 | Correspondence | Clark, Christin | | Correspondence | Mail Review |

received and reviewed repeat ppw from Dr. Strouse, and physical therapy

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/14/2009 | 12/14/2009 | Task | Clark, Christin | | Case Review | Case Follow-Up |

any occ medical due 30+5 also check for compliance

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/15/2009 | 12/14/2009 | Task | Clark, Christin | | Case Review | Fax Review |

Please review attached letter

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/14/2009 | 12/14/2009 | Correspondence | Clark, Christin | | Correspondence | Fax Review |

allsup letter received and reviewed

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/15/2009 | 12/15/2009 | Task | Clark, Christin | | Case Review | Compliance |

compliance worksheet review with CLINICAL MANAGER

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/15/2009 | 12/15/2009 | Case Notes | Clark, Christin | | Case Review | Compliance |

compliance reviewed with clinical manager

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/16/2009 | 12/16/2009 | Case Notes | Clark, Christin | | Meeting Candidate | LTD Monthly Status Report |

CC 12/16/09
Last update: 11/12/09
Per approved treatment plan
□ Consult with your orthopedist to:
o Begin, and perform as prescribed, an appropriate home exercise program as defined by your physician or physical therapist, and provide to Reed Group a copy of that exercise program
o Consult with your provider about taking a non-steroidal anti-inflammatory type medication regimen and either commence usage of this drug as prescribed by your physician or submit medical documentation from your physician in writing as to why he does not support such usage
□ Remain treatment compliant with all prescribed therapies and medications
□ Provide written documentation regarding the above measures to Reed Group within 30 days
3 months follow up - received and reviewed physician contact sheet, medical authorization, Attending Physician Statement and office visit notes from Dr. Strouse, pt notes and instructions and office visit notes from neurology. (claimant had previously been seen by pt and started on nsaid- documentation was provided)

Confidential
Admin Rec. 0096

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | | Event Description | Reference To |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Notes**

Claimant is demonstrating compliance

Plan: any occ roll is 3/9/10, schedule fce and ortho ime for any occ determination

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | | Event Description | Reference To |
|---|---|---|---|---|---|---|---|
| 12/17/2009 | 12/16/2009 | Task | Wallace, Maria | Network, Exam Coordinators | | Case Review | IME Attempt to Schedule |

please schedule ANY OCCUPATION fce and ortho ime 60 % choices, thank you

| 12/23/2009 | 12/17/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | | Vendor Contact | IME-Independent Medical Examination |

call for the FCE and Ortho IME

| 12/22/2009 | 12/17/2009 | Task | zzMcRae, Megan | | | Employee Notification | FCE Notification |

Send EE FCE Notification Letter for 1/7/2010 at 11am with Charles Filippone (RED BANK)

| 12/22/2009 | 12/17/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | | Correspondence | FCE Notification |

Send Provider FCE Notification Letter for 1/7/2010 at 11am with Charles Filippone, any occ

| 1/12/2010 | 12/17/2009 | Task | zzMcRae, Megan | | | Employee Notification | IME Notification |

Send EE IME Notification Letter for 1/27/2010 at 9:30am with Dr. Barr (TOMS RIVER)

| 1/12/2010 | 12/17/2009 | Task | zzMcRae, Megan | Network, Exam Coordinators | | Correspondence | IME Notification |

Send Provider IME Notification Letter for 1/27/2010 at 9:30am with Dr. Barr, any occ

| 12/17/2009 | 12/17/2009 | Mail Merge | zzMcRae, Megan | | | Employee Notification | FCE Notification |

Sent EE FCE Notification Letter

| 12/17/2009 | 12/17/2009 | Mail Merge | zzMcRae, Megan | Network, Exam Coordinators | | Correspondence | FCE Notification |

Sent Provider FCE Notification Letter

| 12/17/2009 | 12/17/2009 | Mail Merge | zzMcRae, Megan | | | Employee Notification | IME Notification |

Sent EE IME Notification Letter

| 12/17/2009 | 12/17/2009 | Mail Merge | zzMcRae, Megan | Network, Exam Coordinators | | Correspondence | IME Notification |

Sent Provider IME Notification Letter

| 12/17/2009 | 12/17/2009 | Correspondence | zzMcRae, Megan | UPS, | | Correspondence | FCE-Functional Capacity Evaluation |

UPS Shipment Confirmation - FCE

This message was sent to you at the request of Reed Group to notify you that the electronic shipment information below has been transmitted to UPS. The physical package(s) may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below or contact Reed Group directly.

Important Delivery Information

_____

Signature Required
Scheduled Delivery: 18-December-2009

Shipment Detail

Confidential
Admin Rec. 0097

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|

**Notes**

Ship To:
Mr. Ralph R. Van Deventer Jr.
905 Forge Lane
TOMS RIVER
NJ
087534413
US
Number of Packages 1
UPS Service: GROUND
Weight: 1.0 LBS

Tracking Number: 1Z493RR54296693048
Reference Number 1: Dept 40 - New York Office
Reference Number 2: J&J - FCE

Click here to track if UPS has received your shipment.or visit
http://www.ups.com/WebTracking/track?loc=en_US on the Internet.

