# Exhibit 3 (Part 10)

FROM : A-Z VIDEO                    FAX NO. : 7322704287           Nov. 18 2008 12:36PM  P3

AMI of Toms River
1430 Hooper Ave
Suite 102
Toms River, NJ 08753
(732) 349-2867

## RADIOLOGY CONSULTATION REPORT (CONT)

IRVING STROUSE M.D.
279 3rd Ave
Ste 504
Long Branch, NJ 07740

Patient Name: RALPH VANDEVENTER
DOB█████████                         MRN: 237273                          E#: E-00456807

| Exam Completed: | November 13, 2008 11:37:00 | | |
|---|---|---|---|
| Dictated by: | MARY ANN PETERSON M.D. | Dictated Date: | November 13, 2008 11:44:15 |
| Approved Date: | November 13, 2008 11:49:39 | Print Date/Time: | November 18, 2008 08:34:29 |

Dictated by: MARY ANN PETERSON M.D.
Electronically signed by: MARY ANN PETERSON M.D.
*Transcriptionist: HSIMOES*
*Transcribed Dt/Time: 11/13/08 11:49*

Transcriber: HSIMOES
Transcription Date/Time: November 13, 2008 11:49:04

received on 11/18/2008 10:54:48 AM [Eastern Standard Time]

Confidential
Admin Rec. 00537

11/14/2008  09:12  7325711937                    STROUSE/LOPANO                    PAGE  01



**IRVING D. STROUSE, M.D., P.A.**

279 Third Avenue, Suite 504
Long Branch, NJ 07740
Telephone: (732) 229-4333
Fax: (732) 571-1937

4695 Route 9
Howell, NJ C
Telephone: (732) 370-
Fax: (732) 370-

# WARNING

The information contained in this fac-
simile message is privileged and con-
fidential. Information intended only for
the use of the individual or entity
named above. If the reader of this
message is not the intended recipi-
ent, you are hereby notified that any
dissemination, distribution or copying
of this communication is strictly pro-
hibited. If you have received this
communication in error, please notify
us immediately.

Please advise us of any difficulties in
receiving this transmission by calling
the numbers listed above.

**TO:**

Name _____ Att. Christina

Company _____ Teta

FAX Number _____ 518 - 886 - 6610

**FROM:**

Name _____

Date _____ Time _____

**TRANSMISSION**

This cover letter plus _____ / _____ pages attached.

INFO

Re: Ralph

Vanderen tir

**REPLY REQUIRED?** _____ **URGENT?** _____

received on 11/14/2008 9:11:02 AM [Eastern Standard Time]

Confidential
Admin Rec. 00538

11/14/2008  09:12  7325711937          STROUSE/LOPANO                    PAGE  02

## EXCUSE SLIP

### IRVING D. STROUSE, M.D., P.A.
Diplomate American Board of Orthopedic Surgery
279 Third Avenue, Suite 504
Long Branch, New Jersey 07740
(732) 229-4333

Date: _11-13-08_

To Whom It May Concern:

_Ralph Vandeventer_ is under my care.

He / She:

☐  Was seen in my office today for a necessary appointment.

☐  Please excuse or being tardy to:     school     work

DIAGNOSIS (FOR A/L)MARKED SELECTIONS/BELOW):
_Left achilles tendon_
_Lumbar Sprain_

☐  Please excuse for being absent from school / work on _____ to _____

☐  Is released to return to school on _____

☒  Is released to return to work on _12-1-08_,
        Full Duty          Light Duty

☐  Is / Is not able to participate in the physical education program at school.

☐  Is not able to participate in _____

☐  Surgery is scheduled for _____ and patient may return to school / work after _____ weeks.

Type of surgery to be performed: _____

☐  RESTRICTIONS _Remain out of work_
        _Til 12-1-08_

☐  OTHER: _____

(SIGNATURE)
Confidential
Admin Rec. 00539

To: Christina Teta
Fax: 518-880-6610

# of pages 2
11/14/08

From: Ralph Van Deventer

████████████████

re: Case # 74518

Dear Christina,

Here is the doctor's excuse slip they gave
me that was a result of last Monday's Dr. visit.
Please include it in the file for your reference.
Thanks for calling my employer and updating
them on the new return to work date.
If you have any questions, please call
me.

Thanks again for your help.
Ralph

Confidential
Admin Rec. 00540

FROM : A-Z VIDEO                    FAX NO. : 7322704287          Nov. 14 2008 12:42PM  P2
                                                                              PAGE  81

## EXCUSE SLIP

**IRVING D. STROUSE, M.D., P.A.**
Diplomate American Board of Orthopedic Surgery
279 Third Avenue, Suite 504
Long Branch, New Jersey 07740
(732) 229-4333

Date: _11-13-08_

To Whom It May Concern: _K. Joph Vandeventer_ is under my care.

He / She:

☐ Was seen in my office today for a necessary appointment

☐ Please excuse for being tardy to:        school        work

DIAGNOSIS (FOR ALL MARKED SELECTIONS BELOW): _____
_Left achilles tendon_
_Lumbar Sprain_

☐ Please excuse for being absent from school / work on _____ to _____

☐ is released to return to school on _____

☐ is released to return to work on _12-1-08_
          Full Duty        Light Duty

☐ is / is not able to participate in the physical education program at school.

☐ is not able to participate in _____

☐ Surgery is scheduled for _____ and patient may return to school / work after _____ weeks.