_____2rr2rr2W8wT7qQavrWWr4gSoDWYcgu_____

Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

© 2009 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Policy
Contact UPS

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 12/17/2009 | 12/17/2009 | Correspondence | zzMcRae, Megan | UPS, | Correspondence | IME-Independent Medical Examination |

UPS Shipment Confirmation - IME

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

Notes

This message was sent to you at the request of Reed Group to notify you that the electronic shipment information below has been transmitted to UPS. The physical package(s) may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below or contact Reed Group directly.

Important Delivery Information

---

Signature Required
Scheduled Delivery: 18-December-2009

Shipment Detail

---

Ship To:
Mr. Ralph R. Van Deventer Jr.
905 Forge Lane
TOMS RIVER
NJ
087534413
US
Number of Packages 1
UPS Service: GROUND
Weight: 1.0 LBS

Tracking Number: 1Z493RR54298303250
Reference Number 1: Dept 40 - New York Office
Reference Number 2: J&J - IME

Click here to track if UPS has received your shipment or visit
http://www.ups.com/WebTracking/track?loc=en_US on the Internet.

---

_____2rr2rr2_8J_lrLhO54452uDQ046Rum_____

Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

Confidential
Admin Rec. 0098

Confidential
Admin Rec. 0099

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

---

© 2009 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential.  If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Policy
Contact UPS

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/21/2009 | 12/21/2009 | Correspondence | zzMcRae, Megan | UPS, | Correspondence | FCE-Functional Capacity Evaluation |

UPS Delivery Confirmation - FCE

***Do not reply to this e-mail. UPS and Reed Group will not receive your reply.

At the request of Reed Group, this notice alerts you that the shipment listed below has been delivered.

Important Delivery Information

------------------------------------------------------

Delivery Date / Time: 18-December-2009 / 3:31 PM
Delivery Location: RESIDENTIAL
Signed by: RALPH

Shipment Detail

------------------------------------------------------

Ship To:
Mr. Ralph R. Van Deventer Jr.
905 FORGE LN
TOMS RIVER
NJ
08753
US
UPS Service: GROUND
Weight: 1.0 LBS

Tracking Number: 1Z493RR54296693048
Reference Number 1: Dept 40 - New York Office
Reference Number 2: J&J - FCE

Confidential
Admin Rec. 00100

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| Notes | | | | | | |

_____2rr2rr2688OCkI9IFBBFHWnPZBQyW4_____

Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

© 2009 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Policy
Contact UPS

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 12/21/2009 | 12/21/2009 | Correspondence | zzMcRae, Megan | UPS, | Correspondence | IME-Independent Medical Examination |

UPS Delivery Confirmation - IME

***Do not reply to this e-mail. UPS and Reed Group will not receive your reply.

At the request of Reed Group, this notice alerts you that the shipment listed below has been delivered.

Important Delivery Information

Delivery Date / Time: 18-December-2009 / 3:31 PM
Delivery Location: RESIDENTIAL
Signed by: RALPH

Shipment Detail

Ship To:
Mr. Ralph R. Van Deventer Jr.

Confidential
Admin Rec. 00101

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

**Notes**

905 FORGE LN
TOMS RIVER
NJ
08753
US
UPS Service: GROUND
Weight: 1.0 LBS


Tracking Number: 1Z493RR54298303250
Reference Number 1: Dept 40 - New York Office
Reference Number 2: J&J - IME


_____2rr2rr258OnWoZ5GQjjQ90KJqj720a_____

Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online


© 2009 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Corporate UPS.

This communication contains proprietary information and may be confidential.  If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Policy
Contact UPS

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 12/21/2009 | 12/21/2009 | Case Notes | zzMcRae, Megan | | Case Review | IME-Independent Medical Examination |

Printed case & provider letters for FCE/IME

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 1/5/2010 | 1/5/2010 | Task | Wallace, Maria | | Employee Contact | FCE-Functional Capacity Evaluation |

Call EE to remind of FCE on 1/7/2010 at 11am with Charles Filippone

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| 1/5/2010 | 1/5/2010 | Phone Call | Wallace, Maria | | Spoke to | FCE-Functional Capacity Evaluation |

Called  EE to remind of FCE on 1/7/2010 at 11am with Charles Filippone, spoke with wife MaryAnn

## Events

Confidential
Admin Rec. 00102

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |
| 1/8/2010 | 1/7/2010 | Task | Wallace, Maria | Network, Exam Coordinators | Vendor Contact | FCE-Functional Capacity Evaluation |

Call for next-day verbal

| 1/7/2010 | 1/7/2010 | Correspondence | Wallace, Maria | Network, Exam Coordinators | Case Review | FCE Attendence Confirmation |

Hi Maria,

Ralph Van Deventer, Jr showed for his FCE today.

Thank you,


Cathy Smith

Director of Operations

Exam Coordinators Network

123 NW 13th Street, Suite 207

Boca Raton, FL 33432

Tel: 877.463.9463

Fax: 561.392.5881

Email: csmith@ecnime.com


This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended receipient, or the employee or agent responsible for delivering the message to the intended receipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited.  If you have received this communication in error, please delete it and contact the sender immediately.

| 1/21/2010 | 1/13/2010 | Task | Wallace, Maria | Network, Exam Coordinators | Vendor Contact | FCE-Functional Capacity Evaluation |

Call for final FCE report from 1/7/2010 at 11am with Charles Filippone

| 1/13/2010 | 1/13/2010 | Correspondence | Wallace, Maria | Network, Exam Coordinators | Case Review | FCE-Functional Capacity Evaluation |