Type of surgery to be performed: _____

☐ RESTRICTIONS: _Remain out of work_

_-FD_ _12-1-08_

☐ OTHER: _____

_____
(SIGNATURE)

Confidential
Admin Rec. 00541

11/13/2008  12:35    7325711937                STROUSE/LOPANO                    PAGE   01



**FAX**

**WARNING**

The information contained in this facsimile message is privileged and confidential. Information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

Please advise us of any difficulties in receiving this transmission by calling the numbers listed above.

IRVING D. STROUSE, M.D., P.A.

279 Third Avenue, Suite 504
Long Branch, NJ 07740
Telephone: (732) 229-4333
Fax: (732) 571-1937

4895 Route 9 N
Howell, NJ 07
Telephone: (732) 370-4
Fax: (732) 370-1

**TO:**

Name _____ A.H. Christina _____

Company _____ Teta _____

FAX Number _____ 518 - 886 - 6610 _____

**FROM:**

Name _____

Date _____ Time _____

**TRANSMISSION**

This cover letter plus _____/_____ pages attached.

**INFO**

Re: Ralph

Vanderenter

**REPLY REQUIRED?** _____  **URGENT?** _____

Confidential
Admin Rec. 00542

### RALPH VANDE/ENTER

DO

11-10-08

**HISTORY:** Patie nt seems to be improved as far as his left Achilles tendon is concerned. The ma ss has decreased. The tenderness is less. He has continued with his walking boot. He s ill has significant lower back pain however. There is no change in his neurologic status, t ut he is complaining of increased left sciatica.

**PLAN:** For this n ason, I am ordering an MRI of the lumbar spine to further delineate the pathology. For 1ow, he will continue physical therapy.

**RETURN:**  1 mo th.

IDS:pb

Confidential
Admin Rec. 00543

11/11/2008  14:39    7325711937                    STROUSE/LOPANO                        PAGE  01



IRVING D. STROUSE, M.D., P.A.

279 Third Avenue, Suite 504
Long Branch, NJ 07740
Telephone: (732) 229-4333
Fax: (732) 571-1937

# WARNING

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

Please advise us of any difficulties in receiving this transmission by calling the numbers listed above.

TO:
Name _Christina Testa_

Company _____ 6610

FAX Number _518-880-_

FROM:

Name _____

Date _____ Time _____

TRANSMISSION

This cover letter plus _____ pages attached.

INFO _____

RE: Ralph VanDeventer
office note for
10-17-08 , 11-10-08

REPLY REQUIRED? _____   URGENT? _____

Confidential
Admin Rec. 00544

received on 11/11/2008 2:37:31 PM [Eastern Standard Time]

RALPH VANDEVENTER

DOB ███████

11-10-08

**HISTORY:** Patient seems to be improved as far as his left Achilles tendon is concerned. The mass has decreased. The tenderness is less. He has continued with his walking boot. He still has significant lower back pain however. There is no change in his neurologic status, but he is complaining of increased left sciatica.

**PLAN:** For this reason, I am ordering an MRI of the lumbar spine to further delineate the pathology. For now, he will continue physical therapy.

**RETURN:** 1 month.

**IDS:pb**

Confidential
Admin Rec. 00545

FROM : A-Z VIDEO                    FAX NO. : 7322704297            Oct. 21 2008 11:50AM  P1

Fax to:                                          10/21/08

  Reed Group                                    # of pages = 2
  ATTN: Christina Teta
  518-880-6610

From: Ralph Van Deventer
      732-████████████
      FAX: ████████████
re: Case # 74578

  Dear Christina,

        I am faxing to you the script that
  Dr. Strause wrote for me on Friday to continue
  the P.T.  I have also contacted his office
  to fax the needed information from Friday's
  appointment.  I hope you get this today.
  If you don't there phone # is  732-229-4333.


                   Thank you,
                   Ralph Van Deventer

Confidential
Admin Rec. 00546

FROM : A-Z VIDEO                    FAX NO. : 7322704267            Oct. 21 2008 11:51AM  P2



received on 10/21/2008 11:10:19 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00547

10/21/2008  10:06    7325711937              STROUSE/LOPANO                PAGE  01



**IRVING D. STROUSE, M.D., P.A.**

279 Third Avenue, Suite 504
Long Branch, NJ 07740
Telephone: (732) 229-4333
Fax: (732) 571-1937

# WARNING

The information contained in this fac-
simile message is privileged and con-
fidential information intended only for
the use of the individual or entity
named above. If the reader of this
message is not the intended recipi-
ent, you are hereby notified that any
dissemination, distribution or copying
of this communication is strictly pro-
hibited. If you have received this
communication in error, please notify
us immediately.

Please advise us of any difficulties in
receiving this transmission by calling
the numbers listed above.

**TO:**

Name _Christina Testa_

Company _____  6610

FAX Number _518 - 880 -_

**FROM:**

Name _____

Date _____ Time _____

**TRANSMISSION**

This cover letter plus _____ pages attached.

**INFO** _____

_RE: Ralph VanDeventer_
_office note for_
_10-17-08_

_____

_____

_____

_____

_____

_____

_____

_____

**REPLY REQUIRED?** _____    **URGENT?** _____

Confidential
Admin Rec. 00548

received on 10/21/2008 11:05:01 AM [Eastern Daylight Time]

RALPH VANDEVENTER

DOB 

10-17-08

HISTORY:  Patient is still having difficulty with both his lumbar spine and Achilles tendon. The Achilles tendon continues to demonstrate a mass, which is palpable and tender. His back still reveals some residual spasm but negative straight leg raising and no neurologic deficits.