Data entry invoice

| 1/14/2010 | 1/14/2010 | Task | Clark, Christin | Network, Exam Coordinators | Case Review | FCE Final Report Received |

please review final FCE report

| 1/14/2010 | 1/14/2010 | Case Notes | Clark, Christin | | Meeting Candidate | LTD Monthly Status Report |

FCE Summary Template

CC 1/14/10
FCE Summary
Performed on 1/11/10

Confidential
Admin Rec. 00103

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | Notes | | |

Validity: Overall performance during this evaluation is an accurate portrayal of physical abilities

Workability: Based on the examinee's performance he meets the essential postural and physical demands of his occupation for any sedentary occupation for an 8 hour workday

Function: Mr. Van Deventer demonstrated greater strength during this evaluation in the majority of the tasks than he did during the July, 2009 evaluation.

Plan: 1/27/2010 ortho ime results due 2/10/2010

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| /25/2010 | 1/25/2010 | Task | Wallace, Maria | | Employee Contact | IME-Independent Medical Examination |

Call EE to remind of IME on 1/27/2010 at 9:30am with Dr. Barr

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| /25/2010 | 1/25/2010 | Phone Call | Wallace, Maria | | Spoke to | IME-Independent Medical Examination |

Called EE to remind of IME on 1/27/2010 at 9:30am with Dr. Barr, spoke to him on his wife cell phone. Thanked me for the call.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| /28/2010 | | Task | Wallace, Maria | Network, Exam Coordinators | Vendor Contact | IME-Independent Medical Examination |

Call for next-day verbal

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| /28/2010 | 1/28/2010 | Correspondence | Wallace, Maria | Network, Exam Coordinators | Case Review | IME Attendence Confirmation |

Hi Maria,

Ralph Van Deventer, Jr showed for his IME yesterday with Dr. Barr.

Thank you,

Cathy Smith

Director of Operations

Exam Coordinators Network

123 NW 13th Street, Suite 207

Boca Raton, FL 33432

Tel: 877.463.9463

Fax: 561.392.5881

Email: csmith@ecnime.com

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended receipient, or the employee or agent responsible for delivering the message to the intended receipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

Confidential
Admin Rec. 00104

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| | | | | | | |

**Notes**

| 2/10/2010 | 2/5/2010 | Task | Wallace, Maria | Network, Exam Coordinators | Vendor Contact | IME-Independent Medical Examination |

Call for final IME report from 1/27/2010 at 9:30am with Dr. Barr

| 2/8/2010 | 2/5/2010 | Task | Clark, Christin | | Case Review | IME Final Report Received |

please review final IME report

| 2/9/2010 | 2/9/2010 | Task | Clark, Christin | | Case Review | Case Follow-Up |

summarize ime and recommendations

| 2/9/2010 | 2/9/2010 | Case Notes | Clark, Christin | | Meeting Candidate | LTD Monthly Status Report |

CAC, Disability Specialist II 2/9/2010
IME Summary Template

CC 2/9/10
Orthopedics IME Summary
Performed on 1/27/10

Diagnosis:  1) ddd- cervical spine 2) cervical facet syndrome 3) ddd- lumbar spine 4) lumbar facet syndrome 5) Achilles tendonitis, left 6) depression & anxiety

Findings: Full rom of hips and knees. No atrophy noted of hands or shoulders. Reflexes were +2/4, equal and reactive bilaterally. Sensation was grossly intact to light touch. Muscles were soft.

Workability: The examinee is capable of sedentary duty work only. He can work an eight-hour day, but he must be able to change his position frequently. If his job will allow this, then he is capable of working.

Evaluator Notes: Evaluator did not agree with the FCE findings stating "it is obvious that this was an invalid study. Any recommendations from the study would be inaccurate to say the least"

Plan:  awaiting clinical review

| 2/12/2010 | 2/12/2010 | Task | Clark, Christin | | Case Review | Case Follow-Up |

MEW- review

| 2/12/2010 | 2/12/2010 | Case Notes | Clark, Christin | | Case Review | Case Follow-Up |

CAC, Disability Specialist II 2/12/2010 will proceed with any occ denial

| 2/18/2010 | 2/18/2010 | Task | Clark, Christin | | Case Review | LTD Denial Letter |

draft any occ denial

| | 2/18/2010 | Mail Merge | Clark, Christin | | Correspondence | LTD Denial Letter |

any occ denial

| 2/23/2010 | 2/18/2010 | Task | Clark, Christin | | Case Review | Case Follow-Up |

send any occ denial once qa'd send certified and regular and cc corporate benefits, set tasks

| 2/19/2010 | 2/18/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk, benefit specialist; 2/18/2010 LTD denied 3/9 forward, ended ltd as of 3/8/2010.
Auth Voided -- task has been created for Benefit Review
□USER ID = cclark
□Voided Date = 02/18/2010
□Voided AuthStart Date = 12/01/2009
□Voided AuthEnd Date = 06/01/2010