PLAN:  Continue physical therapy. Continue out of work.

RETURN:  1 month

IDS:pb

Confidential
Admin Rec. 00549



15 Tech Valley Drive
Suite 3, Second Floor
East Greenbush, NY 12061

October 27, 2008

, Jr.

Case #: 74518
WWID#: 10900

Dear Ralph Van Deventer, Jr.:

Johnson & Johnson has contracted with the Reed Group to review and monitor requests for Short Term Disability (STD) benefits.

Your request for STD benefits was received on 9/9/2008 for your absence beginning 9/8/2008. Based on your diagnosis and medical information submitted by your Health Care Provider, your STD benefits have been approved and extended through 11/16/2008. Reed Group will continue to review your claim on an ongoing basis to determine the potential for an earlier release to return to work, with or without temporary restrictions. Therefore, if is determined by Reed Group that you can return to work, in any capacity, prior to the last authorized date of our disability as indicated in this letter, you are expected to comply in order to continue receiving STD benefits. In the event that you and your health care provider determine that you can return to work prior to 11/17/2008, please contact us immediately to facilitate your return to work.

If you had previously been approved under the Family and Medical Leave Act (FMLA) and/or State Family Medical Leave (SFML) for this disability and you still have enough remaining days available, your FMLA and/or SFML approval will be extended. If you have exhausted your FMLA and/or SFML days, you will receive notification in a separate letter.

It is important to note that should you require an extension or will not return to work on or before the authorization end date, it is your responsibility to ensure that you and/or your health care provider submits additional objective medical documentation to Reed Group five (5) days prior to the last authorized date for review to extend STD benefits. Examples of this objective medical documentation are:

- Physician office/progress notes
- Diagnostic test results (X-rays, MRI, etc.)
- Laboratory results
- Physical Therapy notes
- Medical clearance from disability

Confidential
Admin Rec. 00550

Per the Company policy, if an employee does not return to work within three (3) business days of the end of the approved time off, the Company may determine that the employee has voluntarily resigned and consider the employee's employment to be terminated.

Please call 866-829-8861 if you have any questions or concerns.

Thank you,

Cristina Teta
Reed Group

Confidential
Admin Rec. 00551

 

15 Tech Valley Drive
Suite 3, Second Floor
East Greenbush, NY 12061

October 7, 2008

Ralph Van Deventer Jr.



Case #: 74518
WWID#: 10900

Dear Ralph Van Deventer Jr.:

Johnson & Johnson has contracted with the Reed Group to review and monitor requests for Short Term Disability (STD) benefits.

Your request for STD benefits was received on 9/9/2008 for your absence beginning 9/8/2008. Based on your diagnosis and medical information submitted by your Health Care Provider, your STD benefits have been approved and extended through 10/26/2008. Reed Group will continue to review your claim on an ongoing basis to determine the potential for an earlier release to return to work, with or without temporary restrictions. Therefore, if is determined by Reed Group that you can return to work, in any capacity, prior to the last authorized date of our disability as indicated in this letter, you are expected to comply in order to continue receiving STD benefits. In the event that you and your health care provider determine that you can return to work prior to 10/27/2008, please contact us immediately to facilitate your return to work.

If you had previously been approved under the Family and Medical Leave Act (FMLA) and/or State Family Medical Leave (SFML) for this disability and you still have enough remaining days available, your FMLA and/or SFML approval will be extended. If you have exhausted your FMLA and/or SFML days, you will receive notification in a separate letter.

It is important to note that should you require an extension or will not return to work on or before the authorization end date, it is your responsibility to ensure that you and/or your health care provider submits additional objective medical documentation to Reed Group five (5) days prior to the last authorized date for review to extend STD benefits. Examples of this objective medical documentation are:

- Physician office/progress notes
- Diagnostic test results (X-rays, MRI, etc.)
- Laboratory results
- Physical Therapy notes
- Medical clearance from disability

Per the Company policy, if an employee does not return to work within three (3) business days of the end of the approved time off, the Company may determine that the employee has voluntarily resigned and consider the employee's employment to be terminated.

Please call 866-829-8861 if you have any questions or concerns.

Thank you,

Cristina Teta
Reed Group

Confidential
Admin Rec. 00552

 

15 Tech Valley Drive
Suite 3, Second Floor
East Greenbush, NY 12061

Confidential
Admin Rec. 00553

10/3/08

To:    Christina Teta
       Reed Group
       Fax: 518-880-6610

# of pages: 3

From: Ralph Van Deventer

Re:    Case # 74518 (List of Medications)

To Christina,

Please find attached a list of medications that have been prescribed to me as a result of
my disability. I have also written a list of medications (info taken from the bottle) in case
the script is illegible. Any questions, please call me.