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

| 2/19/2010 | 2/18/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk, benefit specialist; 2/18/2010 LTD denied 3/9 forward, ended ltd as of 3/8/2010.
A new authorization was inserted and a task has been created for Benefit Review
▢USER ID = cclark
▢New AuthStart Date = 12/01/2009
▢New AuthEnd Date = 03/09/2010
▢Comment =

| 2/19/2010 | 2/18/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk, benefit specialist; 2/18/2010 LTD denied 3/9 forward, ended ltd as of 3/8/2010.
A new authorization was inserted and a task has been created for Benefit Review
▢USER ID = cclark
▢New AuthStart Date = 03/10/2010
▢New AuthEnd Date = 03/10/2010
▢Comment =

| 2/19/2010 | 2/18/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk, benefit specialist; 2/18/2010 LTD denied 3/9 forward, ended ltd as of 3/8/2010.
Auth Changed -- task has been created for Benefit Review
▢USER ID = cclark

▢OLD AuthStart Date = 12/01/2009
▢OLD AuthEnd Date = 03/09/2010
▢OLD Auth Status = Approved

▢NEW AuthStart Date = 12/01/2009
▢NEW AuthEnd Date = 03/08/2010
▢NEW Auth Status = Approved

| 2/19/2010 | 2/18/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk, benefit specialist; 2/18/2010 LTD denied 3/9 forward, ended ltd as of 3/8/2010.
Auth Changed -- task has been created for Benefit Review
▢USER ID = cclark

▢OLD AuthStart Date = 03/10/2010
▢OLD AuthEnd Date = 03/10/2010
▢OLD Auth Status = Denied

▢NEW AuthStart Date = 03/09/2010
▢NEW AuthEnd Date = 03/09/2010
▢NEW Auth Status = Denied

| 2/18/2010 | 2/18/2010 | Case Notes | Clark, Christin | | Meeting Candidate | LTD Monthly Status Report |

CAC, Disability Specialist II 2/18/2010 ltd denial any occ issued for 3/9/10

| 2/19/2010 | 2/19/2010 | Case Notes | Pagoda, John | | Case Review | Allsup Review |

case denied any occ 3/9/10 - jjp advised allsup to represent through the current level. Jjp

| 2/23/2010 | 2/23/2010 | Phone Call | Clark, Christin | | Employee Contact | Case Follow-Up |

CAC, Disability Specialist II 2/23/2010- all calls are recorded for quality assurance. Wants a copy of last testing. Advised he will need to complete a reverse release and send it in. states he will be filing an appeal. He has questions about the benefits and advised anything tied to his ltd will cease effective denial date. Questions about allsup and social security disability income are to be addressed by JP. Claimant asked if he needed to get his attny involved and was advised I cannot tell him either way and that was a decision he needed to make for himself. He asks if the reverse

Confidential
Admin Rec. 00105

Confidential
Admin. Rec. 00106

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| Notes | | | | | | |
| | | | release can be faxed to him, fax number obtained. Call trns to JP | | | |
| | 2/23/2010 | Mail Merge | Clark, Christin | | Correspondence | Forms to Send |
| reverse release faxed to 7322704287 | | | | | | |
| 2/23/2010 | 2/23/2010 | Phone Call | Clark, Christin | | Employee Contact | Case Follow-Up |
| CAC, Disability Specialist II 2/23/2010, all calls are recorded for quality assurance- claimant calling to acknowledge receipt of the fax and asked for the name of a contact person in appeal and was advised Natalie Madrid. Also has questions about cobra and advised to contact the J&J benefit center at 800-565-0122. | | | | | | |
| 2/23/2010 | 2/23/2010 | Task | Clark, Christin | | Case Review | Fax Review |
| Please review attached reverse auth | | | | | | |
| 2/24/2010 | 2/24/2010 | Task | Clark, Christin | | Case Review | Case Follow-Up |
| send fce and ime to claimant- reverse release received | | | | | | |
| 2/24/2010 | 2/24/2010 | Correspondence | Clark, Christin | | Correspondence | Case Follow-Up |
| CAC, Disability Specialist II 2/24/2010 fce and ime sent per claimant request | | | | | | |
| 2/24/2010 | 2/24/2010 | Phone Call | Clark, Christin | | Message Received | Case Follow-Up |
| CAC, Disability Specialist II 2/24/2010 vm from claimant req cb to see if any new injuries would affect his ltd status | | | | | | |
| 2/24/2010 | 2/24/2010 | Phone Call | Madrid, Natalie | | Message Received | Case Information |
| NMadrid -AS- 02/24/10 rcvd vm from ee regarding appeal process | | | | | | |
| 2/24/2010 | 2/24/2010 | Phone Call | Madrid, Natalie | | Employee Contact | Case Information |
| NMadrid -AS- 02/24/10 returned ee call 732-881-0506 spoke with ee. He asked what the appeals process was, I explained to him that he has 180 days to appeal once he gets the denial letter. Ee stated that he has requested the IME and FCE for review. He asked if the appeal can be expedited and I explained to him the we have 45 days to review his appeal. Ee understood and will get his appeal together and will send it in. | | | | | | |
| 2/24/2010 | 2/24/2010 | Phone Call | Clark, Christin | | Employee Contact | Response to Message Left |
| CAC, Disability Specialist II 2/24/2010 returning claimants call. Advised claimant that he can provide appeals department with any new information for review but that his denial has been issued and cannot be recinded, he will have to follow the appeal process. Claimant verbalized understanding and had no additional questions. | | | | | | |
| 3/2/2010 | 3/2/2010 | Correspondence | Pelton, Patrick | | Forms | Certified Mail |
| Certified reciept | | | | | | |
| 3/9/2010 | 3/9/2010 | Case Notes | Madrid, Natalie | | Correspondence | Fax Review |
| PP, FMLA Specialist 1 3/8/2010: Please review attached attorney letter | | | | | | |
| NMadrid -AS- 03/09/10 rcvd letter from ee attny requesting copy or RG file and Plan Docs. Sent request for Plan Docs to J&J and will task admin to send RG file. | | | | | | |
| 3/11/2010 | 3/11/2010 | Task | zzPhillips, Katherine | | Case Review | Case Closure |
| KP, SR. FMLA Specialist | | | | | | |
| please close case effective 3/9/10 denied no rtw | | | | | | |
| 3/10/2010 | 3/11/2010 | Correspondence | Nanovich, Diane | | Case Review | Case Information |
| NMadrid -AS- 03/09/10 please print file and send copy ot ee attny. | | | | | | |
| Dnanovich 3/11/2010 printed file and sent one copy to ee attorney. | | | | | | |
| 3/15/2010 | 3/12/2010 | Task | Clark, Christin | | Case Review | Mail Review |
| PP, FMLA Specialist 1 3/12/2010: Please review attached attorney letter | | | | | | |