Thanks,

Confidential
Admin Rec. 00554

FROM : A-Z VIDEO                    FAX NO. : 7322704287          Oct. 03 2008 12:38PM  P2



received on 10/3/2008 11:58:46 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00555

Case# 74518

8/26

Cyclobenzaprim 10mg 3x daily (muscle relaxer)
Naproxen 500mg 2x daily (inflamation)

9/12
Carisorpull 350mg 3x daily (muscle relaxer)
Meloxicam 15mg 1x daily (inflamation)
Hydrocordone /ARAP 5/500mg 1/6hrs (pain)

Lexapro 10mg 1x daily (depression)
Klonopin 0.5mg 2x daily (anxiety)

P-T. 3X/wk

Reed group Attn Christine fax#
518- 880- 664D
Dr. Strouse to fax a progress report

Confidential
Admin Rec. 00556

To:   Christina Teta                              10/3/08
      Reed Group
      Fax: 518-880-6610                           # of pages: 3

From: Ralph Van Deventer

Re:   Case # 74518 (List of Medications)

To Christina,

Please find attached a list of medications that have been prescribed to me as a result of
my disability. I have also written a list of medications (info taken from the bottle) in case
the script is illegible. Any questions, please call me.

Thanks,

*(signature)*

Confidential
Admin Rec. 00557

Confidential
Admin Rec. 00558



received on 10/3/2008 11:56:32 AM [Eastern Daylight Time]

FROM : A-Z VIDEO

FAX NO. : 7322704287

Oct. 03 2008 12:36PM P2

# 74518   State of New Jersey
## PRESCRIPTION BLANK

PRONTO MED-CARE
FRANK P. MATTEACE, M.D.
567 FISCHER BOULEVARD
TOMS RIVER, NJ 08753-6275

508-6869                                    LIC. # MA048072
H # MDJ-20060405-IMS010536-17              DEA # BM 0477706

IF PRESCRIPTION IS WRITTEN AT ALTERNATE PRACTICE SITE, CHECK HERE ☐
AND PRINT ALTERNATE ADDRESS AND TELEPHONE NUMBER ON REVERSE SIDE

NENT   Ralph   Van Deventer Jr   D.O.B. _____

DRESS _____   DATE 9/30/08

# Rx

Dx  Achilles tendonusis
    Low Back Pain

        meds : Flexeril 10 TID   9/26
               Naprosyn 500 BID

Xanx 10 OD
clonop. .5 BID            Soma 350 TID
                         mobic 15 OD   9/12
        Physo-P ty 3x/wk  vicudin I&S C° PRN

SBSTITUTION PERMISSIBLE _____   DO NOT SUBSTITUTE _____

NOT REFILL _____   SIGNATURE OF PRESCRIBER
FILL _____ TIMES

Use separate form for each controlled substance prescription
UNAUTHORIZED POSSESSION AND/OR USE OF THIS FORM INCLUDING ALTERATIONS OR FORGERY, ARE CRIMES PURSUANT TO N.J. ST...

FROM : A-Z VIDEO          FAX NO. : 7322704287          Sep. 30 2008 09:47AM  P1



## AUTHORIZATION TO DISCLOSE AND USE MEDICAL INFORMATION
### FOR DISABILITY-RELATED DETERMINATIONS

Claimant's Full Name _Ralph R. VanDeventer_.  Date of Birth: ███████

Employer's Name:_____Johnson & Johnson_____   Social Security Number (last 4 digits only): xxx-xx- _5069_

I authorize all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, expenses, coverage or benefits, or my employment, vocation, education, training, or income, relating to my current disability or my ability to work, whether obtained prior to or after the date of this authorization ("Information").

Information may be provided to the following individuals or entities ("Benefit Managers"): the employer named above, Reed Group, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, health care providers who treat or evaluate me with respect to my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim, to allow them to evaluate, analyze, manage and/or administer my claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"), to support, defend, or review any determinations made with respect to the programs and benefits and to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim under a Benefits Program, or to run a Benefits Program. The Benefits Managers will tell those receiving the Information that the Information is confidential.

I understand that once my Information is given out as authorized in this form, federal privacy laws may not protect it. Benefits Managers may give Information out again as described in this form.

I understand that this permission lasts twelve (12) months after my claim and all appeals are processed or twelve (12) months after the end of my coverage or benefits under the Benefits Program, whichever is longer, unless the law requires a shorter period. If I change my mind before that time, I can tell Reed Group in writing that I do not want Record Holders or Benefit Managers to share any more information. If I write to stop them from sharing information, it will not change any actions they took before they receive my letter.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and find out whether I am eligible for benefits. This may result in the delay or denial of my request for benefits.

The Information released under this authorization can be sent electronically, by phone or fax, or by mail. I know I can see or request a copy of the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original. I understand the terms of this form.

_(signature)_                          _9-29-08_
Claimant's or Legal Representative's Signature        Date

_____        _____
Legal Representative's Name (if any)        Legal Representative's Relationship

The person or entity disclosing the Information is responsible for deciding whether to accept this authorization form and, on acceptance, shall send a copy to the claimant.

**Please Fax to Reed Group at 518-880-6610 or return by mail in the enclosed business reply envelope**

Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, New York 12061 | 866-829-8861 | Fax: 518-880-6610

received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00559

FROM : A-Z VIDEO                FAX NO. : 7322704287        Sep. 30 2008 09:47AM  P2

 

## REIMBURSEMENT AGREEMENT
SHORT TERM DISABILITY PLAN

## EMPLOYEE STATEMENT

| Name: Ralph Robert Van Deventer Jr | Social Security Number: | | Date of Birth: |
| Address - Street: 965 Forge Lane | City: Toms River | State: NJ | Zip Code: 08753 |
| Home Telephone Number: 732 - 270 - 2897 | Employee's Home E-mail Address (if available): | | |

I am familiar with and understand the provisions of the Short Term Disability Plan for Eligible Employees of Johnson & Johnson and Affiliated Companies (the "Plan") that require that monthly payments to me will be reduced by certain amounts, such as state disability insurance (where applicable) and workers' compensation benefits. I understand that these reductions may sometimes be based on a reasonable estimate of the amount of other benefits that will be paid to me. I agree to these reductions.