## Events

Confidential
Admin Rec. 00107

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| Notes | | | | | | |

3/12/2010   3/12/2010   Correspondence   Clark, Christin          Correspondence          Mail Review
    CAC, Disability Specialist II 3/12/2010, repeat attorney letter received and reviewed

3/31/2010   4/1/2010   Case Review   Falk, Alexandria          Benefit Review          Calculation
    afalk, benefit specialist; 4/1/2010 LTD is already denied.
    Auth Changed -- task has been created for Benefit Review
    □USER ID = sterry

    □OLD AuthStart Date = 04/06/2009
    □OLD AuthEnd Date = 04/06/2009
    □OLD Auth Status = Denied

    □NEW AuthStart Date = 03/09/2009
    □NEW AuthEnd Date = 04/06/2009
    □NEW Auth Status = Denied

4/24/2010   4/24/2010   Case Notes   Madrid, Natalie          Correspondence          Case Information
    NMadrid -AS- 04/24/10 rcvd  via email from J&J request for Plan docs

4/24/2010   4/24/2010   Case Notes   Madrid, Natalie          Correspondence          Case Information
    NMadrid -AS- 04/24/10 rcvd copy of letter from J&J responding to Plan doc requestion

5/6/2010   5/6/2010   Phone Call   Clark, Christin          Employee Contact          Case Follow-Up
    Christin Clark, Disability Specialist II 5/6/2010- all calls are recorded for quality assurance- caller seeing info on social security. I advised I was not able to answer his specific questions and call was transferred to JP.

5/7/2010   5/7/2010   Phone Call   Falk, Alexandria          Employee Contact          Case Information
    afalk, benefit specialist; 5/7/2010 employee calling to review his SSDI. Employee advise that he has received the retro and he willnot spend this. Employee advise that he is waiting for his award letter and he will send this to Reed Group. Employee just wanted to clarify how it is off set. Reviewed and advise employee of his benefit also advise employee that he we will use the primary amt he is awarded employee stated understanding.

5/19/2010   5/20/2010   Case Review   Falk, Alexandria          Benefit Review          Calculation
    afalk, benefit specialist; 5/20/2010 noted LTD denied 3/9/2010.
    Auth Voided --  task has been created for Benefit Review
    □USER ID = sterry
    □Voided Date = 05/19/2010
    □Voided AuthStart Date = 03/09/2009
    □Voided AuthEnd Date = 04/06/2009

5/19/2010   5/20/2010   Case Review   Falk, Alexandria          Benefit Review          Calculation
    afalk, benefit specialist; 5/20/2010 noted LTD denied 3/9/2010.
    Auth Voided --  task has been created for Benefit Review
    □USER ID = cclark
    □Voided Date = 05/19/2010
    □Voided AuthStart Date = 03/09/2010
    □Voided AuthEnd Date = 03/09/2010

5/19/2010   5/20/2010   Case Review   Falk, Alexandria          Benefit Review          Calculation
    afalk, benefit specialist; 5/20/2010 noted LTD denied 3/9/2010.
    A new authorization was inserted and a task has been created for Benefit Review
    □USER ID = mwadsworth
    □New AuthStart Date = 03/09/2009

**Events**

Confidential
Admin Rec. 00108

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|

**Notes**

☐New AuthEnd Date = 04/05/2009
☐Comment = correction

---

| 5/19/2010 | 5/20/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk, benefit specialist; 5/20/2010 noted LTD denied 3/9/2010.
A new authorization was inserted and a task has been created for Benefit Review
☐USER ID = mwadsworth
☐New AuthStart Date = 04/06/2009
☐New AuthEnd Date = 04/06/2009
☐Comment = correction

---

| 5/19/2010 | 5/20/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk, benefit specialist; 5/20/2010 noted LTD denied 3/9/2010.
Auth Changed -- task has been created for Benefit Review
☐USER ID = mwadsworth

☐OLD AuthStart Date = 04/06/2009
☐OLD AuthEnd Date = 04/06/2009
☐OLD Auth Status = Denied

☐NEW AuthStart Date = 04/06/2009
☐NEW AuthEnd Date = 07/20/2009
☐NEW Auth Status = Denied