I further understand and agree that I am required to repay Johnson & Johnson for any overpayments that have been made to me, including, without limitation, payments that have not been offset (or offset fully) for retroactive awards of state disability insurance, workers' compensation or other relevant benefits, as described under the terms of the Plan, and that I am required to pay the Plan any amounts that I recover from a third party in connection with my disability to the extent provided under the terms of the Plan. I agree to make these payments promptly, in accordance with the terms of the Plan. I understand and agree to the terms of the Plan regarding other rights of the Plan to recover amounts through subrogation and third party reimbursement.

I further agree to notify the Reed Group immediately upon my receiving notice that I have or will receive any amounts that offset my benefits under the Plan or any amounts that oblige me to pay or repay any amount to the Plan.

| Employee's Signature: | Date: 9/29/08 |
| Witness Signature: | Date: 9/29/08 |

## Please Fax to 518-880-6610 or Mail to the Address Listed Above

Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, New York 12061 | 866-829-8861 | Fax: 518-880-6610

received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00560

FROM : A-Z VIDEO                    FAX NO. : 7322704287              Sep. 30 2008 09:48AM  P3

 **ReedGroup** www.rgl.net

## ATTENDING PHYSICIAN'S STATEMENT

*NOTE TO PHYSICIAN OR OTHER HEALTH CARE PROVIDER: Your full completion of this form is necessary so that the employee's application for benefit may be received and processed. PLEASE ANSWER ALL QUESTIONS. RETURN FORM TO REED GROUP PROMPTLY to 15 Tech Valley Drive, 2nd Floor, Suite 3, East Greenbush, NY 12061. Fax (518) 880-6610.*

| | |
|---|---|
| Patient's Full Name: *Ralph Robert Van Deventer Jr.* | Date of birth: |
| Date symptoms first appeared or accident happened? | Date patient first consulted you for this condition: *9-8-08* |
| Is condition due to injury or sickness arising out of patient's employment?  ☐ Yes ☒ No | Is condition due to pregnancy?  ☐ Yes ☐ No |
| If "Yes", please explain: | If "Yes", expected date of delivery: _____ |
| Primary Diagnosis: *Tenosynovitis (L) Knee Ankle* | Primary ICD Code (if available): *727.06* |
| Secondary diagnosis: *Lumbar Sprain* | Secondary ICD Code (if available): *847.2* |

Treatment Plan: detail the complete treatment plan (including therapy or referrals to other specialists): *Cam Walker for left ankle - Physical Therapy for back*

State the surgical, obstetrical, or other diagnostic or therapeutic procedures requires, if any. (Describe fully):

Procedure: _____

| | |
|---|---|
| Date(s) Performed: _____ | ☐ Inpatient  ☐ Outpatient |
| Hospital Name: | Admission Date: _____ Discharge Date: _____ |

Medications: List all prescribed medications including Name, Dose, Frequency, and Start Date

Office Visits: Date of Last Visit *9-24-08*  Date of Next Scheduled Visit: *10-13-08  10-17-08*

| | |
|---|---|
| Functional Status: Has Patient been totally unable to work? ☒ Yes, From: *9-8-08* Through: _____ ☐ No | What are the Functional Limitations that currently prevent the patient from working in any capacity? |
| Estimated Return to Work Date: *10/27/08* Modified Hours and/or duty date: _____ Full hours/duty date: _____ | State any restrictions and/or accommodations which may be needed for modified duty and duration thereof: |
| Name of referring physician (if applicable): | Referring physician's telephone number: |
| Address - Street: | City: | State: | Zip Code: |

| | |
|---|---|
| Physician's full name/Specialty (please print): IRVING D. STROUSE, M.D., P.A. | Physician's telephone number: *732-229-4333* |
| Address - Street: *279 3RD AVE #504* | City: *Long Branch* | State: *NJ* | Zip Code: *07740* |
| Attending physician's signature: | Date: *9/25/08* |

Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, New York 12061 | 866-829-8661 | Fax: 518-880-6610

received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00561



Confidential
Admin Rec. 00562

FROM : A-Z VIDEO                    FAX NO. : 7322704297              Sep. 30 2008 09:47AM P1

 ReedGroup
www.rgi.net

## AUTHORIZATION TO DISCLOSE AND USE MEDICAL INFORMATION
## FOR DISABILITY-RELATED DETERMINATIONS

Claimant's Full Name _Ralph R. Van Deventer_   Date of Birth: ▓▓▓▓▓▓

Employer's Name:_____Johnson & Johnson_____   Social Security Number (last 4 digits only): xxx-xx- 5069

I authorize all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, expenses, coverage or benefits, or my employment, vocation, education, training, or income, relating to my current disability or my ability to work, whether obtained prior to or after the date of this authorization ("Information").