---

| 5/19/2010 | 5/20/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation |

afalk, benefit specialist; 5/20/2010 noted LTD denied 3/9/2010.
A new authorization was inserted and a task has been created for Benefit Review
☐USER ID = mwadsworth
☐New AuthStart Date = 03/09/2010
☐New AuthEnd Date = 03/09/2010
☐Comment =

---

| 5/25/2010 | 5/24/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation Review |

afalk, benefit specialist; 5/24/2010 SSDI off set up and overpayment due is from 3/9/2009 - 4/5/2010 in then 7/21/09 through 3/8/2010 in the amt of $ 20,676.01. Sent to JP.

please prepare op calc based on ssdi entitlement date 03/2009, primary $2055.00, retro $28,802.00 thru 04/2010 and 4 chlrn each rcvd retro of $2874.00 thru 4/30/10 and each rcvg $205.00 per month. Jjp

---

| 6/2/2010 | 5/27/2010 | Case Notes | Pagoda, John | | Social Security Update | SSDI Status Update |

initial ssdi dec due - claim filed 12/7. jjp NOTE 1: ssdi approved at the initial level - it may take ssa 60-90 days to process the award - advised ncm supv and ncm. Jjp NOTE 2: call clmt when ssdi amounts are rcvd for family to determine what offset will be - I advised him 5/7 that I couldn't inform him of this because we still don't have ssdi amounts but also referred him to bc as she may or may not be able to tell him if family ssdi will be sued to offset ltd. Jjp NOTE 3: rcvd family op calc req from allsup ors based on ssdi entitlement date 03/2009, primary $2055.00, retro $28,802.00 thru 04/2010 and 4 chlrn each rcvg retro of $2874.00 thru 4/30/10 and each rcvg $205.00 per month. To bc for op calc - due. Jjp NOTE 4: bc advises total family op due is $20,676.01 covering 3/9/09-4/5/09 and 7/21/09-3/8/10 - if ors does not recover total op due task bc to issue 30 day op notice 5/28. jjp NOTE 5: allsup ors notes indicate they recovered total op due of $20,676.01 on 5/27 - confirm before tasking bc to issue 30 day notice. Jjp NOTE 6: allsup ors recovered total OP due of $20,676.01 - advised bc. Jjp

---

| 5/28/2010 | 5/28/2010 | Case Review | Falk, Alexandria | | Benefit Review | Overpayment |

afalk, benefit specialist; 5/28/2010 noted recovery, will wait for payroll to update overpayment/.
5/27 - allsup ors recovered total OP due of $20,676.01. jjp
overpayment received?

afalk, benefit specialist; 5/24/2010 SSDI off set up and overpayment due is from 3/9/2009 - 4/5/2010, then 7/21/09 through 3/8/2010 in the amt of $ 20,676.01. Sent to JP.

Confidential
Admin Rec. 00109

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | | | Notes | | |
| 6/30/2010 | 6/30/2010 | Case Review | Falk, Alexandria | | Case Review | Case Information |

afalk, benefit specialist; 6/30/2010 payroll posted Allsup recovery on 6/8, overpayment issue closed. has payroll posted overpayment?

5/27 - allsup ors recovered total OP due of $20,676.01. jjp
overpayment received?

afalk, benefit specialist; 5/24/2010 SSDI off set up and overpayment due is from 3/9/2009 - 4/5/2009, then 7/21/09 through 3/8/2010 in the amt of $ 20,676.01. Sent to JP.

| 7/1/2010 | 7/1/2010 | Case Notes | Madrid, Natalie | | Employee Contact | Appeal |

dnanovich Appeals Admin Specialist 6/30/2010 employee's attorney sent in paperwork, attached to claim and set case for Appeals Specialist.

| 7/1/2010 | 7/1/2010 | Mail Merge | Madrid, Natalie | | Employee Notification | LTD Appeal Ackn Letter |

NMadrid -Appeal Specialist - 7/1/2010 sent employee attny LTD appeal ack letter via certified and regular mail.

| 7/2/2010 | 7/6/2010 | Case Notes | Madrid, Natalie | | Case Review | Case Information |

please close case overpayment issue is closed

NMadrid -Appeal Specialist - 7/6/2010 task not needed employee in appeal.

| 7/2/2010 | 7/6/2010 | Correspondence | Nanovich, Diane | | Case Review | Case Information |

NMadrid -Appeal Specialist - 7/1/2010 please print file for 1st level appeal

dnanovich Appeals Admin Specialist 7/6/2010 printed file for 1st level appeal

| 7/6/2010 | 7/6/2010 | Correspondence | Nanovich, Diane | | Employee Notification | Certified Mail |

dnanovich Appeals Admin Specialist 7/6/2010 sent certified mail to employee

| 7/8/2010 | 7/8/2010 | Case Notes | Madrid, Natalie | | Case Review | Appeal Review |

NMadrid -Appeal Specialist - 7/1/2010 one week appeal review.

NMadrid -Appeal Specialist - 7/8/2010 one week review. employee was denied as FCE/IME found employee capable of a sedentary position, will task to to send file for physician file review.

| 7/12/2010 | 7/12/2010 | Correspondence | Nanovich, Diane | | Employee Notification | Certified Mail |

Dnanovich Appeals Admin Specialist 7/12/2010 sent certified mail to employee

| 7/15/2010 | 7/15/2010 | Case Notes | Madrid, Natalie | | Case Review | Appeal Medical |

NMadrid -Appeal Specialist - 7/8/2010 look for any additional medical

NMadrid -Appeal Specialist - 7/15/2010 no new additional medical will task to send file for physician file review.

| 7/26/2010 | 7/26/2010 | Case Notes | Madrid, Natalie | | Case Review | Case Information |

NMadrid -Appeal Specialist - 7/8/2010 prepare file for clinical review for specialty.