Information may be provided to the following individuals or entities ("Benefit Managers"): the employer named above, Reed Group, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, health care providers who treat or evaluate me with respect to my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim, to allow them to evaluate, analyze, manage and/or administer my claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"), to support, defend, or review any determinations made with respect to the programs and benefits and to give my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim under a Benefits Program, or to run a Benefits Program. The Benefits Managers will tell those receiving the information that the information is confidential.

I understand that once my information is given out as authorized in this form, federal privacy laws may not protect it. Benefits Managers may give information out again as described in this form.

I understand that this permission lasts twelve (12) months after my claim and all appeals are processed or twelve (12) months after the end of my coverage or benefits under the Benefits Program, whichever is longer, unless the law requires a shorter period. If I change my mind before that time, I can tell Reed Group in writing that I do not want Record Holders or Benefit Managers to share any more information. If I write to stop them from sharing information, it will not change any actions they took before they receive my letter.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and find out whether I am eligible for benefits. This may result in the delay or denial of my request for benefits.

The information released under this authorization can be sent electronically, by phone or fax, or by mail. I know I can see or request a copy of the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original. I understand the terms of this form.

_Ralph R. Van Deventer Jr._                          9-29-08
Claimant's or Legal Representative's Signature         Date

_____              _____
Legal Representative's Name (if any)            Legal Representative's Relationship

The person or entity disclosing the information is responsible for deciding whether to accept this authorization form and, on acceptance, shall send a copy to the claimant.

**Please Fax to Reed Group at 518-880-6610 or return by mail in the enclosed business reply envelope**

Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, New York 12061 | 866-829-8861 | Fax: 518-880-6610

received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00563

 

## REIMBURSEMENT AGREEMENT
### SHORT TERM DISABILITY PLAN

## EMPLOYEE STATEMENT

| Name: Ralph Robert Van Deventer Jr. | Social Security Number: | | Date of Birth: |
|---|---|---|---|
| Address : Street: 965 Forge Lane | City: Toms River | State: NJ | Zip Code: 08753 |
| Home Telephone Number: 732 - 270 - 2897 | Employee's Home E-mail Address (if available): | | |

I am familiar with and understand the provisions of the Short Term Disability Plan for Eligible Employees of Johnson & Johnson and Affiliated Companies (the "Plan") that require that monthly payments to me will be reduced by certain amounts, such as state disability insurance (where applicable) and workers' compensation benefits. I understand that these reductions may sometimes be based on a reasonable estimate of the amount of other benefits that will be paid to me. I agree to these reductions.

I further understand and agree that I am required to repay Johnson & Johnson for any overpayments that have been made to me, including, without limitation, payments that have not been offset (or offset fully) for retroactive awards of state disability insurance, workers' compensation or other relevant benefits, as described under the terms of the Plan, and that I am required to pay the Plan any amounts that I recover from a third party in connection with my disability to the extent provided under the terms of the Plan. I agree to make these payments promptly, in accordance with the terms of the Plan. I understand and agree to the terms of the Plan regarding other rights of the Plan to recover amounts through subrogation and third party reimbursement.

I further agree to notify the Reed Group immediately upon my receiving notice that I have or will receive any amounts that offset my benefits under the Plan or any amounts that oblige me to pay or repay any amount to the Plan.

| Employee's Signature: | Date: 9/29/08 |
|---|---|
| Witness Signature: Maryann Van Deventer | Date: 9/29/08 |

### Please <u>Fax</u> to 518-880-6610 or <u>Mail</u> to the Address Listed Above

Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, New York 12061 | 866-829-8861 | Fax: 518-880-6610

received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00564

FROM : A-Z VIDEO          FAX NO. : 7322704287          Sep. 30 2008 09:48AM P3

 **ReedGroup**

## ATTENDING PHYSICIAN'S STATEMENT

*NOTE TO PHYSICIAN OR OTHER HEALTH CARE PROVIDER: Your full completion of this form is necessary so that the employee's application for benefit may be received and processed. PLEASE ANSWER ALL QUESTIONS. RETURN FORM TO REED GROUP PROMPTLY to 15 Tech Valley Drive, 2nd Floor, Suite 3, East Greenbush, NY 12061. Fax (518) 880-6610.*

Patient's Full Name: Ralph Robert Van Deventer Jr.
Date of birth: ___

Date symptoms first appeared or accident happened? | Date patient first consulted you for this condition: 9-8-08

Is condition due to injury or sickness arising out of patient's employment?  ☐ Yes  ☒ No
If "Yes", please explain: | Is condition due to pregnancy? ☐ Yes ☐ No
If "Yes", expected date of delivery: ___

Primary Diagnosis: Tenosynovitis (R) Ankle | Primary ICD Code (if available): 727.06

Secondary diagnosis: Lumbar Sprain | Secondary ICD Code (if available): 847.2

Treatment Plan: detail the complete treatment plan (including therapy or referrals to other specialists): Cam Walker for left ankle. Physical Therapy for back

State the surgical, obstetrical, or other diagnostic or therapeutic procedures required, if any (Describe fully)
Procedure: ___

Date(s) Performed: ___ | ☐ Inpatient ☐ Outpatient

Hospital Name: ___ | Admission Date: ___ | Discharge Date: ___

Medications: List all prescribed medications including Name, Dose, Frequency, and Start Date

Office Visits: Date of Last Visit 9-29-08  Date of Next Scheduled Visit: 10-15-08  10-17-08

Functional Status: Has Patient been totally unable to work? ☒ Yes, From: 9-8-08 Through: ___ ☐ No | What are the Functional Limitations that currently prevent the patient from working in any capacity?