NMadrid -Appeal Specialist - 7/26/2010 completed and sent file for review for specialty.

| 7/27/2010 | 7/27/2010 | Case Review | Schnare, Donna | | Case Review | Appeal Clinical Review |

NMadrid -Appeal Specialist - 7/8/2010 please review for specialty employee was denied as FCE/IME found employee capable of a sedentary position. Last IME was Ortho.

DRSchnare,RN 7/27/2010
Physician Specialty Review- recommendation is for Physical Medicine and Rehab

Diagnoses: Degenerative disc disease of cervical,  thoracic and lumbar spines; tenosynovitis of foot and ankle; sprains and strains of back; cervical and lumbosacral spondylosis without

Confidential
Admin Rec. 00110

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| | | | | | | |

**Notes**

myelopathy.

Date denied is either 3/9 or 4/6/10 - auth tab has both dates, please confirm. Denial letter notes 3/9/10.

Last determination was based on FCE/IME orthopedic

The history reveals that this claimant has treated for his degenerative disc disease with PT, chiro,pain management , facet blocks. It is my clinical opinion that a Physical Medicine and Rehab review would provide a broader opinion than an ortho speciality and this reviewer can take into account the more recent FCE and IME.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 7/27/2010 | 7/27/2010 | Case Notes | Madrid, Natalie | | Case Review | Appeal IME/FCE/Peer Review |

NMadrid -Appeal Specialist - 7/8/2010 look for specialty to send file for review.

NMadrid -Appeal Specialist - 7/27/2010 sent file for physician file review.

DRSchnare,RN 7/27/2010
Physician Specialty Review- recommendation is for Physical Medicine and Rehab

Diagnoses: Degenerative disc disease of cervical,  thoracic and lumbar spines; tenosynovitis of foot and ankle; sprains and strains of back; cervical and lumbosacral spondylosis without myelopathy.

Date denied is either 3/9 or 4/6/10 - auth tab has both dates, please confirm. Denial letter notes 3/9/10.

Last determination was based on FCE/IME orthopedic

The history reveals that this claimant has treated for his degenerative disc disease with PT, chiro,pain management , facet blocks. It is my clinical opinion that a Physical Medicine and Rehab review would provide a broader opinion than an ortho speciality and this reviewer can take into account the more recent FCE and IME.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 7/28/2010 | 7/28/2010 | Correspondence | Nanovich, Diane | | Case Review | Appeal IME/FCE/Peer Review |

NMadrid -Appeal Specialist - 7/8/2010 please print new absence report and send to RRS for review.

Specialty: Physical Medicine and Rehab
Diagnosis: 1.) Degeneration of Thoracic or Lumbar Intervertebral Disc, 2.) Lumbosacral Spondylosis without Myelopathy; Arthritis; Osteoarthritis; Spondylarthritis, 3.) Sprains and Strains of Other and Unspecified Parts of Back, Lumbar Spine, 4.) Tenosynovitis of Foot and Ankle, 5.) Dysthymic Disorder; Anxiety Depression, Depression with Anxiety, Depressive Reaction, Neurotic Depressive State, Reactive Depression, 6.) Cervical Intervertebral Disc Displacement without Myelopathy; Neuritis (Brachial) or Radiculitis Due to Displacement of Cervical Intervertebral Disc, 7.) Cervical Spondylosis with Myelopathy; Anterior Spinal Artery Compression Syndrome; Spondylogenic Compression of Cervical Spinal Cord; Vertebral Artery Compression Syndrome

LTD
Date: 03/09/10 forward

dnanovich Appeals Admin Specialist 7/28/2010 printed new absence report, sent file to RRS per instructions from Appeals Specialist.

See email for DOD and questions.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 8/9/2010 | 8/9/2010 | Case Notes | Madrid, Natalie | | Medical Documentation | Appeal IME/FCE/Peer Review |

NMadrid -Appeal Specialist - 7/15/2010 determination due.

NMadrid -Appeal Specialist - 8/9/2010 rcvd peer review will send LTD appeal brief.

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| 8/9/2010 | 8/9/2010 | Case Notes | Madrid, Natalie | | Medical Documentation | Appeal IME/FCE/Peer Review |

NMadrid -Appeal Specialist - 8/5/2010 attache peer review cv report.

NMadrid -Appeal Specialist - 8/9/2010 rcvd cv report on peer review printed for file.