Estimated Return to Work Date: ___
Modified Hours and/or duty date: 10 27 08
Full hours/duty date: ___ | State any restrictions and/or accommodations which may be needed for modified duty and duration thereof:

Name of referring physician (if applicable): | Referring physician's telephone number:

Address - Street: | City: | State: | Zip Code:

Physician's full name/Specialty (please print): IRVING D. STROUSE, M.D., P.A. | Physician's telephone number: 732-229-4333

Address - Street: 279 3rd Ave #504 | City: Long Branch | State: NJ | Zip Code: 07740

Attending physician's signature: | Date: 9 25 08

Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, New York 12061 | 866-829-8861 | Fax: 518-880-6610

received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00565

FROM : A-Z VIDEO                    FAX NO. : 7322704287              Sep. 30 2008 09:49AM  P4



received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00566

FROM : A-Z VIDEO                    FAX NO. : 7322704287              Sep. 30 2008 09:47AM P1

 ReedGroup
www.rgl.net

## AUTHORIZATION TO DISCLOSE AND USE MEDICAL INFORMATION
## FOR DISABILITY-RELATED DETERMINATIONS

Claimant's Full Name  Ralph R. VanDeventer Jr.   Date of Birth

Employer's Name:        Johnson & Johnson        Social Security Number (last 4 digits only): xxx-xx- 5065

I authorize all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, expenses, coverage or benefits, or my employment, vocation, education, training, or income, relating to my current disability or my ability to work, whether obtained prior to or after the date of this authorization ("Information").

Information may be provided to the following individuals or entities ("Benefit Managers"): the employer named above, Reed Group, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, health care providers who treat or evaluate me with respect to my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim, to allow them to evaluate, analyze, manage and/or administer my claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"), to support, defend, or review any determinations made with respect to the programs and benefits and to give my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim under a Benefits Program, or to run a Benefits Program. The Benefits Managers will tell those receiving the information that the information is confidential.

I understand that once my information is given out as authorized in this form, federal privacy laws may not protect it. Benefits Managers may give information out again as described in this form.

I understand that this permission lasts twelve (12) months after my claim and all appeals are processed or twelve (12) months after the end of my coverage or benefits under the Benefits Program, whichever is longer, unless the law requires a shorter period. If I change my mind before that time, I can tell Reed Group in writing that I do not want Record Holders or Benefit Managers to share any more information. If I write to stop them from sharing information, it will not change any actions they took before they receive my letter.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and find out whether I am eligible for benefits. This may result in the delay or denial of my request for benefits.

The information released under this authorization can be sent electronically, by phone or fax, or by mail. I know I can see or request a copy of the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original. I understand the terms of this form.

_Ralph R. VanDeventer Jr._                          _9-29-08_
Claimant's or Legal Representative's Signature        Date

_____                _____
Legal Representative's Name (if any)              Legal Representative's Relationship

The person or entity disclosing the information is responsible for deciding whether to accept this authorization form and, on acceptance, shall send a copy to the claimant.

**Please Fax to Reed Group at 518-880-6610 or return by mail in the enclosed business reply envelope**

Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, New York 12061 | 866-829-8861 | Fax: 518-880-6610

received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00567

FROM : A-Z VIDEO                    FAX NO. : 7322704287        Sep. 30 2008 09:47AM  P2

 

## REIMBURSEMENT AGREEMENT
### SHORT TERM DISABILITY PLAN

# EMPLOYEE STATEMENT

| Name: Ralph Robert Van Deventer Jr. | Social Security Number: ████████ | | Date of Birth: 11-19-58 |
|---|---|---|---|
| Address - Street: 965 Forge Lane | City: Toms River | State: NJ | Zip Code: 08753 |
| Home Telephone Number: 732-270-2897 | Employee's Home E-mail Address (if available): | | |

I am familiar with and understand the provisions of the Short Term Disability Plan for Eligible Employees of Johnson & Johnson and Affiliated Companies (the "Plan") that require that monthly payments to me will be reduced by certain amounts, such as state disability insurance (where applicable) and workers' compensation benefits. I understand that these reductions may sometimes be based on a reasonable estimate of the amount of other benefits that will be paid to me. I agree to these reductions.

I further understand and agree that I am required to repay Johnson & Johnson for any overpayments that have been made to me, including, without limitation, payments that have not been offset (or offset fully) for retroactive awards of state disability insurance, workers' compensation or other relevant benefits, as described under the terms of the Plan, and that I am required to pay the Plan any amounts that I recover from a third party in connection with my disability to the extent provided under the terms of the Plan. I agree to make these payments promptly, in accordance with the terms of the Plan. I understand and agree to the terms of the Plan regarding other rights of the Plan to recover amounts through subrogation and third party reimbursement.