**Events**

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|---|---|---|---|---|---|---|
| | | Notes | | | | |
| 8/9/2010 | 8/9/2010 | Mail Merge | Madrid, Natalie | | Employer Notification | Appeal Brief |
| | | NMadrid -Appeal Specialist - 8/9/2010 sent appeal brief to J&J | | | | |
| 8/10/2010 | 8/10/2010 | Case Notes | Madrid, Natalie | | Case Review | Case Information |
| | | NMadrid -Appeal Specialist - 8/9/2010 look for response on appeal brief. | | | | |
| | | NMadrid -Appeal Specialist – 8/10/2010 sent LTD appeal denial letter | | | | |
| 8/10/2010 | 8/10/2010 | Mail Merge | Madrid, Natalie | | Employee Notification | LTD Appeal Denial Letter |
| | | NMadrid -Appeal Specialist - 8/10/2010 sent employee attny LTD appeal denial letter via certified and regular mail | | | | |
| 8/11/2010 | 8/11/2010 | Case Notes | Madrid, Natalie | | Correspondence | Legal |
| | | NB, FMLA Specialist - 8/10/2010 Rcvd mail on 8/9 | | | | |
| | | NMadrid -Appeal Specialist - 8/11/2010 rcvd letter from employee attny regarding CORBA and determination printed for file. | | | | |
| 8/12/2010 | 8/11/2010 | Case Notes | Pagoda, John | | Benefit Review | SSDI Status Update |
| | | NMadrid -Appeal Specialist - 8/11/2010 denial upheld on appeal for dates 03/09/10 forward - jjp advised allsup. | | | | |
| 8/12/2010 | 8/12/2010 | Case Review | Falk, Alexandria | | Benefit Review | Calculation Review |
| | | afalk, benefit specialist; 8/12/2010 noted denial has been upheld 3/9/2010 forward. | | | | |
| | | NMadrid -Appeal Specialist - 8/11/2010 denial upheld on appeal for dates 03/09/10 forward | | | | |
| 8/16/2010 | 8/16/2010 | Phone Call | Madrid, Natalie | | Message Received | Case Information |
| | | NMadrid -Appeal Specialist - 8/16/2010 rcvd vm from employee attny Steve Bosin requesting copy of peer reive and CV. | | | | |
| 8/16/2010 | 8/16/2010 | Phone Call | Madrid, Natalie | | Employee Contact | Case Information |
| | | NMadrid -Appeal Specialist - 8/16/2010 returned employee attny call Steve and spokehim and he asked if he can fil suit without 2nd level. I explained to him on pg 11 employee mus exhaust all appeals then suet. Employee attny understood. I explained to him that I have sent him a copy of peer review. | | | | |
| 8/17/2010 | 8/17/2010 | Correspondence | Nanovich, Diane | | Case Review | Legal |
| | | NMadrid -Appeal Specialist - 8/16/2010 please send employee attorney copy of Peer review and the CV report as well. | | | | |

Please sent via certified:

Mr. Stephen Bosin
70 Grand Avenue
River Edge, NJ 07661

dnanovich Appeals Admin Specialist 8/17/2010 sent attorney copy of peer review and cv report, see attached letter to attorney

| 8/17/2010 | 8/17/2010 | Case Notes | Madrid, Natalie | | Correspondence | Legal |
|---|---|---|---|---|---|---|
| | | dnanovich Appeals Admin Specialist 8/16/2010 attached fax to claim and set task for Appeals Specialist | | | | |
| | | NMadrid -Appeal Specialist - 8/17/2010 rcvd letter from employee attny dated 08/16/10 requesting medical information set task for admin to sent current information. | | | | |
| 8/20/2010 | 8/20/2010 | Case Notes | Madrid, Natalie | | Correspondence | Legal |
| | | NB, FMLA Specialist - 8/19/2010 Mail rcvd on 8/19 | | | | |
| | | NMadrid -Appeal Specialist - 8/20/2010 rcvd letter from employee attny request employee file. | | | | |

Confidential
Admin. Rec. 00111

Confidential
Admin Rec. 00112

## Events

| Date Due | Date Compltd | Type | Case Manager | Person Contacted | Event Description | Reference To |
|----------|--------------|------|--------------|------------------|-------------------|--------------|
| | | | | | | |

Notes

| 8/24/2010 | 8/20/2010 | Correspondence | Nanovich, Diane | | Case Review | Case Information |

NMadrid -Appeal Specialist - 8/20/2010 please print send employee attny all correspondence from 07/01/10 forward.

Mr. Stephen R. Bosin
70 Grand Avenue
River Edge, NJ 07661

dnanovich Appeals Admin Specialist 8/20/2010 printed all correspondence on this claim from 7/1/2010 forward and sent to Stephen Bosin.

| 8/20/2010 | 8/20/2010 | Correspondence | Nanovich, Diane | | Employee Notification | Certified Mail |

dnanovich Appeals Admin Specialist 8/20/2010 sent certified mail to attorney

| 8/24/2010 | 8/24/2010 | Correspondence | Nanovich, Diane | | Employee Notification | Certified Mail |

dnanovich Appeals Admin Specialist 8/24/2010 received etun receipt from employee's attoney

| 8/27/2010 | 8/27/2010 | Correspondence | Nanovich, Diane | | Employee Contact | Certified Mail |

dnanovich Appeals Admin Specialist 8/27/2010 received return receipt from attorney for employee

| 8/30/2010 | 8/31/2010 | Case Notes | Madrid, Natalie | | Correspondence | Appeal Request Received |

dnanovich Appeals Admin Specialist 8/27/2010 received correspondence from attorney regarding the appeal, attached to claim and set task for Appeals Specialist

NMadrid -Appeal Specialist - 8/31/2010 rvcd employee appeal request will send LTD appeal ack letter

| 8/31/2010 | 8/31/2010 | Mail Merge | Madrid, Natalie | | Employee Notification | LTD Appeal Ackn Letter |

NMadrid -Appeal Specialist - 8/31/2010 sent employee attny LTD appeal ack letter via certified and regular mail.