I further agree to notify the Reed Group immediately upon my receiving notice that I have or will receive any amounts that offset my benefits under the Plan or any amounts that oblige me to pay or repay any amount to the Plan.

| Employee's Signature: | Date: 9/29/08 |
|---|---|
| Witness Signature: | Date: 9/29/08 |

## Please Fax to 518-880-6610 or Mail to the Address Listed Above

Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, New York 12061 | 866-829-8861 | Fax: 518-880-6610

received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00568

FROM : A-Z VIDEO          FAX NO. : 7322704287          Sep. 30 2008 09:48AM  P3



### ATTENDING PHYSICIAN'S STATEMENT

*NOTE TO PHYSICIAN OR OTHER HEALTH CARE PROVIDER: Your full completion of this form is necessary so that the employee's application for benefit may be received and processed. PLEASE ANSWER ALL QUESTIONS. RETURN FORM TO REED GROUP PROMPTLY to 15 Tech Valley Drive, 2nd Floor, Suite 3, East Greenbush, NY 12061. Fax (518) 880-6610.*

Patient's Full Name: Ralph Robert Van Devente Gr.
Date of birth: ▓▓▓▓▓

Date symptoms first appeared or accident happened?
Date patient first consulted you for this condition: 9-8-08

Is condition due to injury or sickness arising out of patient's employment?  ☐ Yes ☒ No
Is condition due to pregnancy? ☐ Yes ☐ No

If "Yes", please explain:
If "Yes", expected date of delivery: _____

Primary Diagnosis: Tenosynovitis (X) L Ankle
Primary ICD Code (if available): 727.06

Secondary diagnosis: Lumbar Sprain
Secondary ICD Code (if available): 847.2

Treatment Plan: detail the complete treatment plan (including therapy or referrals to other specialists):
Cam Walker for left ankle. Physical therapy for back

State the surgical, obstetrical, or other diagnostic or therapeutic procedures requires, if any (Describe fully)
Procedure: _____

Date(s) Performed: _____          ☐ Inpatient ☐ Outpatient

Hospital Name: _____    Admission Date: _____    Discharge Date: _____

Medications: List all prescribed medications including Name, Dose, Frequency, and Start Date

Office Visits: Date of Last Visit 9-29-08    Date of Next Scheduled Visit: 10-15-08  10-17-08

Functional Status: Has Patient been totally unable to work?
☒ Yes, From: 9-8-08 Through: _____
☐ No
What are the Functional Limitations that currently prevent the patient from working in any capacity?

Estimated Return to Work Date:
Modified Hours and/or duty date: 0-27-0Y
Full hours/duty date: _____
State any restrictions and/or accommodations which may be needed for modified duty and duration thereof:

Name of referring physician (if applicable):
Referring physician's telephone number:

Address - Street:          City:          State:          Zip Code:

Physician's full name/Specialty (please print):
IRVING D. STROUSE, M.D., P.A.
Physician's telephone number: 732-229-4333

Address - Street: 279 3RD Ave #504          City: Long Branch          State: NJ          Zip Code: 07740

Attending physician's signature:          Date: 9-25-0Y

Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, New York 12061 | 866-829-8861 | Fax: 518-880-6610

received on 9/30/2008 9:07:29 AM [Eastern Daylight Time]

Confidential
Admin Rec. 00569



Confidential
Admin Rec. 00570



15 Tech Valley Drive
Suite 3, Second Floor
East Greenbush, NY 12061

September 19, 2008

Ralph R. Van Deventer Jr.

Case #: 74518
WWID#: 10900

Dear Ralph R. Van Deventer Jr.:

Johnson & Johnson has contracted with Reed Group to review and monitor Short Term Disability (STD) cases. Your disability case was referred to us for case management on 9/9/2008.

Based upon your diagnosis and/or additional medical documentation provided by your treating health care provider, the duration of your disability will be considered appropriate from 9/8/2008 to 10/5/2008. Reed Group will continue to review your claim on an ongoing basis to determine the potential for an earlier release to return to work, with or without temporary restrictions. Therefore, if it is determined by Reed Group that you can return to work, in any capacity, prior to the last authorized date of your disability as indicated in this letter you are expected to comply in order to continue receiving STD benefits.

Please be advised that Family Medical Leave (FMLA) and/or State Family Medical Leave (SFML) does run concurrent with this medical leave and has been authorized as follows:

09-08-2008     10-05-2008     Approved ------ FMLA

The requested leave will be applied toward your FMLA and/or SFML entitlement and is subject to review and/or recertification at a minimum of every thirty (30) days.

Should you require an extension or will not return to work on or before the end of the authorization period noted above, it is your responsibility to ensure that you and/or your health care provider submits supporting objective medical documentation to Reed Group five (5) days prior to the last authorized date of disability. This information will be reviewed for an extension of STD benefits. A few examples of this documentation are:

- Physician office/progress notes
- Diagnostic Test Results (X-rays, MRI, etc.)
- Laboratory Results
- Physical Therapy notes
- Medical clearance from disability

If you are returning to work on or before the end of the authorization period noted above, you will need to provide Reed Group with written documentation of your Release to Work from your health care provider prior to the last authorized date of disability. As a reminder, Reed Group must receive your return to work release and coordinate your return with the Company prior to your actual return to the worksite.

Confidential
Admin Rec. 00571



15 Tech Valley Drive
Suite 3, Second Floor
East Greenbush, NY 12061

In addition, it is also important to note that per the Company policy, if an employee does not return to work within three (3) business days of the end of the approved time off, the Company may determine that the employee has voluntarily resigned and consider the employee's employment to be terminated.

Please call Reed Group toll free at 866-829-8861 if you have any questions or concerns.

Thank you,

Cristina Teta
Reed Group


cc: J&J OHN
    J&J Supervisor

Confidential
Admin Rec. 00572
Reed Group | 15 Tech Valley Drive | 2nd Floor, Suite 3 | East Greenbush, NY 12061| 866-829-8861 | Fax: 518-880-6610